1  Benjamin Coxon

2  Sonoma County California United States of America

3  Mailing Address

4  230 Chris Street Windsor Sonoma County California 95492 United States of America

5  Email caoutside@gmail.com

6  Pro Se Petitioner

FILED

JUL 01 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

United States District Court

**CV21    5099** *JCS*

16  Benjamin Coxon,                          I

17  Petitioner                               I        Case Number

18                                           I

19                                           I

20                                           I        Petition

21  United States District Court,            I

22  Respondant                               I

23

24

25

1    of 209  Pages              The Petitioner retains and reserves rights to this document.

1
2                                          Parties
3
4
5
6
7       1.      Petitioner
8       Benjamin Coxon
9       Sonoma County California United States of America
10      Mailing Address
11      230 Chris Street Windsor Sonoma County California 95492 United States of America
12      Email caoutside@gmail.com
13
14      2.      Respondant One
15      United States District Court
16
17
18
19
20                                          Facts
21
22
23
24
25

The Petitioner retains and reserves rights to this document.

1

2

3

4

The Petitioner is and was a citizen of the United States of America, was victim of violations of laws of the United States of America during each year during 2011 to 2021 and more times while the Petitioner was located in the United States of America and possibly more locations and demands investigation, prosecution, findings and awards.

5

6

7

8

9

10

11

12

The Petitioner is and was a citizen of the United States of America, was victim of violations of laws of the United States of America during each year during 2011 to 2021 and more times while the Petitioner was located in the Northern District of California and demands investigation, prosecution, findings and awards.

13

14

15

16

17

The Petitioner is and was a citizen of the United States of America, was victim of violations of laws of the United States of America during 2011 to 2021 and possibly more times while the Petitioner was located in the Eastern District of California and demands investigation, prosecution, findings and awards.

18

19

20

21

22

The Petitioner is and was a citizen of the United States of America, was victim of violations of laws of the United States of America during 2011 to 2021 and possibly more times while the Petitioner was located in the Southern District of California and demands investigation, prosecution, findings and awards.

23

24

25

The Petitioner is and was a citizen of the United States of America, was victim of violations of laws of the United States of America during 2011 to 2021 and possibly more

The Petitioner retains and reserves rights to this document.

times while the Petitioner was located in the District of Oregon and demands investigation, prosecution, findings and awards.

The Petitioner is and was a citizen of the United States of America, was victim of violations of laws of the United States of America during 2011 to 2021 and possibly more times while the Petitioner was located in the District of Eastern Washington and demands investigation, prosecution, findings and awards.

The Petitioner is and was a citizen of the United States of America, was victim of violations of laws of the United States of America during 2011 to 2021 and possibly more times while the Petitioner was located in the District of Arizona and demands investigation, prosecution, findings and awards.

The Petitioner is and was a citizen of the United States of America, was victim of violations of laws of the United States of America during 2011 to 2021 and possibly more times while the Petitioner was located in Districts outside of California, Oregon, Washington and Arizona and demands investigation, prosecution, findings and awards.

This case involves laws of the United States of America and rights of a citizen of the United States of America.

4    of 209  Pages          The Petitioner retains and reserves rights to this document.

1     This case involves United States Code Title Eighteen Sections 113, 242, 1001, 1018,

2     1033, 1035, 1201, 1584, 1589 a, 1589 b, 1590, 1593A, 1595, United States Code Title

3     Twenty-Eight Sections 509, 547, United States Code Title Forty-Two Section 1987 and the

4     Petitioner's rights to liberty and the pursuit of happiness.

5

6     This case might involve United States Code Title Eighteen Sections 2, 3, 4, 241, 872,

7     912, 1030 and 1512.

8

9     The Petitioner was reportedly born while the Petitioner was located in San

10    Francisco County California United States of America during 1986.

11

12    The Petitioner was located in Sonoma County California United States of America

13    during most of 2011 to 2021 during a person and or or people violating laws of the United

14    States of America against the Petitioner and violated rights of the Petitioner.

15

16

17

18

19    This case might involve the United States of America, officers of the United States of

20    America, the Government of the United States of America, officers of the Government of the

21    United States of America as defendants

22

23    This case might involve employees and or or associates of the United States of

24    America and or or the Government of the United States of America as defendants.

25

        The Petitioner retains and reserves rights to this document.

1    This case might involve the United States Military and or or officers of the United

2    States Military as defendants.

3

4    This case might involve employees and or or associates of the United States Military

5    as defendants.

6

7    This case might involve California, the Government of California, officers of

8    California, and or or officers of the Government of California.

9

10   This case might involve employees and or or associates of California and or or the

11   Government of California as defendants.

12

13   This case might involve Countries foreign to the United States of America,

14   Governments foreign to the United States of America, officers of Countries foreign to the

15   United States of America and or or officers of Governments foreign to the United States of

16   America as defendants.

17

18   This case might involve employees and or or associates of Countries foreign to the

19   United States of America and or or Governments foreign to the United States of America as

20   defendants.

21

22

23

24

25

The Petitioner retains and reserves rights to this document.

This case might involve the United States of America, officers of the United States of America, the Government of the United States of America, officers of the Government of the United States of America as witnesses

This case might involve employees and or or associates of the United States of America and or or the Government of the United States of America as witnesses.

This case might involve the United States Military and or or officers of the United States Military as witnesses.

This case might involve employees and or or associates of the United States Military as witnesses.

This case might involve California, the Government of California, officers of California, and or or officers of the Government of California witnesses.

This case might involve employees and or or associates of California and or or the Government of California as witnesses.

This case might involve Countries foreign to the United States of America, Governments foreign to the United States of America, officers of Countries foreign to the United States of America and or or officers of Governments foreign to the United States of America as witnesses.

7    of 209  Pages          The Petitioner retains and reserves rights to this document.

1    This case might involve employees and or or associates of Countries foreign to the

2  United States of America and or or Governments foreign to the United States of America as

3  witnesses.

4

5

6

7

8    The Petitioner was located in Santa Clara County California United States of America

9  during 2011 while an attack of the Petitioner began as a person and or or people violated

10  laws of the United States of America against the Petitioner and violated rights of the

11  Petitioner.

12

13

14

15

16    The Petitioner is a Citizen of the United States of America.

17

18

19

20

21    The Petitioner is a person and a human being.

22

23

24

25

The Petitioner retains and reserves rights to this document.

The Petitioner was located in the United States of America during 2011 to 2021 except during less than six hours during 2013 while the Petitioner was located in Canada.

The Petitioner was located on Vandenberg Air Force Base in Santa Barbara County California United States of America during 2015 during less than 20 hours.

The Petitioner traveled by commercial passenger train between locations located in the United States of America during 2011 to 2021.

The Petitioner traveled by commercial air-plane between locations located in the United States of America during 2012 to 2013, 2015 and 2019.

The Petitioner was located on property owned by the United States Federal Government located in the United States of America different than property owned and or or operated by the United States Military during times during 2011 to 2021.

1     The Petitioner declines a magistrate judge conducting proceedings of this case.

2

3

4

5

6     The Petitioner asks requests and if legal to demand demands that the Presiding

7     Judge of this case be a male.

8

9

10

11

12    The Petitioner is a male.

13

14

15

16

17    The Petitioner was age 18 years during 2004.

18

19

20

21

22    The Petitioner has never been part of the military.

23

24    The Petitioner has never been part of law enforcement.

25

10   of 209  Pages            The Petitioner retains and reserves rights to this document.

1

2

3

4          The Petitioner has never been part of the Government of the United States of

5   America.

6

7

8

9

10         The Petitioner retains rights.

11

12         The Petitioner reserves rights.

13

14

15

16

17         The Petitioner demands speedy action and or or speedy actions.

18

19         The Petitioner demands extra speedy action and or or extra speedy actions.

20

21

22

23

24         The Petitioner demands action now and or or actions now.

25

The Petitioner retains and reserves rights to this document.

1

2

3

4

5          The Petitioner demands speedy court action and or or speedy court actions.

6

7          The Petitioner demands extra speedy court action and or or extra speedy court

8    actions.

9

10

11

12

13         The Petitioner demands action now and or or actions now.

14

15

16

17

18

19         The Petitioner demands prosecution now.

20

21

22

23

24         The Petitioner asks and if legal to demand demands that the court provide service of

25   documents to parties.

12   of 209  Pages                The Petitioner retains and reserves rights to this document.

1
2
3
4
5        The Petitioner states the Petitioner rejects case management conditions.

6
7        The Petitioner made computer files containing information associated to case

8   management of this case available to official United States law enforcement.

9
10
11
12
13        As used in this document "and or or" indicates [[and] or [or]].

14
15        As used in this document "and or or" indicates either and or or.

16
17        As used in this document "possibly" might mean [might].

18
19
20
21
22        As used in this document "retains" might include [reserves].

23
24        As used in this document "reserves" might include [retains].

25

The Petitioner retains and reserves rights to this document.

1
2
3
4          As used in this document "might" might include [actually].
5
6
7
8
9          As used in this document "some" might include [all].
10
11
12
13
14          Statements in this document of, about, including and or or associated to 2011 to
15   2021 might also be true and or or accurate as of, about, including and or or associated to
16   different times.
17
18
19
20
21          During 2017 to 2021 the Petitioner recorded audio of the Petitioner talking.
22
23
24
25

The Petitioner retains and reserves rights to this document.

The Petitioner retains rights to move the Petitioner's body.

The Petitioner retains rights to have thoughts.

The Petitioner retains rights to try to move the Petitioner's body.

The Petitioner retains rights to try to have thoughts.

The Petitioner reserves rights to move the Petitioner's body.

The Petitioner reserves rights to have thoughts.

The Petitioner reserves rights to try to move the Petitioner's body.

The Petitioner reserves rights to try to have thoughts.

The Petitioner retains rights to communicate

The Petitioner retains rights to try to communicate

The Petitioner retains and reserves rights to this document.

1

2          The Petitioner reserves rights to communicate.

3

4          The Petitioner reserves rights to try to communicate.

5

6

7

8

9          The Petitioner retains rights to acknowledge all.

10

11         The Petitioner reserves rights to acknowledge all.

12

13         The Petitioner retains rights to acknowledge any.

14

15         The Petitioner reserves rights to acknowledge any.

16

17

18

19

20         The Petitioner retains rights to talk about all.

21

22         The Petitioner reserves rights to talk about all.

23

24         The Petitioner retains rights to talk about any.

25

The Petitioner retains and reserves rights to this document.

1    The Petitioner reserves rights to talk about any.

2

3

4

5

6    The Petitioner has never been a part of the military.

7

8    The Petitioner has never been part of law enforcement.

9

10   The Petitioner has never been part of the Government of the United States of

11   America.

12

13

14

15

16   The Petitioner has never been an officer of the military.

17

18   The Petitioner has never been an officer of law enforcement.

19

20   The Petitioner has never been an officer of the Government of the United States of

21   America.

22

23

24

25

The Petitioner retains and reserves rights to this document.

The Petitioner has never been an employee of the military.

The Petitioner has never been an employee of law enforcement.

The Petitioner has never been an employee of the Government of the United States of America.

The Petitioner has never been an associate of the military.

The Petitioner has never been an associate of law enforcement.

The Petitioner has never been an associate of the Government of the United States of America.

The Petitioner stated about the Petitioner's rights to pursue death penalties.

The Petitioner stated the Petitioner might pursue death penalties.

The Petitioner retains and reserves rights to this document.

1

2

3      The Petitioner reserves rights to pursue criminal charges during now.

4

5      The Petitioner reserves rights to pursue death penalties during now.

6

7      The Petitioner reserves rights to pursue civil lawsuits during now.

8

9

10

11

12      The Petitioner reserves rights to pursue criminal charges during the future.

13

14      The Petitioner reserves rights to pursue death penalties during the future.

15

16      The Petitioner reserves rights to pursue civil lawsuits during the future.

17

18

19

20

21      The Petitioner stated the Petitioner complains about long delay of prosecution.

22

23      During 2021 the Petitioner stated the Petitioner complains about long delay of

24   prosecution.

25

The Petitioner retains and reserves rights to this document.

1
2
3
4          During 2021 and more times the Petitioner stated stop concealing me, stop hiding

5    me.

6
7
8
9
10          During 2021 and more times the Petitioner stated stop.

11
12
13
14
15          The Petitioner states tech might be considered a dangerous weapon as tech is a

16    weapon, device and or or instrument, animate and or or inanimate, that is used for, and or

17    or is readily capable of, causing death and or or serious bodily injury and is at least partially

18    different and or or more than a pocket knife with a blade of less than two and a half inches

19    in length.

20
21
22
23
24          The Petitioner states the Petitioner demanded prosecution now.

25

The Petitioner retains and reserves rights to this document.

1    The Petitioner states the Petitioner demanded prosecution now of violations of laws

2    of the United States against the Petitioner during 2011 to 2021.

3

4    The Petitioner states the Petitioner demanded prosecution now of some and or or

5    all violations of laws of the United States against the Petitioner during 2011 to 2021.

6

7    The Petitioner states the Petitioner complained about long delay of prosecution.

8

9    The Petitioner states the Petitioner demanded prosecution at a court of the United

10   States of America.

11

12   The Petitioner states the Petitioner demanded prosecution at a court of the United

13   States of America out, out as opposed to in, in being the name of some technology, the name

14   of something included as part of some technology and or or the name of some aspect of

15   some technology.

16

17

18

19

20   The Petitioner states the Petitioner demands prosecution now.

21

22   The Petitioner states the Petitioner demands prosecution now of violations of laws

23   of the United States against the Petitioner during 2011 to 2021.

24

25

21   of 209  Pages          The Petitioner retains and reserves rights to this document.

The Petitioner states the Petitioner demands prosecution now of some and or or all violations of laws of the United States against the Petitioner during 2011 to 2021.

The Petitioner states the Petitioner complains about long delay of prosecution.

The Petitioner states the Petitioner demands prosecution at a court of the United States of America.

The Petitioner states the Petitioner demands prosecution at a court of the United States of America out, out as opposed to in, in being the name of some technology, the name of something included as part of some technology and or or the name of some aspect of some technology.

The Petitioner does not operate the Petitioners own tech-in.

The Petitioner has never operated the Petitioner's own tech-in.

The Petitioner has never been fully in.

The Petitioner was exposed to tech-in during 2014 to 2021.

The Petitioner retains and reserves rights to this document.

1

2

3      The Petitioner retains rights to tech data associated to violations of laws of the

4  United States of America against the Petitioner during 2011 to 2021.

5

6      The Petitioner reserves rights to tech data associated to violations of laws of the

7  United States of America against the Petitioner during 2011 to 2021.

8

9

10

11

12      The Petitioner retains rights to all tech data associated to violations of laws of the

13  United States of America against the Petitioner during 2011 to 2021.

14

15      The Petitioner reserves rights to all tech data associated to violations of laws of the

16  United States of America against the Petitioner during 2011 to 2021.

17

18      The Petitioner retains rights to any tech data associated to violations of laws of the

19  United States of America against the Petitioner during 2011 to 2021.

20

21      The Petitioner reserves rights to any tech data associated to violations of laws of the

22  United States of America against the Petitioner during 2011 to 2021.

23

24

25

The Petitioner retains and reserves rights to this document.

1

2      The Petitioner retains rights to all tech data of all thought and thoughts the

3 Petitioner thought during the Petitioner's lifetime.

4

5      The Petitioner reserves rights to all tech data of all thought and thoughts the

6 Petitioner thought during the Petitioner's lifetime.

7

8      The Petitioner retains rights to all tech data of any thought and thoughts the

9 Petitioner thought during the Petitioner's lifetime.

10

11      The Petitioner reserves rights to any tech data of any thought and thoughts the

12 Petitioner thought during the Petitioner's lifetime.

13

14

15

16

17      The Petitioner retains rights to all tech data of violations of laws of the United States

18 of America against the Petitioner during 2011 to 2021.

19

20      The Petitioner reserves rights all tech data of violations of laws of the United States

21 of America against the Petitioner during 2011 to 2021.

22

23      The Petitioner retains rights to any tech data of violations of laws of the United

24 States of America against the Petitioner during 2011 to 2021.

25

     The Petitioner retains and reserves rights to this document.

The Petitioner reserves rights to any tech data of violations of laws of the United States of America against the Petitioner during 2011 to 2021.

The Petitioner retains rights to any obtained by violators of laws of the United States of America against the Petitioner during 2011 to 2021.

The Petitioner reserves rights to any obtained by violators of laws of the United States of America against the Petitioner during 2011 to 2021.

The Petitioner retains rights to all obtained by to violators of laws of the United States of America against the Petitioner during 2011 to 2021.

The Petitioner reserves rights all obtained by to violators of laws of the United States of America against the Petitioner during 2011 to 2021.

The Petitioner retains rights to all associated to violations of laws of the United States of America against the Petitioner during 2011 to 2021.

The Petitioner retains and reserves rights to this document.

1      The Petitioner reserves rights to all associated to violations of laws of the United

2  States of America against the Petitioner during 2011 to 2021.

3

4      The Petitioner retains rights to any associated to violations of laws of the United

5  States of America against the Petitioner during 2011 to 2021.

6

7      The Petitioner reserves rights to any associated to violations of laws of the United

8  States of America against the Petitioner during 2011 to 2021.

9

10

11

12

13      During 2011 to 2021 a person and or or people forced force at on and or or in the

14  Petitioner without notifying the Petitioner with writing in a physically tangible format.

15

16      During 2011 to 2021 a person and or or people forced force at on and or or in the

17  Petitioner without notifying the Petitioner with clear simple easily-comprehendible obvious

18  writing in a physically tangible format.

19

20      During 2011 to 2021 a person and or or people forced force at on and or or in the

21  Petitioner without notifying the Petitioner with clear simple easily-comprehendible obvious

22  conspicuous writing in a physically tangible format.

23

24

25

      The Petitioner retains and reserves rights to this document.

The Petitioner suspects people might have observed violations of laws of the United States of America against the Petitioner while the Petitioner was located in the United States of America during 2011 to 2021.

The Petitioner suspects people-in might have observed violations-in of laws of the United States of America against the Petitioner-out while the Petitioner was located in the United States of America during 2011 to 2021.

The Petitioner suspects people-in might have observed people-in violating laws of the United States of America against the Petitioner-out while the Petitioner was located in the United States of America during 2011 to 2021.

The Petitioner suspects official United States law enforcement officers and or or people associated to an official United States law enforcement officer and or or officers in might have observed violations of laws of the United States of America against the Petitioner while the Petitioner was located in the United States of America during 2011 to 2021.

The Petitioner suspects official United States law enforcement officers and or or people associated to an official United States law enforcement officer and or or officers in might have observed violations-in of laws of the United States of America against the

The Petitioner retains and reserves rights to this document.

Petitioner-out while the Petitioner was located in the United States of America during 2011 to 2021.

The Petitioner suspects official United States law enforcement officers and or or people associated to an official United States law enforcement officer and or or officers in might have observed people-in violating laws of the United States of America against the Petitioner-out while the Petitioner was located in the United States of America during 2011 to 2021.

The Petitioner suspects official California law enforcement officers and or or people associated to an official California law enforcement officer and or or officers in might have observed violations of laws of the United States of America against the Petitioner while the Petitioner was located in the United States of America during 2011 to 2021.

The Petitioner suspects official California law enforcement officers and or or people associated to an official California law enforcement officer and or or officers in might have observed violations-in of laws of the United States of America against the Petitioner-out while the Petitioner was located in the United States of America during 2011 to 2021.

The Petitioner suspects official California law enforcement officers and or or people associated to an official California law enforcement officer and or or officers in might have

The Petitioner retains and reserves rights to this document.

observed people-in violating laws of the United States of America against the Petitioner-out while the Petitioner was located in the United States of America during 2011 to 2021.

During 2021 and possibly more times the Petitioner stated send information to the official United States FBI, ATF and United States Department of Homeland Security.

During 2021 and possibly more times the Petitioner stated send information in in and out formats about in and out and people and me [the Petitioner's first and last name] and people associated to me [the Petitioner's first and last name] and people associated to people associated to me [the Petitioner's first and last name] and people to the FBI, ATF and United States Department of Homeland Security.

During 2021 and possibly more times the Petitioner stated send emails about in and out and people and me [the Petitioner's first and last name] and people associated to me [the Petitioner's first and last name] and people associated to people associated to people associated to me [the Petitioner's first and last name] and people to the FBI, ATF and United States Department of Homeland Security.

29   of 209  Pages              The Petitioner retains and reserves rights to this document.

The Petitioner states satellite audio observation and or or satellite audio surveillance of the Petitioner during 2011 to 2021 is and or or might be important and or or very important to investigation of violations of laws of the United States of America against the Petitioner during 2011 to 2021.

The Petitioner states satellite audio and visual observation and or or satellite audio and visual surveillance of the Petitioner during 2011 to 2021 is and or or might be important and or or very important to prosecution of violations of laws of the United States of America against the Petitioner during 2011 to 2021.

The Petitioner states evidence useful to the investigation and prosecution of violations of laws of the United States of America against the Petitioner might include satellite observation and satellite surveillance data of the Petitioner, suspected defendants, suspected witnesses and suspected interested parties during 2011 to 2021 and possibly more times.

The Petitioner states evidence useful to the investigation and prosecution of violations of laws of the United States of America against the Petitioner might include satellite observation and satellite surveillance data of the Petitioner, suspected defendants, suspected witnesses, suspected interested parties, environments and surroundings including and or or possibly including visual, visual reflected light, thermal, sound, sub vocalizations, medical imaging, visual of small and or or minute physical morphs of the

The Petitioner retains and reserves rights to this document.

Petitioner's body, medical imaging of the Petitioner's body during 2011 to 2021 and possibly more times.

The Petitioner states evidence useful to the investigation and prosecution of violations of laws of the United States of America against the Petitioner might include video and audio from an Apple laptop computer owned by the Petitioner supposedly connected to wireless internet at 576 South Fifth Street San Jose Santa Clara County California United States of America.

The Petitioner states evidence useful to the investigation and prosecution of violations of laws of the United States of America against the Petitioner might include video and audio from an Apple laptop computer owned by the Petitioner supposedly connected to wireless internet at 230 Chris Street Windsor Sonoma County California United States of America.

The Petitioner states evidence useful to the investigation and prosecution of violations of laws of the United States of America against the Petitioner might include video and audio from the Apple desktop computer at 230 Chris Street Windsor Sonoma County California United States of America supposedly connected to wireless internet at 230 Chris Street Windsor Sonoma County California United States of America.

The Petitioner states evidence useful to the investigation and prosecution of violations of laws of the United States of America against the Petitioner might include professional analysis, computer analysis, advanced computer analysis, artificial intelligence

The Petitioner retains and reserves rights to this document.

analysis of including and not limited to video, audio, sound, voice, body and body size shape and size.

The Petitioner states some times and or or items of interest associated to the Petitioner during 2011 to 2021 and possibly more times include bird, frog, cricket sounds during 2011 to 2014 and possibly more times.

The Petitioner states some times and or or items of interest associated to the Petitioner during 2011 to 2021 and possibly more times include small physical body morphs, movements, adjustments, batteries, injuries, tissue separations, enlargements, shrinkings, similar and or or different of the Petitioner's head, face, body, penis, testicles, eyes, torso, abdomen, chest, skin, thighs during 2013 to 2021 and possibly more times.

The Petitioner states evidence useful to the investigation and prosecution of violations of laws of the United States of America against the Petitioner might include suspected video and possible audio surveillance from surveillance cameras and or or surveillance equipment in, at and or or around the Walmart store located in the United States of America located at 6650 Hembree Lane Windsor Sonoma County California United States of America.

The Petitioner states evidence useful to the investigation and prosecution of violations of laws of the United States of America against the Petitioner might include

The Petitioner retains and reserves rights to this document.

suspected video and possible audio surveillance from surveillance cameras and or or surveillance equipment on Sonoma County Transit buses located in the United States of America in Sonoma County California United States of America.

The Petitioner states evidence useful to the investigation and prosecution of violations of laws of the United States of America against the Petitioner might include suspected video and possible audio surveillance from surveillance cameras and or or surveillance equipment at Subway restaurant at 6400 Hembree Lane Suit 100 Windsor Sonoma County California United States of America the United States of America Sonoma County California United States of America.

The Petitioner states evidence useful to investigation and or or prosecution might be found by soliciting, asking and or or demanding the United States Department of Justice for information.

The Petitioner states evidence useful to investigation and or or prosecution might be found by soliciting, asking and or or demanding the United States Department of Homeland Security for information.

The Petitioner states evidence useful to investigation and or or prosecution might be found by soliciting, asking and or or demanding the United States Department of the Interior for information.

1

2          The Petitioner states evidence useful to investigation and or or prosecution might

3    be found by soliciting, asking and or or demanding the United States Department of State for

4    information.

5

6          The Petitioner states evidence useful to investigation and or or prosecution might

7    be found by soliciting, asking and or or demanding the National Aeronautical and Space

8    Administration for information.

9

10         The Petitioner states evidence useful to investigation and or or prosecution might

11   be found by soliciting, asking and or or demanding the United States Department of Defense

12   for information.

13

14         The Petitioner states evidence useful to investigation and or or prosecution might

15   be found by soliciting, asking and or or demanding the National Security Administration for

16   information.

17

18         The Petitioner states evidence useful to investigation and or or prosecution might

19   be found by soliciting, asking and or or demanding the United States Central Intelligence

20   Agency.

21

22         The Petitioner states evidence useful to investigation and or or prosecution might

23   be found by soliciting, asking and or or demanding the United States of America and or or

24   the Government of the United States of America for information.

25

1        The Petitioner states evidence useful to investigation and or or prosecution might

2    be found by soliciting, asking and or or demanding offices, departments and or or branches

3    of the United States of America and or or offices, branches and or or departments of the

4    Government of the United States of America for information.

5

6        The Petitioner states evidence useful to investigation and or or prosecution might

7    be found by soliciting, asking and or or demanding officers, employees and or or associates

8    of the United States of America and or or officers, employees and or or associates of the

9    Government of the United States of America for information.

10

11       The Petitioner states evidence useful to investigation and or or prosecution might

12   be found by soliciting, asking and or or demanding officers, employees and or or associates

13   of offices, departments and or or branches of the United States of America and or or officers,

14   employees and or or associates of offices, branches and or or departments of the

15   Government of the United States of America for information.

16

17

18

19

20       The Petitioner states evidence and or or information useful to investigation and or

21   or prosecution might be found by searching civil and criminal lawsuits, petitions and filings.

22

23       The Petitioner states evidence and or or information useful to investigation and or

24   or prosecution might be found by searching records of civil and criminal lawsuits, petitions

25   and filings.

The Petitioner retains and reserves rights to this document.

1

2      The Petitioner states evidence and or or information useful to investigation and or

3  or prosecution might be found by searching court filings.

4

5      The Petitioner states evidence and or or information useful to investigation and or

6  or prosecution might be found by searching records of court filings.

7

8      The Petitioner states evidence and or or information useful to investigation and or

9  or prosecution might be found by searching police reports and or or law enforcement

10  reports.

11

12      The Petitioner states evidence and or or information useful to investigation and or

13  or prosecution might be found by searching records of police reports and or or law

14  enforcement reports.

15

16      The Petitioner states evidence and or or information useful to investigation and or

17  or prosecution might be found by searching Freedom of Information Act Requests.

18

19      The Petitioner states evidence and or or information useful to investigation and or

20  or prosecution might be found by searching information available through Freedom of

21  Information Act Requests.

22

23      The Petitioner states evidence and or or information useful to investigation and or

24  or prosecution might be found by searching the Library of Congress.

25

The Petitioner retains and reserves rights to this document.

1         The Petitioner states evidence and or or information useful to investigation and or

2 or prosecution might be found by searching state and federal tax records.

3

4         The Petitioner states evidence and or or information useful to investigation and or

5 or prosecution might be found by searching the internet.

6

7

8

9

10         The Petitioner states evidence and or or information useful to investigation and or

11 or prosecution might be found by searching sealed and unsealed information, records and

12 possibly more.

13

14         The Petitioner states evidence and or or information useful to investigation and or

15 or prosecution might be found by searching state and federal information, records and

16 possibly more.

17

18         The Petitioner states evidence and or or information useful to investigation and or

19 or prosecution might be found by searching United States of America domestic and foreign

20 information, records and possibly more.

21

22

23

24

25         The Petitioner states tech data records exist.

The Petitioner retains and reserves rights to this document.

The Petitioner has been hopeful tech data records might exist in physically tangible formats.

The Petitioner has been hopeful tech data records exist in physically tangible formats presentable at a court of the United States of America.

The Petitioner has been hopeful tech data records exist in physically tangible formats such a computer hard drive, something similar and or or something different presentable at a court of the United States of America.

The Petitioner retains, reserves and asserts rights to all, all in, all out, all subsequent, all subsequent subsequent, and all subsequent subsequents associated to violations of laws of the United States of America against the Petitioner.

The Petitioner retains, reserves and asserts rights to all, all in, all out, all subsequent, all subsequent subsequent, and all subsequent subsequents associated to violations of laws of the United States of America during 2011 to 2021 against the Petitioner.

The Petitioner retains and reserves rights to this document.

The Petitioner retains, reserves and asserts rights to, all, all property, rights, money, objects, items, trades, transfers, commerce, exchanges, payments, gifts, creations, art, entertainment, news, objects of value, items of value, tokens of value, savings, business, concepts, ideas, stories, jokes, tricks, schemes, writing, computer files, audio recordings, video recordings, computer files, records, surveillance data, surveillance reports, reports, notes, tools, utensils, mechanisms, collections, communications, data communications, data, information, patents, trademarks and possibly more, all in, all out, all subsequent, all subsequent subsequent, and all subsequent subsequents associated to violations of laws of the United States of America during all times against the Petitioner.

The Petitioner retains, reserves and asserts rights to all, all property, rights, money, objects, items, trades, transfers, commerce, exchanges, payments, gifts, creations, art, entertainment, news, objects of value, items of value, tokens of value, savings, business, concepts, ideas, stories, jokes, tricks, schemes, writing, computer files, audio recordings, video recordings, computer files, records, surveillance data, surveillance reports, reports, notes, tools, utensils, mechanisms, collections, communications, data communications, data, information, patents, trademarks and possibly more, all in, all out, all subsequent, all subsequent subsequent, and all subsequent subsequents associated to violations of laws of the United States of America during 2011 to 2021 against the Petitioner.

The Petitioner at least suspects a person and or or people planned about acts violating laws of the United States of America against the Petitioner during 2011 to 2021.

The Petitioner retains and reserves rights to this document.

1

2      The Petitioner at least suspects a person and or or people premeditated about acts

3   violating laws of the United States of America against the Petitioner during 2011 to 2021.

4

5      The Petitioner at least suspects a person and or or people premeditated about acts

6   violating laws of the United States of America against the Petitioner during 2011 to 2021.

7

8

9

10

11      A person and or or people might have planned about acts violating laws of the

12   United States of America against the Petitioner during 2011 to 2021.

13

14      A person and or or people might have premeditated about acts violating laws of the

15   United States of America against the Petitioner during 2011 to 2021.

16

17      A person and or or people might have premeditated about acts violating laws of the

18   United States of America against the Petitioner during 2011 to 2021.

19

20

21

22

23      The Petitioner suspects during 2011 to 2021 and possibly more times officers of the

24   United States of America and or or the Government of the United States of America might

25

The Petitioner retains and reserves rights to this document.

have while in observed through tech the Petitioner during 2011 to 2021 and possibly more times.

The Petitioner suspects during 2011 to 2021 and possibly more times employees of the United States of America and or or the Government of the United States of America might have while in observed through tech the Petitioner during 2011 to 2021 and possibly more times.

The Petitioner suspects during 2011 to 2021 and possibly more times people associated to the United States of America and or or the Government of the United States of America might have while in observed through tech the Petitioner during 2011 to 2021 and possibly more times.

The Petitioner suspects during 2011 to 2021 and possibly more times officers of the United States of America and or or the Government of the United States of America might have while in observed through tech violations of laws of the United States of America against the Petitioner during 2011 to 2021 and possibly more times.

The Petitioner suspects during 2011 to 2021 and possibly more times employees of the United States of America and or or the Government of the United States of America might have while in observed through tech violations of laws of the United States of America against the Petitioner during 2011 to 2021 and possibly more times.

The Petitioner retains and reserves rights to this document.

1

2      The Petitioner suspects during 2011 to 2021 and possibly more times people

3   associated to the United States of America and or or the Government of the United States of

4   America might have while in observed through tech violations of laws of the United States

5   of America against the Petitioner during 2011 to 2021 and possibly more times.

6

7

8

9

10      While the Petitioner was located in the United States of America during 2011 to

11   2021 the Petitioner might have been concealed by an officer and or or officers of the United

12   States of America and or or the Government of the United States of America.

13

14      While the Petitioner was located in the United States of America during 2011 to

15   2021 the Petitioner might have been concealed by an employee and or or employees of the

16   United States of America and or or the Government of the United States of America.

17

18      While the Petitioner was located in the United States of America during 2011 to

19   2021 the Petitioner might have been concealed by an associated and or or associates of the

20   United States of America and or or the Government of the United States of America.

21

22

23

24

25

The Petitioner retains and reserves rights to this document.

1

2

3

4

5

6

     While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner might have been concealed by an officer and or or officers of the United States of America and or or the Government of the United States of America associated to investigation and or or investigations of and or or associated to a violation and or or violations of a law and or or laws of the United States of America.

7

8

9

10

11

12

     While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner might have been concealed by an employee and or or employees of the United States of America and or or the Government of the United States of America associated to investigation and or or investigations of and or or associated to a violation and or or violations of a law and or or laws of the United States of America.

13

14

15

16

17

18

19

20

21

     While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner might have been concealed by an associated and or or associates of the United States of America and or or the Government of the United States of America associated to investigation and or or investigations of and or or associated to a violation and or or violations of a law and or or laws of the United States of America.

22

23

24

25

     The Petitioner suspects during 1986 to 2004 officers of the United States of America and or or the Government of the United States of America might have conspired to extort and traffick the Petitioner.

The Petitioner retains and reserves rights to this document.

1

2      The Petitioner suspects during 1986 to 2004 employees of the United States of

3   America and or or the Government of the United States of America might have conspired to

4   extort and traffic the Petitioner.

5      The Petitioner suspects during 1986 to 2004 people associated to the United States

6   of America and or or the Government of the United States of America conspired to extort

7   and traffic the Petitioner.

8

9

10

11

12      The Petitioner suspects during 1986 to 2004 officers of the United States of America

13   and or or the Government of the United States of America might have extorted and

14   trafficked the Petitioner.

15

16      The Petitioner suspects during 1986 to 2004 employees of the United States of

17   America and or or the Government of the United States of America might have extorted and

18   trafficked the Petitioner.

19

20      The Petitioner suspects during 1986 to 2004 people associated to the United States

21   of America and or or the Government of the United States of America extorted and

22   trafficked the Petitioner.

23

24

25

The Petitioner retains and reserves rights to this document.

1

2      The Petitioner suspects during 2004 to 2009 officers of the United States of America

3  and or or the Government of the United States of America might have conspired to extort

4  and traffic the Petitioner.

5

6      The Petitioner suspects during 2004 to 2009 employees of the United States of

7  America and or or the Government of the United States of America might have conspired to

8  extort and traffic the Petitioner.

9

10      The Petitioner suspects during 2004 to 2009 people associated to the United States

11  of America and or or the Government of the United States of America conspired to extort

12  and traffic the Petitioner.

13

14

15

16

17      The Petitioner suspects during 2004 to 2009 officers of the United States of America

18  and or or the Government of the United States of America might have extorted and

19  trafficked the Petitioner.

20

21      The Petitioner suspects during 2004 to 2009 employees of the United States of

22  America and or or the Government of the United States of America might have extorted and

23  trafficked the Petitioner.

24

25

The Petitioner retains and reserves rights to this document.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

The Petitioner suspects during 2004 to 2009 people associated to the United States of America and or or the Government of the United States of America extorted and trafficked the Petitioner.

The Petitioner suspects during 2009 to 2011 officers of the United States of America and or or the Government of the United States of America might have conspired to extort and traffic the Petitioner.

The Petitioner suspects during 2009 to 2011 employees of the United States of America and or or the Government of the United States of America might have conspired to extort and traffic the Petitioner.

The Petitioner suspects during 2009 to 2011 people associated to the United States of America and or or the Government of the United States of America conspired to extort and traffic the Petitioner.

The Petitioner suspects during 2009 to 2011 officers of the United States of America and or or the Government of the United States of America might have extorted and trafficked the Petitioner.

The Petitioner retains and reserves rights to this document.

1

2      The Petitioner suspects during 2009 to 2011 employees of the United States of

3   America and or or the Government of the United States of America might have extorted and

4   trafficked the Petitioner.

5

6      The Petitioner suspects during 2009 to 2011 people associated to the United States

7   of America and or or the Government of the United States of America extorted and

8   trafficked the Petitioner.

9

10

11

12

13      The Petitioner suspects during 2011 to 2021 officers of the United States of America

14   and or or the Government of the United States of America might have conspired to extort

15   and traffic the Petitioner.

16

17      The Petitioner suspects during 2011 to 2021 employees of the United States of

18   America and or or the Government of the United States of America might have conspired to

19   extort and traffic the Petitioner.

20

21      The Petitioner suspects during 2011 to 2021 people associated to the United States

22   of America and or or the Government of the United States of America might have conspired

23   to extort and traffic the Petitioner.

24

25

The Petitioner retains and reserves rights to this document.

1

2

3          The Petitioner suspects during 2011 to 2021 officers of the United States of America

4    and or or the Government of the United States of America might have extorted and

5    trafficked the Petitioner.

6

7          The Petitioner suspects during 2011 to 2021 employees of the United States of

8    America and or or the Government of the United States of America might have extorted and

9    trafficked the Petitioner.

10

11          The Petitioner suspects during 2011 to 2021 people associated to the United States

12    of America and or or the Government of the United States of America might have extorted

13    and trafficked the Petitioner.

14

15

16

17

18          The Petitioner might suspect some employees and or or officers of United States

19    Department of Justice might be suspected by the Petitioner of violating laws of the United

20    States of America against the Petitioner and or or associated to violations of laws of the

21    United States of America against the Petitioner while the Petitioner was located in the

22    United States of America during 2011 to 2021.

23

24

25

The Petitioner retains and reserves rights to this document.

1

2          The Petitioner might suspect some judges of the United States Courts might be

3     suspected by the Petitioner of violating laws of the United States of America against the

4     Petitioner and or or associated to violations of laws of the United States of America against

5     the Petitioner while the Petitioner was located in the United States of America during 2011

6     to 2021.

7

8          The Petitioner might suspect some officers and or or employees of the United States

9     Courts might be suspected by the Petitioner of violating laws of the United States of America

10    against the Petitioner and or or associated to violations of laws of the United States of

11    America against the Petitioner while the Petitioner was located in the United States of

12    America during 2011 to 2021.

13

14

15

16

17         The Petitioner might suspect some judges of United States District Court might be

18    suspected by the Petitioner of violating laws of the United States of America against the

19    Petitioner and or or associated to violations of laws of the United States of America against

20    the Petitioner while the Petitioner was located in the United States of America during 2011

21    to 2021.

22

23         The Petitioner might suspect some officers and or or employees of United States

24    District Court might be suspected by the Petitioner of violating laws of the United States of

25    America against the Petitioner and or or associated to violations of laws of the United States

The Petitioner retains and reserves rights to this document.

of America against the Petitioner while the Petitioner was located in the United States of America during 2011 to 2021.

The Petitioner might suspect some employees and or or officers of United States Department of Justice Northern District of California might be suspected by the Petitioner of violating laws of the United States of America against the Petitioner and or or associated to violations of laws of the United States of America against the Petitioner while the Petitioner was located in the United States of America during 2011 to 2021.

The Petitioner might suspect some judges of United States District Court Northern District of California might be suspected by the Petitioner of violating laws of the United States of America against the Petitioner and or or associated to violations of laws of the United States of America against the Petitioner while the Petitioner was located in the United States of America during 2011 to 2021.

The Petitioner might suspect some officers and or or employees of United States District Court Northern District of California might be suspected by the Petitioner of violating laws of the United States of America against the Petitioner and or or associated to

The Petitioner retains and reserves rights to this document.

violations of laws of the United States of America against the Petitioner while the Petitioner was located in the United States of America during 2011 to 2021.

During 1986 to 2004 people might have conspired to extort and traffic the Petitioner.

During 1986 to 2004 people might have extorted and trafficked the Petitioner.

During 2004 to 2009 people might have conspired to extort and traffic the Petitioner.

During 2004 to 2009 people might have extorted and trafficked the Petitioner.

During 2009 to 2011 people might have conspired to extort and traffic the Petitioner.

The Petitioner retains and reserves rights to this document.

1    During 2009 to 2011 people might have extorted and trafficked the Petitioner.

2

3

4

5

6    During 2011 to 2021 people might have conspired to extort and traffic the

7    Petitioner.

8

9    During 2011 to 2021 people extorted and trafficked the Petitioner.

10

11

12

13

14    The Petitioner suspects officers of the United States of America and or or the

15    Government of the United States of America might have participated in events associated to

16    harassment, trafficking, battery and bodily injury of the Petitioner during 2011 to 2021.

17

18    The Petitioner suspects employees of the United States of America and or or the

19    Government of the United States of America might have participated in events associated to

20    harassment, trafficking, battery and bodily injury of the Petitioner during 2011 to 2021.

21

22    The Petitioner suspects associates of the United States of America and or or the

23    Government of the United States of America might have participated in events associated to

24    harassment, trafficking, battery and bodily injury of the Petitioner during 2011 to 2021.

25

The Petitioner retains and reserves rights to this document.

The Petitioner suspects officers of the United States of America and or or the Government of the United States of America knew during each year during 2011 to 2021 that the Petitioner was victim of violations of laws of the United States of America.

The Petitioner suspects employees of the United States of America and or or the Government of the United States of America knew during each year during 2011 to 2021 that the Petitioner was victim of violations of laws of the United States of America.

The Petitioner suspects associates of the United States of America and or or the Government of the United States of America knew during each year during 2011 to 2021 that the Petitioner was victim of violations of laws of the United States of America.

The Petitioner suspects officers of California and or or the Government of California might have participated in events associated to harassment, trafficking, battery and bodily injury of the Petitioner during 2011 to 2021.

The Petitioner suspects officers of California and or or the Government of California might have known during each year during 2011 to 2021 that the Petitioner was victim of violations of laws of California.

53   of 209  Pages          The Petitioner retains and reserves rights to this document.

1

2

3

4

5       Officers of the United States of America and or or the Government of the United

6   States of America violated United States Code Title Forty-Two Section 1987 against the

7   Petitioner during 2011 to 2021.

8

9       The Petitioner suspects officers of the United States of America and or or the

10  Government of the United States of America might have acted acts violating United States

11  Code Title Eighteen Section 242 and violated United States Code Title Forty-Two Section

12  1987 against the Petitioner during 2011 to 2021.

13

14

15

16

17      While the Petitioner was located in the United States of America during 2017 to

18  2021 the Petitioner created audio recording computer files of the Petitioner talking about

19  and or or associated to being victim of violations of laws of California and the United States

20  of America.

21

22      While the Petitioner was located in the United States of America during 2017 to

23  2021 the Petitioner created audio video recording computer files of the Petitioner talking

24  about and or or associated to being victim of violations of laws of California and the United

25  States of America.

54   of 209  Pages          The Petitioner retains and reserves rights to this document.

1

2      While the Petitioner was located in the United States of America during 2017 to

3  2021 the Petitioner created image computer files of hand written notes about and or or

4  associated to being victim of violations of laws of California and the United States of

5  America written by the Petitioner.

6

7      While the Petitioner was located in the United States of America during 2017 to

8  2021 the Petitioner created word document computer files of information about and or or

9  associated to being victim of violations of laws of California and the United States of

10  America written by the Petitioner.

11

12

13

14

15      While the Petitioner was located in the United States of America during 2017 to

16  2021 the Petitioner telephone called the Sonoma County California Sheriff Department,

17  reported and described being victim of violations of laws of California and the United States

18  of America.

19

20      While the Petitioner was located in the United States of America during 2017 to

21  2021 the Petitioner telephone called the United States Federal Bureau of Investigation,

22  reported and described being victim of violations of laws of California and the United States

23  of America.

24

25

The Petitioner retains and reserves rights to this document.

1         While the Petitioner was located in the United States of America 2017 to 2021

2  during the Petitioner telephone called the United States Department of Justice, reported and

3  described being victim of violations of laws of California and the United States of America.

4

5

6

7

8         While the Petitioner was located in the United States of America during 2017 to

9  2021 the Petitioner sent letters through the United States Mail to Windsor Sonoma County

10  California Police Department reported and described being victim of violations of laws of

11  California and the United States of America.

12

13        While the Petitioner was located in the United States of America during 2017 to

14  2021 the Petitioner sent letters through the United States Mail to the Sonoma County

15  California Sheriff Department, reported and described being victim of violations of laws of

16  California and the United States of America.

17

18        While the Petitioner was located in the United States of America during 2017 to

19  2021 the Petitioner sent letters through the United States Mail to the United States Federal

20  Bureau of Investigation, reported and described being victim of violations of laws of

21  California and the United States of America.

22

23        During 2017 to 2021 the Petitioner sent letters through the United States Mail to the

24  United States Department of Justice, reported and described being victim of violations of

25  laws of California and the United States of America.

       The Petitioner retains and reserves rights to this document.

1

2          During 2017 to 2021 the Petitioner sent letters through the United States Mail to the

3   United States Department of Homeland Security, reported and described being victim of

4   violations of laws of California and the United States of America.

5

6

7

8

9          While the Petitioner was located in the United States of America during 2017 to

10  2021 the Petitioner sent typed messages through the http www internet to the Windsor

11  Sonoma County California Police Department, reported and described being victim of

12  violations of laws of California and the United States of America.

13

14         While the Petitioner was located in the United States of America during 2017 to

15  2021 the Petitioner sent typed messages through the http www internet to the Sonoma

16  County California Sheriff Department, reported and described being victim of violations of

17  laws of California and the United States of America.

18

19         While the Petitioner was located in the United States of America during 2017 to

20  2021 the Petitioner sent typed messages through the http www internet to the United

21  States Federal Bureau of Investigation, reported and described being victim of violations of

22  laws of California and the United States of America.

23

24         While the Petitioner was located in the United States of America during 2017 to

25  2021 the Petitioner sent typed messages through the http www internet to the United

The Petitioner retains and reserves rights to this document.

States Department of Justice, reported and described being victim of violations of laws of California and the United States of America.

While the Petitioner was located in the United States of America during 2017 to 2021 the Petitioner sent typed messages through the http www internet to the United States Department Homeland Security, reported and described being victim of violations of laws of California and the United States of America.

While the Petitioner was located in the United States of America during 2017 to 2021 the Petitioner visited the Windsor Sonoma County California Police Department, reported and described being victim of violations of laws of California and the United States of America.

While the Petitioner was located in the United States of America during 2017 to 2021 the Petitioner visited the Sonoma County Sheriff Department, reported and described being victim of violations of laws of California and the United States of America.

While the Petitioner was located in the United States of America during 2017 to 2021 the Petitioner visited the United States Federal Bureau of Investigation, reported and described being victim of violations of laws of California and the United States of America.

1

2

3        While the Petitioner was located in the United States of America during 2017 to

4    2021 the Petitioner created and made available to the Windsor Sonoma County California

5    Police Department, Sonoma County California Sheriff Department, California Department of

6    Justice, the United States Federal Bureau of Investigation, the United States Department of

7    Justice and the United States Department of Homeland Security lists and descriptions of

8    some possible suspected perpetrators of violations of laws of the United States of America

9    against the Petitioner.

10

11        While the Petitioner was located in the United States of America during 2017 to

12    2021 the Petitioner created and made available to the Windsor Sonoma County California

13    Police Department, Sonoma County California Sheriff Department, California Department of

14    Justice, the United States Federal Bureau of Investigation, the United States Department of

15    Justice and the United States Department of Homeland Security lists and descriptions of

16    some possible suspected witnesses of violations of laws of the United States of America

17    against the Petitioner.

18

19

20

21

22        While the Petitioner was located in the United States of America during 2017 to

23    2021 the Petitioner uploaded computer files of evidence to a hhtp www internet file storage

24    and sharing service.

25

59    of 209 Pages              The Petitioner retains and reserves rights to this document.

1       While the Petitioner was located in the United States of America during 2017 to

2   2021 the Petitioner uploaded computer files of evidence to a http www internet file storage

3   and sharing service, Microsoft Onedrive.

4

5       While the Petitioner was located in the United States of America during 2017 to

6   2021 the Petitioner uploaded computer files of evidence to a http www internet file storage

7   and sharing service, Microsoft One Drive account associated to the email address

8   123infoabcd@gmail.com.

9

10      While the Petitioner was located in the United States of America during 2017 to

11  2021 the Petitioner uploaded computer files of evidence to a http www internet file storage

12  and sharing service, Microsoft One Drive account associated to the email address

13  caassaultbattery@gmail.com.

14

15      While the Petitioner was located in the United States of America during 2017 to

16  2021 the Petitioner uploaded computer files of evidence to a http www internet file storage

17  and sharing service, Microsoft One Drive account associated to the email address

18  caoutside@gmail.com.

19

20

21

22

23      While the Petitioner was located in the United States of America during 2017 to

24  2021 the Petitioner sent some emails from and read some emails sent to some email

25  accounts and addresses.

The Petitioner retains and reserves rights to this document.

1

2       While the Petitioner was located in the United States of America during 2017 to

3   2021 the Petitioner sent some emails from and read some emails sent to email account and

4   address 123infoabcd@gmail.com.

5

6       While the Petitioner was located in the United States of America during 2017 to

7   2021 the Petitioner sent some emails from and read some emails sent to email account and

8   address caassaultbattery@gmail.com.

9

10      While the Petitioner was located in the United States of America during 2017 to

11  2021 the Petitioner sent some emails from and read some emails sent to email address

12  caoutside@gmail.com.

13

14

15

16

17      While the Petitioner was located in Sonoma County California United States of

18  America during 2018, 2019 and 2020 the Petitioner made evidence and information of

19  about and associated to this case available to official California Government law

20  enforcement groups the Sonoma County Sheriff Department Sonoma County District

21  Attorney's Office California Highway Patrol Office of the Attorney General of California and

22  California Department of Justice.

23

24      While the Petitioner was located in Sonoma County California United States of

25  America during 2018, 2019 and 2020 the Petitioner made evidence and information of

61   of 209  Pages             The Petitioner retains and reserves rights to this document.

1    about and associated to this case available to official United States Government law

2    enforcement agencies including the United States Federal Bureau of Investigation United

3    States Bureau of Alcohol Tobacco Firearms United States Attorney's Office United States

4    Department of Justice Attorney General of the United States of America and United States

5    Department of Homeland Security.

6

7

8

9

10        The Petitioner was located in California United States of America during times

11   during each year during 2011 to 2021.

12

13        The Petitioner was located in States of the United States of America different than

14   California during 2012, 2013 and 2015.

15

16        The Petitioner was located in British Columbia Canada during 2013 during less than

17   six hours.

18

19

20

21

22        While the Petitioner was located in the United States of America during 2011 the

23   Petitioner was harassed, trafficked and battered.

24

25

The Petitioner retains and reserves rights to this document.

1    While the Petitioner was located in the United States of America during 2012 to

2 2014 the Petitioner was harassed, trafficked and battered.

3

4    While the Petitioner was located in the United States of America during 2015 the

5 Petitioner was harassed, trafficked and battered.

6

7    While the Petitioner was located in the United States of America during 2016 to

8 2019 the Petitioner was harassed, trafficked and battered.

9

10   While the Petitioner was located in the United States of America during 2020 the

11 Petitioner was harassed, trafficked and battered.

12

13   While the Petitioner was located in the United States of America during 2021 the

14 Petitioner was harassed, trafficked and battered.

15

16

17

18

19   While the Petitioner was located in the United States of America during 2011 to

20 2014 the Petitioner's physical body might have been injured.

21

22   While the Petitioner was located in the United States of America during 2015 the

23 Petitioner's physical body was injured.

24

25

   The Petitioner retains and reserves rights to this document.

While the Petitioner was located in the United States of America during 2016 to 2019 the Petitioner's physical body was injured.

While the Petitioner was located in the United States of America during 2020 the Petitioner's physical body was injured.

While the Petitioner was located in the United States of America during 2021 the Petitioner's physical body was injured.

Tech exists.

"Tech" calls something that includes something that has been called "in".

Tech is at least partially separate from a person.

Tech is at least partially different than a person.

Tech is at least partially separate from people.

Tech is at least partially different than people.

The word "in" has been used to call something associated to tech.

The Petitioner retains and reserves rights to this document.

1

2       The word "out" has been used to call something associated to tech.

3

4

5

6

7       A person-in and or or people-in operated tech to cause tech to remotely force force

8    at the Petitioner-out.

9

10      A person-in and or or people-in operated tech to cause tech to remotely force force

11   in the Petitioner-out.

12

13      A person-in and or or people-in operated tech to cause tech to remotely force force

14   on the Petitioner-out.

15

16

17

18

19      A person-in and or or people-in operated tech to cause tech to remotely force force

20   at the Petitioner-out during each year 2011 to 2021 as the Petitioner was located in the

21   United States of America.

22

23      A person-in and or or people-in operated tech to cause tech to remotely force force

24   in the Petitioner-out during each year 2011 to 2021 as the Petitioner was located in the

25   United States of America.

65   of 209  Pages          The Petitioner retains and reserves rights to this document.

1

2          A person-in and or or people-in operated tech to cause tech to remotely force force

3    on the Petitioner-out during each year 2011 to 2021 as the Petitioner was located in the

4    United States of America.

5

6

7

8

9          A person-in and or or people-in operated tech to cause tech to remotely force force

10   at, on and or or in the Petitioner-out during 2011 to 2014 harassing, battering and

11   trafficking the Petitioner as the Petitioner was located in the United States of America.

12

13         A person-in and or or people-in operated tech to cause tech to remotely force force

14   at, on and or or in the Petitioner-out during 2015 harassing, battering, trafficking and

15   injuring the Petitioner as the Petitioner was located in the United States of America.

16

17         A person-in and or or people-in operated tech to cause tech to remotely force force

18   at, on and or or in the Petitioner-out during 2016 to 2019 harassing, battering, trafficking

19   and injuring the Petitioner as the Petitioner was located in the United States of America.

20

21         A person-in and or or people-in operated tech to cause tech to remotely force force

22   at, on and or or in the Petitioner-out during 2020 harassing, battering, trafficking and

23   injuring the Petitioner as the Petitioner was located in the United States of America.

24

25

The Petitioner retains and reserves rights to this document.

A person-in and or or people-in operated tech to cause tech to remotely force force at, on and or or in the Petitioner-out during 2021 harassing, battering, trafficking and injuring the Petitioner as the Petitioner was located in the United States of America.

While the Petitioner was located in the United States of America during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020 and 2021 the Petitioner was victim of abnormal force at, on and or or in the Petitioner's body as abnormal sound causing thoughts, abnormal force causing perceived abnormal sound causing thoughts and or or abnormal force as abnormal force causing thoughts

While the Petitioner was located in the United States of America during 2014 the Petitioner might have been victim of abnormal force causing perceived abnormal visual images.

While the Petitioner was located in the United States of America during 2015 the Petitioner might have been victim of abnormal force causing perceived abnormal visual images.

The Petitioner retains and reserves rights to this document.

While the Petitioner was located in the United States of America during 2016 to 2019 the Petitioner was victim of abnormal force causing perceived abnormal visual images.

While the Petitioner was located in the United States of America during 2020 the Petitioner was victim of abnormal force causing perceived abnormal visual images.

While the Petitioner was located in the United States of America during 2021 the Petitioner was victim of abnormal force causing perceived abnormal visual images.

While the Petitioner was located in the United States of America during 2015 the Petitioner was victim of abnormal force causing physical sensations.

While the Petitioner was located in the United States of America during 2016 to 2019 the Petitioner was victim of abnormal force causing physical sensations.

While the Petitioner was located in the United States of America during 2020 the Petitioner was victim of abnormal force causing physical sensations.

While the Petitioner was located in the United States of America during 2021 the Petitioner was victim of abnormal force causing physical sensations.

The Petitioner retains and reserves rights to this document.

While the Petitioner was located in the United States of America during 2015 the Petitioner was victim of abnormal force causing obvious injury.

While the Petitioner was located in the United States of America during 2016 to 2019 the Petitioner was of victim abnormal force causing obvious injury.

While the Petitioner was located in the United States of America during 2020 the Petitioner was victim of abnormal force causing obvious injury.

While the Petitioner was located in the United States of America during 2021 the Petitioner was victim of abnormal force causing obvious injury.

While the Petitioner was located in the United States of America during 2011 to 2021 abnormal force caused a part, parts and or or all of the Petitioner's body to move longer than an instant.

While the Petitioner was located in the United States of America during 2011 to 2021 abnormal force seized and took away a part, parts and or or all of the Petitioner's body

69    of 209  Pages            The Petitioner retains and reserves rights to this document.

as abnormal force caused a part, parts and or or all of the Petitioner's body to move longer than an instant.

While the Petitioner was located in the United States of America during 2011 to 2021 abnormal force seized and took away a part, parts and or or all of the Petitioner's body as abnormal force forced at, on and or or in the Petitioner's body caused a part, parts and or or all of the Petitioner's body to move longer than an instant as abnormal force caused tissue, fluid and or or gas of the Petitioner's body of and or or near the Petitioner's nerves, neurons and or or brain to vibrate as electrical impulses traveled over and or or through nerves, neurons and or or brain of the Petitioner's body as the Petitioner's body reacted and or or responded to abnormal force and or or forces at, on and or or in the Petitioner's body.

While the Petitioner was located in the United States of America during 2011 to 2021 abnormal force seized and took away a part, parts and or or all of the Petitioner's body as abnormal force forced at, on and or or in the Petitioner's body caused a part, parts and or or all of the Petitioner's body to move longer than an instant as force forced at the Petitioner's body caused movement of electrons of tissues and or or fluid of and or or near the Petitioner's nerves, neurons and or or brain as electrical impulses traveled over and or or through nerves, neurons, and or or brain as the Petitioner's body reacted and or or responded to abnormal force and or or forces at, on and or or in the Petitioner's body.

The Petitioner retains and reserves rights to this document.

1

2

3      While the Petitioner was located in the United States of America during 2011 to

4  2021 abnormal force forced at, on and or or in the Petitioner seized and took away a part,

5  parts and or or all of the Petitioner's body as abnormal force caused a part, parts and or or

6  all of the Petitioner's body to move longer than an instant as abnormal force caused obvious

7  injury as part, parts and or or all of the Petitioner's body was and or or were moved.

8

9      While the Petitioner was located in the United States of America during 2011 to

10  2021 abnormal force seized and took away a part, parts and or or all of the Petitioner's body

11  as abnormal force forced at, on and or or in the Petitioner caused a part, parts and or or all

12  of the Petitioner's body to move longer than an instant as abnormal force caused obvious

13  injury as part, parts and or or all of the Petitioner's body was and or or were moved as

14  tissue, fluid, gas, molecule, atom, electron, proton and or or neutron of the Petitioner's body

15  was and or or were moved.

16

17                                          .

18

19

20      While the Petitioner was located in the United States of America during some of

21  2011 during time the Petitioner was awake the Petitioner was confined to harassment,

22  trafficking and battery.

23

24

25

71   of 209  Pages            The Petitioner retains and reserves rights to this document.

1

2

3

4

While the Petitioner was located in the United States of America during each year during 2012 to 2020 during time the Petitioner was awake the Petitioner was confined to harassment, trafficking and battery.

5

6

7

While the Petitioner was located in the United States of America during 2021 during time the Petitioner was awake during prior to and after the start of June 1, 2021 the Petitioner was confined to harassment, trafficking and battery.

8

9

10

11

12

13

14

15

While the Petitioner was located in the United States of America during some of 2011 during time the Petitioner was awake the Petitioner was confined to force forced at, on and or or in the Petitioner as abnormal force forced at, on and or or in the Petitioner's body.

16

17

18

19

20

While the Petitioner was located in the United States of America during 2012 to 2020 during time the Petitioner was awake the Petitioner was confined to force forced at, on and or or in the Petitioner as abnormal force forced at, on and or or in the Petitioner's body.

21

22

23

24

25

While the Petitioner was located in the United States of America during 2021 during time the Petitioner was awake during prior to and after the start of June 1, 2021 the Petitioner was confined to force forced at, on and or or in the Petitioner as abnormal force forced at, on and or or in the Petitioner's body.

The Petitioner retains and reserves rights to this document.

1

2

3

4

5        While the Petitioner was located in the United States of America during most days

6    during 2011 during time the Petitioner was awake the Petitioner was held to being

7    harassed, trafficked and battered.

8

9        While the Petitioner was located in the United States of America during three-

10   fourths and or or more of the days during each year during 2012 to 2020 during time the

11   Petitioner was awake the Petitioner was held to being harassed, trafficked and battered.

12

13       While the Petitioner was located in the United States of America during 2021 during

14   time the Petitioner was awake during prior to and after the start of June 1, 2021 the

15   Petitioner was held to being harassed, trafficked and battered.

16

17

18

19

20       While the Petitioner was located in the United States of America during most days

21   during 2011 during time the Petitioner was awake the Petitioner was held to force being

22   forced at, on and or or in the Petitioner as abnormal force forced at, on and or or in the

23   Petitioner's body.

24

25

The Petitioner retains and reserves rights to this document.

1       While the Petitioner was located in the United States of America during three-

2    fourths and or or more of the days during 2012 to 2020 during time the Petitioner was

3    awake the Petitioner was held to force being forced at, on and or or in the Petitioner as

4    abnormal force forced at, on and or or in the Petitioner's body.

5

6       While the Petitioner was located in the United States of America during 2021 during

7    time the Petitioner was awake during prior to and after the start of June 1, 2021 the

8    Petitioner was held to force being forced at, on and or or in the Petitioner as abnormal force

9    forced at, on and or or in the Petitioner's body.

10

11

12

13

14       While the Petitioner was located in the United States of America during 2011 to

15    2021 the Petitioner was decoyed.

16

17       While the Petitioner was located in the United States of America during 2011 to

18    2021 the Petitioner was decoyed by a way, ways, a mean and or or means of force being

19    forced at, on and or or in the Petitioner as abnormal force forced at, on and or or in the

20    Petitioner's body.

21

22

23

24

25

The Petitioner retains and reserves rights to this document.

1    While the Petitioner was located in the United States of America during 2011 to

2   2021 the Petitioner was held to being decoyed.

3

4    While the Petitioner was located in the United States of America during 2011 to

5   2021 the Petitioner was held to being decoyed by a way, ways, a mean and or or means of

6   force being forced at, on and or or in the Petitioner as abnormal force forced at, on and or or

7   in the Petitioner's body.

8

9

10

11

12    While the Petitioner was located in the United States of America during 2011 to

13   2021 the Petitioner was repeatedly, consistently, blatantly, obviously forced at, on and or or

14   in, harassed, trafficked, battered and victim of violations of laws of the United States of

15   America.

16

17

18

19

20    The Petitioner was held to involuntary servitude during 2011 to 2021 as the

21   Petitioner's body as force was forced longer than an instant at, on and or or in the

22   Petitioner's body as the Petitioner's body reacted and or or responded to force forced at, on

23   and or or in the Petitioner's body.

24

25

The Petitioner retains and reserves rights to this document.

1

2

3       While the Petitioner was located in the United States of America during 2011 to

4   2021 a person and or or people provided to a person and or or people and obtained the

5   labor of the Petitioner as a person and or or people operated tech to cause tech to force

6   force at, on and or or in the Petitioner's body causing the Petitioner 's body to react and or

7   or respond to force forced at the Petitioner's body.

8

9

10

11

12       A person and or or people obtained and or or provided to that person's self and or

13   or themselves by means of force at, on and or or in the Petitioner while the Petitioner was

14   located in the United States of America during 2011 to 2021 knowledge they operated tech

15   to cause tech to force force at, on and or or in the Petitioner.

16

17

18

19

20       While the Petitioner was located in the United States of America during 2011 to

21   2021 the Petitioner was and or or might have been injured as the Petitioner was caused to

22   lack a thing and or or things essential to the Petitioner's health as a person and or or people

23   operated tech-in to cause tech to limit the availability of tech data of thoughts the Petitioner

24   had to the Petitioner.

25

The Petitioner retains and reserves rights to this document.

1

2

3

4        While the Petitioner was located in the United States of America during 2011 to

5    2021 the Petitioner was and or or might have been injured as the Petitioner was forced

6    force at, on and or or in.

7

8        While the Petitioner was located in the United States of America during 2011 to

9    2021 the Petitioner was and or or might have been injured as the Petitioner was forced

10   great amounts of force at, on and or or in.

11

12

13

14

15       While the Petitioner was located in the United States of America during 2011 to

16   2021 the Petitioner was and or or might have been injured as the Petitioner was forced

17   fluctuations of force at, on and or or in.

18

19       While the Petitioner was located in the United States of America during 2011 to

20   2021 the Petitioner was and or or might have been injured as the Petitioner was forced

21   great amounts of fluctuations of force at, on and or or in.

22

23

24

25

        The Petitioner retains and reserves rights to this document.

1

2

3

4      While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was and or or might have been injured as the Petitioner was forced force at, on and or or in as abnormal force forced at, on and or or in the Petitioner.

5

6      While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was and or or might have been injured as the Petitioner was forced great amounts of force at, on and or or in as abnormal force forced at, on and or or in the Petitioner.

7

8

9

10

11

12

13     While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was and or or might have been injured as and or or while the Petitioner was forced fluctuations of force at, on and or or in as abnormal force forced at, on and or or in the Petitioner.

14

15

16

17

18     While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was and or or might have been injured as and or or while the Petitioner was forced great amounts of fluctuations of force at, on and or or in as abnormal force forced at, on and or or in the Petitioner.

19

20

21

22

23

24

25

The Petitioner retains and reserves rights to this document.

1   While the Petitioner was located in the United States of America during 2011 to

2   2021 the Petitioner was and or or might have been injured as the Petitioner was forced

3   force at, on and or or in as abnormal force different than abnormal sound forced at, on and

4   or or in the Petitioner.

5

6   While the Petitioner was located in the United States of America during 2011 to

7   2021 the Petitioner was and or or might have been injured as the Petitioner was forced

8   great amounts of force at, on and or or in as abnormal force different than abnormal sound

9   forced at, on and or or in the Petitioner.

10

11

12

13

14   While the Petitioner was located in the United States of America during 2011 to

15   2021 the Petitioner was and or or might have been injured as the Petitioner was forced

16   fluctuations of force at, on and or or in as abnormal force different than abnormal sound

17   forced at, on and or or in the Petitioner.

18

19   While the Petitioner was located in the United States of America during 2011 to

20   2021 the Petitioner was and or or might have been injured as the Petitioner was forced

21   great amounts of fluctuations of force at, on and or or in as abnormal force different than

22   abnormal sound forced at, on and or or in the Petitioner.

23

24

25

The Petitioner retains and reserves rights to this document.

1

2      While the Petitioner was located in the United States of America during 2011 to

3   2021 a person and or or people under color of any law, statute, ordinance and or or

4   regulation willfully subjected the Petitioner to the deprivation of any rights, privileges and

5   or or immunities secured and or or protected by the Constitution and or or laws of the

6   United States of America.

7

8

9

10

11      While the Petitioner was located in the United States of America during 2011 to

12   2021 a person and or or people under color of any custom willfully subjected the Petitioner

13   to the deprivation of any rights, privileges and or or immunities secured and or or protected

14   by the Constitution and or or laws of the United States of America.

15

16

17

18

19      While the Petitioner was located in the United States of America during 2011 to

20   2021 a person and or or people used physical action against the Petitioner hindering,

21   delaying and or or preventing the communication to a law enforcement officer and or or

22   judge of the United States of information relating to the commission and or or possible

23   commission of a Federal offense as a person and or or people operated tech-in to cause tech

24   to force force at, on and or or in the Petitioner hindering, delaying and or or preventing the

25

The Petitioner retains and reserves rights to this document.

communication to a law enforcement officer and or or judge of the United States of information relating to the commission and or or possible commission of a Federal offense.

While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was victim of violations of United States Code Title Eighteen Sections 242, 242 as acts including kidnapping, 1201 as seize and as kidnapping, 1584, 1589 a, 1589 b and 1590 as force forced at, on and or or in the Petitioner as abnormal force was forced at, on and or or in the Petitioner as a person and or or people used physical action against the Petitioner hindering, delaying and or or preventing the communication to a law enforcement officer and or or judge of the United States of information relating to the commission and or or possible commission of a Federal offense as a person and or or people operated tech-in to cause tech to force force at, on and or or in the Petitioner hindering, delaying and or or preventing the communication to a law enforcement officer and or or judge of the United States of information relating to the commission and or or possible commission of a Federal offense.

Tech data of the Petitioner's thoughts exists.

The Petitioner's thoughts effected the Petitioner's body.

81   of 209  Pages                    The Petitioner retains and reserves rights to this document.

1

2    The Petitioner's thoughts of deteriorated tech data injured the Petitioner's body.

3

4    The Petitioner's thoughts of thoughts of and or or associated to tech data the

5    Petitioner lacked injured the Petitioner.

6

7

8

9

10    Tech data of the Petitioner's thoughts interacted.

11

12    Tech data of the Petitioner's thoughts effected tech data of the Petitioner's thoughts.

13

14    Tech data of the Petitioner's thoughts interacted and effected tech data of the

15    Petitioner's thoughts.

16

17

18

19

20    While the Petitioner was located in the United States of America during 2011 to

21    2021 the Petitioner was caused to lack a thing and or or things essential to the Petitioner's

22    health as the Petitioner was caused to lack tech data of some of the thoughts the Petitioner

23    has thought.

24

25

The Petitioner retains and reserves rights to this document.

While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was caused to lack a thing and or or things essential to the Petitioner's health as the Petitioner was caused to lack tech data of some of the thoughts the Petitioner had thought.

While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was caused to lack a thing and or or things essential to the Petitioner's health as the Petitioner was caused to lack tech data of some of the thoughts the Petitioner was thoughting.

While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was injured as the Petitioner thought some thought and or or thoughts of tech data at least partially lacked by the Petitioner after the Petitioner was caused to lack a thing and or or things essential to the Petitioner's health as the Petitioner was caused to lack tech data of some of the thoughts the Petitioner has thought.

While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was injured as the Petitioner thought some thought and or or thoughts of tech data at least partially lacked by the Petitioner after the Petitioner was caused to lack a thing and or or things essential to the Petitioner's health as the Petitioner was caused to lack tech data of some of the thoughts the Petitioner had thought.

The Petitioner retains and reserves rights to this document.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was injured as the Petitioner was caused to lack a thing and or or things essential to the Petitioner's health as the Petitioner was caused to lack tech data of some of the thoughts the Petitioner was thoughting.

While the Petitioner was located in the United States of America during 1986 2011 the Petitioner was trafficked as the Petitioner partly and or or wholly created tech data.

While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was trafficked as the Petitioner partly and or or wholly created tech data.

The Petitioner was exploited, extorted, trafficked, vicitim of violations of United States Code Title Eighteen Section 1589 b and United States Code Title Forty-Two Section 1987 against during 2011 to 2021.

The Petitioner retains and reserves rights to this document.

1

2

3

4          The Petitioner suspects the Petitioner might have been exploited, extorted,

5    trafficked, violated United States Code Title Eighteen Section 1589 b against by an officer,

6    employee, officers and or or employees of the United States of America and or or the

7    Government of the United States of America during 2011 to 2021.

8

9          The Petitioner suspects the Petitioner might have been exploited, extorted,

10   trafficked, violated United States Code Title Eighteen Section 1589 b against by an officer,

11   employee, associate, officers, employees and or or associates of the United States of America

12   and or or the Government of the United States of America during 2011 to 2021.

13

14

15

16

17          As the Petitioner suspects while the Petitioner was located in the United States of

18   America during 2011 to 2021 the Petitioner might have been exploited, extorted, trafficked,

19   violated United States Code Title Eighteen Section 1589 b against by an officer, employee

20   associate, officers, employees and or or associates of the United States of America and or or

21   the Government of the United States of America, the Petitioner might demand all property

22   associated to violations of laws of the United States of America.

23

24          The Petitioner suspects while the Petitioner was located in the United States of

25   America during 2011 to 2021 the Petitioner might have been exploited, extorted, trafficked,

The Petitioner retains and reserves rights to this document.

violated United States Code Title Eighteen Section 1589 b against by an officer, employee associate, officers, employees and or or associates of the United States of America and or or the Government of the United States of America, the Petitioner might demand all property associated to violations of laws of the United States of America including and not necessarily limited to all fines, fees, penalties, assessments, dues, costs, expenses and possibly some payments.

While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner might have been exploited, extorted, trafficked, violated United States Code Title Eighteen Section 1589 b against by an officer, employee associate, officers, employees and or or associates of the United States of America and or or the Government of the United States of America, the Petitioner might demand all property associated to violations of laws of the United States of America including and not necessarily limited to all fines, fees, penalties, assessments, dues, costs, expenses and possibly some payments including and not necessarily limited to those associated to courts, law enforcement, prosecution and possibly more.

The Petitioner states the Petitioner was exploited, extorted, trafficked and violated United States Code Title Eighteen Section 1589 b against, violated United States Code Title Forty-Two Section 1987 against during 2011 to 2021 and possibly more times.

The Petitioner retains and reserves rights to this document.

1

2

3      While the Palintiff was located in the United States of America during 2011 to 2021

4  the Petitioner was exploited, extorted, trafficked, violated United States Code Title Eighteen

5  Section 1589 b against, violated United States Code Title Forty-Two Section 1987 against,

6  the Petitioner demands all property associated to violations of laws of the United States of

7  America.

8

9      While the Petitioner was located in the United States of America during 2011 to

10  2021 the Petitioner was exploited, extorted, trafficked, violated United States Code Title

11  Eighteen Section 1589 b against, violated United States Code Title Forty-Two Section 1987

12  against, the Petitioner demands all property associated to violations of laws of the United

13  States of America including and not necessarily limited to all fines, fees, penalties,

14  assessments, dues, costs, expenses and possibly some payments.

15

16      While the Petitioner was located in the United States of America during 2011 to

17  2021 the Petitioner was exploited, extorted, trafficked, violated United States Code Title

18  Eighteen Section 1589 b against, violated United States Code Title Forty-Two Section 1987

19  against, the Petitioner demands all property associated to violations of laws of the United

20  States of America including and not necessarily limited to all fines, fees, penalties,

21  assessments, dues, costs, expenses and possibly some payments including and not

22  necessarily limited to those associated to courts, law enforcement, prosecution and possibly

23  more.

24

25

The Petitioner retains and reserves rights to this document.

1

2

3      While the Petitioner was located in the United States of America during 2011 to

4  2021 the Petitioner was victim of violations of United States Code Title Eighteen Section

5  1589 b.

6

7

8

9

10     While the Petitioner was located in the United States of America during 2011 to

11  2021 the Petitioner might have been concealed during 2011 to 2021.

12

13     While the Petitioner was located in the United States of America during 2011 to

14  2021 the Petitioner's right to the pursuit of happiness might have been violated as the

15  Petitioner might have been concealed.

16

17

18

19

20     While the Petitioner was located in the United States of America during 2011 to

21  2021 the Petitioner might have been hidden during 2011 to 2021.

22

23     While the Petitioner was located in the United States of America during 2011 to

24  2021 the Petitioner's right to the pursuit of happiness might have been violated as the

25  Petitioner might have been hidden.

The Petitioner retains and reserves rights to this document.

1
2
3
4
5          While located in the United States of America during 2011 to 2021 the Petitioner

6     was victim of kidnapping involving conduct transcending national boundaries.

7
8          While located in the United States of America during 2011 to 2021 the Petitioner

9     was victim of assault resulting in serious bodily injury involving conduct transcending

10    national boundaries.

11
12
13
14
15         Offense and or or offenses against the United States of America as offense and or or

16    offenses against a citizen of the United States of America as the Petitioner were committed

17    and might have been aided, abetted, counseled, commanded, induced and or or procured.

18
19
20
21
22         A person and or or people might have willfully caused an act to be done which if

23    directly performed by a person and or or people or another would be an offense against the

24    United States of America as an offense against a citizen of the United States of America.

25

89   of 209 Pages              The Petitioner retains and reserves rights to this document.

1
2
3
4        While the Petitioner was located in the United States of America during 2011 to
5    2021 the Petitioner was put in apprehension of immediate application of force to the
6    Petitioner resulting in harm to the Petitioner.
7
8
9
10
11        A person and or or people engaged in conduct that placed the Petitioner in
12    reasonable fear of the death of and or or serious bodily injury to the Petitioner while the
13    Petitioner was located in the United States of America during 2011 to 2021.
14
15        A person and or or people might have, with the intent to kill, injure, harass,
16    intimidate and or or place under surveillance with intent to kill, injure, harass and or or
17    intimidate the Petitioner, engaged in conduct that placed the Petitioner in reasonable fear of
18    the death of and or or serious bodily injury to the Petitioner while the Petitioner was
19    located in the United States of America during 2011 to 2021.
20
21
22
23
24        A person and or or people engaged in conduct that placed the Petitioner in
25    reasonable fear of the death of and or or serious bodily injury to the Petitioner's parent,

The Petitioner retains and reserves rights to this document.

parents, sibling and or or siblings while the Petitioner was located in the United States of America during 2011 to 2021.

A person and or or people might have, with the intent to kill, injure, harass, intimidate and or or place under surveillance with intent to kill, injure, harass and or or intimidate the Petitioner, engaged in conduct that placed the Petitioner in reasonable fear of the death of and or or serious bodily injury to the Petitioner's parent, parents, sibling and or or siblings while the Petitioner was located in the United States of America during 2011 to 2021.

A person and or or people engaged in conduct that caused substantial emotional distress to the Petitioner while the Petitioner was located in the United States of America during 2011 to 2021.

A person and or or people might have engaged in conduct attempting to cause substantial emotional distress to the Petitioner while the Petitioner was located in the United States of America during 2011 to 2021.

A person and or or people engaged in conduct that would have been reasonably expected to cause substantial emotional distress to the Petitioner while the Petitioner was located in the United States of America during 2011 to 2021.

The Petitioner retains and reserves rights to this document.

1

2

3

4          A person and or or people, possibly with the intent to harass, engaged in conduct

5   that caused, attempted to cause and or or would have been reasonably expected to cause

6   substantial emotional distress to the Petitioner while the Petitioner was located in the

7   United States of America during 2011 to 2021.

8

9

10

11

12         A person and or or people, possibly with the intent to kill, injure, harass, intimidate

13  and or or place under surveillance with intent to kill, injure, harass and or or intimidate the

14  Petitioner, engaged in conduct that caused, attempted to cause and or or would have been

15  reasonably expected to cause substantial emotional distress to the Petitioner while the

16  Petitioner was located in the United States of America during 2011 to 2021.

17

18

19

20

21         A person and or or people engaged in conduct that caused, attempted to cause and

22  or or would have been reasonably expected to cause substantial emotional distress to the

23  Petitioner's parent, parents, sibling and or or siblings while the Petitioner was located in the

24  United States of America during 2011 to 2021.

25

92    of 209  Pages              The Petitioner retains and reserves rights to this document.

1    A person and or or people, possibly with the intent to kill, injure, harass, intimidate

2    and or or place under surveillance with intent to kill, injure, harass and or or intimidate the

3    Petitioner, engaged in conduct that caused, attempted to cause and or or would have been

4    reasonably expected to cause substantial emotional distress to the Petitioner's parent,

5    parents, sibling and or or siblings while the Petitioner was located in the United States of

6    America during 2011 to 2021.

7

8

9

10

11    A person and or or people might have gambled and or or bet associated to violations

12    of laws of the United States of America against the Petitioner while the Petitioner was

13    located in the United States of America during 2011 to 2021.

14

15    A person and or or people might have wagered associated to violations of laws of

16    the United States of America against the Petitioner while the Petitioner was located in the

17    United States of America during 2011 to 2021.

18

19

20

21

22    A person and or or people might have gambled and or or bet associated to violations

23    of laws of California against the Petitioner while the Petitioner was located in the United

24    States of America during 2011 to 2021.

25

The Petitioner retains and reserves rights to this document.

1         A person and or or people might have wagered associated to violations of laws of

2    California against the Petitioner while the Petitioner was located in the United States of

3    America during 2011 to 2021.

4

5

6

7

8         An officer and or or officers of the United States of America and or or the

9    Government of the United States of America might have gambled and or or bet associated to

10   violations of laws of the United States of America against the Petitioner while the Petitioner

11   was located in the United States of America during 2011 to 2021.

12

13        An employee and or or employees of the United States of America and or or the

14   Government of the United States of America might have gambled and or or bet associated to

15   violations of laws of the United States of America against the Petitioner while the Petitioner

16   was located in the United States of America during 2011 to 2021.

17

18        A person and or or people associated to the United States of America and or or the

19   Government of the United States of America might have gambled and or or bet associated to

20   violations of laws of the United States of America against the Petitioner while the Petitioner

21   was located in the United States of America during 2011 to 2021.

22

23

24

25

The Petitioner retains and reserves rights to this document.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

An officer and or or officers of the United States of America and or or the Government of the United States of America might have wagered associated to violations of laws of the United States of America against the Petitioner while the Petitioner was located in the United States of America during 2011 to 2021.

An employee and or or employees of the United States of America and or or the Government of the United States of America might have wagered associated to violations of laws of the United States of America against the Petitioner while the Petitioner was located in the United States of America during 2011 to 2021.

A person and or or people associated to the United States of America and or or the Government of the United States of America might have wagered associated to violations of laws of the United States of America against the Petitioner while the Petitioner was located in the United States of America during 2011 to 2021.

An officer and or or officers of California and or or the Government of California might have gambled and or or bet associated to violations of laws of the United States of America against the Petitioner while the Petitioner was located in the United States of America during 2011 to 2021.

An employee and or or employees of California and or or the Government of California might have gambled and or or bet associated to violations of laws of the United

The Petitioner retains and reserves rights to this document.

States of America against the Petitioner while the Petitioner was located in the United States of America during 2011 to 2021.

A person and or or people associated to California and or or the Government of California might have gambled and or or bet associated to violations of laws of the United States of America against the Petitioner while the Petitioner was located in the United States of America during 2011 to 2021.

An officer and or or officers of California and or or the Government of California might have wagered associated to violations of laws of the United States of America against the Petitioner while the Petitioner was located in the United States of America during 2011 to 2021.

An employee and or or employees of California and or or the Government of California might have wagered associated to violations of laws of the United States of America against the Petitioner while the Petitioner was located in the United States of America during 2011 to 2021.

A person and or or people associated to California and or or the Government of California might have wagered associated to violations of laws of the United States of America against the Petitioner while the Petitioner was located in the United States of America during 2011 to 2021.

The Petitioner retains and reserves rights to this document.

1

2

3

4

5      While the Petitioner was located in the United States of America during 2011 to

6   2021 a person and or or people trafficked and extorted the Petitioner including by and or or

7   through ways and or or means including, having devised or intending to devise any scheme

8   and or or artifice to defraud and or or for obtaining money and or or property by means of

9   false and or or fraudulent pretenses for the purpose of executing such scheme and or or

10   artifice and or or attempting so to do, deposited and or or caused to be deposited any

11   matter and or or thing whatever to be sent and or or delivered by any private and or or

12   commercial interstate carrier, taken and or or received therefrom, any such matter and or

13   or thing, knowingly caused to be delivered by mail and or or such carrier according to the

14   direction thereon and or or at the place at which it is directed to be delivered by the person

15   to whom it is addressed, any such matter and or or thing.

16

17

18

19

20      While the Petitioner was located in the United States of America during 2011 to

21   2021 a person and or or people might have attempted to traffic and exploit the Petitioner

22   including by and or or through ways and or or means including, having devised or intending

23   to devise any scheme and or or artifice to defraud and or or for obtaining money and or or

24   property by means of false and or or fraudulent pretenses for the purpose of executing such

25   scheme and or or artifice and or or attempting so to do, deposited and or or caused to be

The Petitioner retains and reserves rights to this document.

deposited any matter and or or thing whatever to be sent and or or delivered by any private and or or commercial interstate carrier, taken and or or received therefrom, any such matter and or or thing, knowingly caused to be delivered by mail and or or such carrier according to the direction thereon and or or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter and or or thing.

While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was victim of violations of United States Code Title Twenty-Eight Section 547 while the Petitioner was located in the United States of America during 2011 to 2021 as offenses against the United States of America as offenses against a citizen of the United States of America as offenses against the Petitioner as violations of laws of the United States of America against the Petitioner were different than prosecuted by each United States attorney within his district.

While the Petitioner was located the United States of America during 2011 to 2021 a person and or or people different than the Petitioner might have, having knowledge of the actual commission of a felony cognizable by a court of the United States commissioned against the Petitioner, concealed and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

98   of 209  Pages           The Petitioner retains and reserves rights to this document.

1
2
3
4
5
       While the Petitioner was located in the United States of America during 2011 to
6
2021 an officer, employee, officers and or or employees of the United States and or or any
7
department and or or agency thereof and or or representing himself to be and or or
8
assuming to act as such, under color and or or pretense of office and or or employment
9
committed, attempted, might have committed and or or might have attempted an act of and
10
or or including practicing obtaining something, especially money, through force and or or
11
threats.
12
13
14
15
16
       While the Petitioner was located in the United States of America during 2011 to
17
2021 a person and or or people might have intentionally harassed the Petitioner and
18
thereby hindered, delayed, prevented and or or dissuaded the Petitioner from reporting to a
19
law enforcement officer and or or judge of the United States the commission and or or
20
possible commission of a Federal offense and or or attempted to do so.
21
22
23
24
25

The Petitioner retains and reserves rights to this document.

A person and or or people knowingly benefited, financially and or or by receiving anything of value, from participation in a venture which has engaged in the providing and or or obtaining of labor and or or services by any of the means described in United States Code Title Eighteen Section 1589 Subsection a knowing or in reckless disregard of the fact that the venture has engaged in the providing and or or obtaining of labor and or or services by any of such means.

A person and or or people knowingly benefited, financially and or or by receiving anything of value, from participation in a venture which was then engaging in the providing and or or obtaining of labor and or or services by any of the means described in United States Code Title Eighteen Section 1589 Subsection a, knowing and or or in reckless disregard of the fact that the venture has engaged in the providing or obtaining of labor and or or services by any of such means.

A person and or or people knowingly benefited, financially and or or by receiving anything of value, from participation in a venture which engaged in any act in violation of United States Code Title Eighteen Chapter Seventy-Seven knowing and or or in reckless disregard of the fact that the venture engaged in such violation.

The Petitioner retains and reserves rights to this document.

A person and or or people in matter within the jurisdiction of the executive, legislative and or or judicial branch of the Government of the United States of America, knowingly and willfully falsified, concealed and or or covered up by any trick, scheme and or or device a material fact.

A person and or or people in matter within the jurisdiction of the executive, legislative and or or judicial branch of the Government of the United States of America, knowingly and willfully made materially false, fictitious and or or fraudulent statement and or or representation.

A person and or or people in matter within the jurisdiction of the executive, legislative and or or judicial branch of the Government of the United States of America, knowingly and willfully made and or or used any false writing and or or document knowing the same to contain materially false, fictitious and or or fraudulent statement and or or entry.

A public officer, public officers, other person authorized by any law of the United States to make and or or give a certificate and or or other writing and or or other person authorized by any law of the United States to make and or or give a certificate and or or

The Petitioner retains and reserves rights to this document.

1  other writing, knowingly made and or or delivered as true such a certificate or writing,

2  containing any statement which he knew to be false.

3

4

5

6

7  While the Petitioner was located in the United States of America during 2011 to

8  2021 a person and or or people might have violated United States Code Title Eighteen

9  Section 1030 against the Petitioner.

10

11  A person and or or people might have intentionally accessed a computer without

12  authorization and or or exceeded authorized access, and thereby obtained information from

13  any protected computer.

14

15

16

17

18  While the Petitioner was located in the United States of America during 2011 to

19  2021 a person and or or people might have violated United States Code Title Eighteen

20  Section 1033 against the Petitioner.

21

22  A person and or or people engaged in the business of insurance whose activities

23  affect interstate commerce might have, knowingly, with the intent to deceive, made a false

24  material statement, statements, report and or or reports in connection with any financial

25  reports and or or documents presented to any insurance regulatory official, agency, an

The Petitioner retains and reserves rights to this document.

1   agent and or or examiner appointed by such official and or or agency to examine the affairs

2   of such person, and for the purpose of influencing the actions of such official, agency, such

3   an appointed agent and or or examiner.

4

5

6

7

8       While the Petitioner was located in the United States of America during 2011 to

9   2021 a person and or or people, in any matter involving any public and or or private plan

10  and or or contract, affecting commerce, under which any medical benefit, item and or or

11  service is provided to any individual, including any individual and or or entity who is

12  providing a medical benefit, item and or or service for which payment may be made under

13  the plan or contract, knowingly and willfully falsified, concealed and or or covered up by

14  any trick, scheme and or or device a material fact.

15

16      While the Petitioner was located in the United States of America during 2011 to

17  2021 a person and or or people, in any matter involving any public and or or private plan

18  and or or contract, affecting commerce, under which any medical benefit, item and or or

19  service is provided to any individual, including any individual and or or entity who is

20  providing a medical benefit, item and or or service for which payment may be made under

21  the plan or contract, knowingly and willfully made any materially false, fictitious and or or

22  fraudulent statements and or or representations.

23

24      While the Petitioner was located in the United States of America during 2011 to

25  2021 a person and or or people, in any matter involving any public and or or private plan

The Petitioner retains and reserves rights to this document.

and or or contract, affecting commerce, under which any medical benefit, item and or or service is provided to any individual, including any individual and or or entity who is providing a medical benefit, item and or or service for which payment may be made under the plan or contract, knowingly and willfully made and or or used any materially false writing and or or document knowing the same to contain any materially false, fictitious and or or fraudulent statement and or or entry.

While the Petitioner was located in the United States of America during 2011 to 2021 and possibly more times the Petitioner's right to pursuit of happiness was violated as tech data of the Petitioner's thoughts was altered and or or changed.

While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner's right to the pursuit of happiness was violated as the Petitioner was caused to lack tech data of a thought and or or thoughts the Petitioner had thought.

The Petitioner retains and reserves rights to this document.

While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner's right to the pursuit of happiness was violated as the Petitioner's experience of the Petitioner's experience was discontinued, the Petitioner's consciousness was altered and or or the Petitioner was screwed.

While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was and or or might have vicitim of violation and or or violations of United States Code Title Eighteen Section 113 as bodily injury to the Petitioner as the Petitioner's experience of the Petitioner's experience was discontinued, the Petitioner's consciousness was altered and or or the Petitioner was screwed.

While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was and or or might have victim of violation and or or violations of United States Code Title Eighteen Section 113 as apprehension of bodily injury as the Petitioner's experience of the Petitioner's experience was discontinued, the Petitioner's consciousness was altered and or or the Petitioner was screwed.

The Petitioner was victim of violations of United States Code Title Eighteen Section 242 and 1201 as United States Code Title Eighteen Section 242 as acts including kidnapping

The Petitioner retains and reserves rights to this document.

1    and 1201 as kidnapping as the Petitioner was unlawfully kidnapped under color of law,

2    statute, ordinance, regulation and custom willfully subjected the Petitioner to the

3    deprivation of rights, privileges and immunities secured and protected by the Constitution

4    and laws of the United States of America as while and before, during and after the Petitioner

5    was unlawfully kidnapped the Petitioner was caused to perceive depictions of, about and or

6    or associated to Rebecca Anderson and or or Ann Catalini McCloud and or or Ann Catalini

7    Sinclair communicate and or or say to the Petitioner itself, similar to, about and or or

8    associated to do you want to go to the FBI and the Petitioner possibly reacted and or or

9    responded including at least partially affirmatively.

14        While the Petitioner was located in the United States of America during 2011 to

15    2021 a person and or or people different the Petitioner might have taken associated to

16    violations of laws of the United States of America against the Petitioner.

18        While the Petitioner was located in the United States of America during 2011 to

19    2021 a person and or or people different than the Petitioner might have stolen associated to

20    violations of laws of the United States of America against the Petitioner.

The Petitioner retains and reserves rights to this document.

1    While the Petitioner was located in the United States of America during 2011 to

2    2021 a person and or or people might have seized and or or detained the Petitioner and

3    threatened to kill, injure and or or continue to detain the Petitioner in order to compel the

4    Petitioner to do and or or abstain from doing any act as an explicit and or or implicit

5    condition for the release of the Petitioner.

6

7    A person and or or people might have attempted to seize and or or detain the

8    Petitioner and threatened to kill, injure and or or continue to detain the Petitioner in order

9    to compel the Petitioner to do and or or abstain from doing any act as an explicit and or or

10   implicit condition for the release of the Petitioner.

11

12   A person and or or people might have conspired to seize and or or detain the

13   Petitioner and threatened to kill, injure and or or continue to detain the Petitioner in order

14   to compel the Petitioner to do and or or abstain from doing any act as an explicit and or or

15   implicit condition for the release of the Petitioner.

16

17

18

19

20   During 2011 to 2021 and possibly more times a person and or or people might have

21   seized and or or detained the Petitioner's parent, parents, sibling and or or siblings and

22   threatened to kill, injure and or or continue to detain the Petitioner's parent, parents, sibling

23   and or or siblings in order to compel the Petitioner to do and or or abstain from doing any

24   act as an explicit and or or implicit condition for the release of the person and or or people

25   detained.

107 of 209 Pages          The Petitioner retains and reserves rights to this document.

1

2          During 2011 to 2021 and possibly more times a person and or or people might have

3    attempted to seize and or or detain the Petitioner's parent, parents, sibling and or or

4    siblings and threatened to kill, injure and or or continue to detain the Petitioner's parent,

5    parents, sibling and or or siblings in order to compel the Petitioner to do and or or abstain

6    from doing any act as an explicit and or or implicit condition for the release of the person

7    and or or people detained.

8

9          During 2011 to 2021 and possibly more times a person and or or people might have

10   conspired to seize and or or detain the Petitioner's parent, parents, sibling and or or siblings

11   and threatened to kill, injure and or or continue to detain the Petitioner's parent, parents,

12   sibling and or or siblings in order to compel the Petitioner to do and or or abstain from

13   doing any act as an explicit and or or implicit condition for the release of the person and or

14   or people detained.

15

16

17

18

19          While the Petitioner was located in the United States of America during 2011 to

20   2021 Attorney Generals of the United States violated United States Code Title Twenty-Eight

21   Section 509 while functions of other officers of the Department of Justice and all functions

22   of agencies and employees of the Department of Justice are secured in the possession of and

23   or or assigned to the Attorney General of the United States.

24

25

108  of 209  Pages          The Petitioner retains and reserves rights to this document.

1

2

3        While the Petitioner was located in the United States of America during 2011 to

4    2021 Attorney Generals of the United States violated United States Code Title Twenty-Eight

5    Section 509 as functions of other officers of the Department of Justice and all functions of

6    agencies and employees of the Department of Justice are secured in the possession of and or

7    or assigned to the Attorney General of the United States and as the Petitioner was victim of

8    violations of United States Code Title Twenty-Eight Section 547 during 2011 to 2021.

9

10

11

12

13       While the Petitioner was located in the United States of America during 2011 to

14    2021 Attorney Generals of the United States violated United States Code Title Twenty-Eight

15    Section 509 as functions of other officers of the Department of Justice and all functions of

16    agencies and employees of the Department of Justice are secured in the possession of and or

17    or assigned to the Attorney General of the United States and as the Petitioner was victim of

18    violations of United States Code Title Forty-Two Section 1987 during 2011 to 2021.

19

20

21

22

23       While the Petitioner was located in the United States of America during 2011 to

24    2021 the Petitioner was victim of violations of United States Code Title Eighteen Sections

25    242, 242 as acts including kidnapping, 1201 as seize and as kidnapping, 1584, 1589 a, 1589

109  of 209  Pages          The Petitioner retains and reserves rights to this document.

1   b and 1590 as force forced at, on and or or in the Petitioner as abnormal force was forced at,

2   on and or or in the Petitioner as abnormal force forced at, on and or or in the Petitioner

3   caused the Petitioner to perceive depictions of officers of the United States of America as the

4   Petitioner was extorted by an officer and or or officers of the United States of America as an

5   officer and or or officers of the United States of America operated tech-in to force force at,

6   on and or or in the Petitioner to cause the Petitioner to perceive depictions of an officer and

7   or or officers of the United States of America and or or a person and or or people falsely

8   assumed and or or pretended to be an officer of the United States of America as a person

9   and or or people operated tech-in to force force at, on and or or in the Petitioner to cause

10  the Petitioner to perceive depictions of an officer and or or officers of the United States of

11  America.

12

13

14

15

16          While the Petitioner was located in the United States of America during 1996 to

17  2000 the Petitioner was victim of violation of United States Code Title Eighteen Section

18  1035 against the Petitioner as and or or while employees of St. Eugene School located in

19  Santa Rosa Sonoma County California United States of America participated with the

20  Petitioner and acted differently than say and or or notice the Petitioner about the existence

21  of tech.

22

23          While the Petitioner was located in the United States of America during 2000 to

24  2004 the Petitioner was victim of violation of United States Code Title Eighteen Section

25  1035 against the Petitioner as and or or while employees of Cardinal Newman High School

The Petitioner retains and reserves rights to this document.

1
2
3
4

located in Sonoma County California United States of America participated with the Petitioner and acted differently than say and or or notice the Petitioner about the existence of tech.

5
6
7
8
9

While the Petitioner was located in the United States of America during 2000 to 2004 the Petitioner was victim of violation of United States Code Title Eighteen Section 1035 against the Petitioner as and or or while employees of Ursuline High School located in Sonoma County California United States of America participated with the Petitioner and acted differently than say and or or notice the Petitioner about the existence of tech.

10
11
12
13

14
15
16
17
18
19

While the Petitioner was located in the United States of America during 1996 to 2004 the Petitioner was victim of violation of United States Code Title Eighteen Section 1035 against the Petitioner as a person as a licensed medical doctor participated with the Petitioner and acted differently than say and or or notice the Petitioner about the existence of tech.

20
21
22
23
24
25

While the Petitioner was located in the United States of America during 2004 to 2009 the Petitioner was victim of violation of United States Code Title Eighteen Section 1035 against the Petitioner as a person as a licensed medical doctor participated with the Petitioner and acted differently than say and or or notice the Petitioner about the existence of tech.

The Petitioner retains and reserves rights to this document.

1        While the Petitioner was located in the United States of America during 2010 the

2    Petitioner was victim of violation of United States Code Title Eighteen Section 1035 against

3    the Petitioner as a person as a licensed medical doctor participated with the Petitioner and

4    acted differently than say and or or notice the Petitioner about the existence of tech.

5

6        While the Petitioner was located in the United States of America during 2011 to

7    2021 the Petitioner was victim of violation of United States Code Title Eighteen Section

8    1035 against the Petitioner as a person as a licensed medical doctor participated with the

9    Petitioner and acted differently than say and or or notice the Petitioner about the existence

10   of tech.

11

12

13

14

15       While the Petitioner was located in the United States of America during 1996 to

16   1999 the Petitioner was victim of violation of United States Code Title Eighteen Section

17   1035 against the Petitioner as a person as a California law enforcement officer observed the

18   Petitioner say to and or or notice the person as a California law enforcement officer and

19   then the person as a California law enforcement officer acted differently than say and or or

20   notice the Petitioner about the existence of tech as the Petitioner responded to questions

21   from a Cotati Sonoma County California Police Department Police Officer, employee and or

22   or supposed employee of, about and or or associated to drinking alcohol and or or being

23   under the influence of alcohol once and or or at least once during about 1996 to 1999 while

24   the Petitioner was located in the United States of America at and or or about 201 West

25   Sierra Avenue Cotati Sonoma County California United States of America.

The Petitioner retains and reserves rights to this document.

While the Petitioner was located in the United States of America during 1996 to 2004 the Petitioner was and or or might have been victim of violation of United States Code Title Eighteen Section 1035 against the Petitioner as and or or while Terrence Michael Coxon participated with the Petitioner and acted differently than say and or or notice the Petitioner about the existence of tech.

While the Petitioner was located in the United States of America during 1996 to 2004 the Petitioner was and or or might have been victim of violation of United States Code Title Eighteen Section 1035 against the Petitioner as and or or while Elizabeth Lamer Coxon participated with the Petitioner and acted differently than say and or or notice the Petitioner about the existence of tech.

While the Petitioner was located in the United States of America during 1996 to 2004 the Petitioner was and or or might have been victim of violation of United States Code Title Eighteen Section 1035 against the Petitioner as and or or while Timothy Lamer Coxon participated with the Petitioner and acted differently than say and or or notice the Petitioner about the existence of tech.

While the Petitioner was located in the United States of America during 1996 to 2004 the Petitioner was ands or or might have been victim of violation of United States Code Title Eighteen Section 1035 against the Petitioner as and or or while Elizabeth Coxon

113 of 209 Pages                    The Petitioner retains and reserves rights to this document.

Rumley participated with the Petitioner and acted differently than say and or or notice the Petitioner about the existence of tech.

While the Petitioner was located in the United States of America during 1996 to 2004 the Petitioner was and or or might have been victim of violation of United States Code Title Eighteen Section 1035 against the Petitioner as and or or while Ann Coxon Pringle participated with the Petitioner and acted differently than say and or or notice the Petitioner about the existence of tech.

While the Petitioner was located in the United States of America during 1996 to 2004 the Petitioner was and or or might have been victim of violation of United States Code Title Eighteen Section 1035 against the Petitioner as and or or while Daniel Lamer Coxon participated therapy with the Petitioner and acted differently than say and or or notice the Petitioner about the existence of tech.

While the Petitioner was located in the United States of America during 2004 to 2011 Robert Grant violated United States Code Title Eighteen Section 1035 against the Petitioner as Robert Grant observed the Petitioner say to and or or notice Robert Grant during therapy and or or psychotherapy acted differently than say and or or notice the Petitioner about the existence of tech.

The Petitioner retains and reserves rights to this document.

1

2

3      While the Petitioner was located in the United States of America during 2011 to

4   2013 the Petitioner was victim of violation of United States Code Title Eighteen Section

5   1035 against the Petitioner as Terrence Michael Coxon participated in group talk therapy

6   with the Petitioner and acted differently than say and or or notice the Petitioner about the

7   existence of tech.

8

9      While the Petitioner was located in the United States of America during 2011 to

10  2013 the Petitioner was victim of violation of United States Code Title Eighteen Section

11  1035 against the Petitioner as Elizabeth Lamer Coxon participated in group talk therapy

12  with the Petitioner and acted differently than say and or or notice the Petitioner about the

13  existence of tech.

14

15     While the Petitioner was located in the United States of America during 2011 to

16  2013 the Petitioner was victim of violation of United States Code Title Eighteen Section

17  1035 against the Petitioner as Timothy Lamer Coxon participated in group talk therapy

18  with the Petitioner and acted differently than say and or or notice the Petitioner about the

19  existence of tech.

20

21     While the Petitioner was located in the United States of America during 2011 to

22  2013 the Petitioner was victim of violation of United States Code Title Eighteen Section

23  1035 against the Petitioner as Elizabeth Coxon Rumley participated in group talk therapy

24  with the Petitioner and acted differently than say and or or notice the Petitioner about the

25  existence of tech.

The Petitioner retains and reserves rights to this document.

1

2      While the Petitioner was located in the United States of America during 2011 to

3  2013 the Petitioner was victim of violation of United States Code Title Eighteen Section

4  1035 against the Petitioner as Ann Coxon Pringle participated in group talk therapy with

5  the Petitioner and acted differently than say and or or notice the Petitioner about the

6  existence of tech.

7

8      While the Petitioner was located in the United States of America during 2011 to

9  2013 the Petitioner was victim of violation of United States Code Title Eighteen Section

10  1035 against the Petitioner as Daniel Lamer Coxon participated in group talk therapy with

11  the Petitioner and acted differently than say and or or notice the Petitioner about the

12  existence of tech.

13

14

15

16

17      While the Petitioner was located in the United States of America during 2011 to

18  2021 the Petitioner was victim of violation of United States Code Title Eighteen Section

19  1035 against the Petitioner as a person and or or people as a California law enforcement

20  officer, officers, employee and or or employees observed the Petitioner say to and or or

21  notice the person and or or people as a California law enforcement officer about force

22  forced at, on and or or in the Petitioner and or or violation and or or violations of a law and

23  or or laws of a State of the United States of America and or or the United States of America

24  against the Petitioner by a person and or or people operating tech at, on and or or in the

25  Petitioner and then the person and or or people as a California law enforcement officer,

The Petitioner retains and reserves rights to this document.

1    officers, employee and or or employees acted differently than say and or or notice the

2    Petitioner about the existence of tech as

3

4    the Petitioner said to and or or noticed a Windsor Sonoma County California Police officer,

5    officers, employee and or or employees about force forced at, on and or or in the Petitioner

6    and or or violation and or or violations of a law and or or laws of a State of the United States

7    of America and or or the United States of America against the Petitioner by a person and or

8    or people operating tech at, on and or or in the Petitioner once and or or at least once

9    during 2018 to 2021 while the Petitioner was located in the United States of America in

10   Sonoma County California United States of America.

11

12   the Petitioner said to and or or noticed a Sonoma County California Sheriff's Office officer,

13   officers, employee and or or employees about force forced at, on and or or in the Petitioner

14   and or or violation and or or violations of a law and or or laws of a State of the United States

15   of America and or or the United States of America against the Petitioner by a person and or

16   or people operating tech at, on and or or in the Petitioner once and or or at least once

17   during 2018 to 2021 while the Petitioner was located in the United States of America in

18   Sonoma County California United States of America.

19

20   the Petitioner said to and or or noticed a Santa Rosa Sonoma County California Police

21   Department officer, officers, employee and or or employees about force forced at, on and or

22   or in the Petitioner and or or violation and or or violations of a law and or or laws of a State

23   of the United States of America and or or the United States of America against the Petitioner

24   by a person and or or people operating tech at, on and or or in the Petitioner once and or or

25

117 of 209 Pages          The Petitioner retains and reserves rights to this document.

1    at least once during 2018 to 2021 while the Petitioner was located in the United States of

2    America in Santa Rosa Sonoma County California United States of America.

3

4    the Petitioner said to and or or noticed a Rohnert Park Sonoma County California Police

5    Department police officer, officers, employee and or or employees about force forced at, on

6    and or or in the Petitioner and or or violation and or or violations of a law and or or laws of

7    a State of the United States of America and or or the United States of America against the

8    Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once

9    and or or at least once during 2018 to 2021 while the Petitioner was located in the United

10   States of America in Rohnert Park Sonoma County California United States of America.

11

12   the Petitioner said to and or or noticed a Cotati Sonoma County California Police

13   Department police officer, officers, employee and or or employees about force forced at, on

14   and or or in the Petitioner and or or violation and or or violations of a law and or or laws of

15   a State of the United States of America and or or the United States of America against the

16   Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once

17   and or or at least once during 2018 to 2021 while the Petitioner was located in the United

18   States of America in Cotati Sonoma County California United States of America.

19

20   the Petitioner said to and or or noticed a Petaluma Sonoma County California Police

21   Department police officer, officers, employee and or or employees about force forced at, on

22   and or or in the Petitioner and or or violation and or or violations of a law and or or laws of

23   a State of the United States of America and or or the United States of America against the

24   Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once

25

The Petitioner retains and reserves rights to this document.

and or or at least once during 2018 to 2021 while the Petitioner was located in the United
States of America in Petaluma Sonoma County California United States of America.

the Petitioner said to and or or noticed a Marin County California Sheriff Office officer,
officers, employee and or or employees about force forced at, on and or or in the Petitioner
and or or violation and or or violations of a law and or or laws of a State of the United States
of America and or or the United States of America against the Petitioner by a person and or
or people operating tech at, on and or or in the Petitioner once and or or at least once
during 2018 to 2021 while the Petitioner was located in the United States of America in
Marin County California United States of America.

the Petitioner said to and or or noticed a San Rafael Marin County California Police
Department police officer, officers, employee and or or employees about force forced at, on
and or or in the Petitioner and or or violation and or or violations of a law and or or laws of
a State of the United States of America and or or the United States of America against the
Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once
and or or at least once during 2018 to 2021 while the Petitioner was located in the United
States of America in San Rafael Marin County California United States of America.

the Petitioner said to and or or noticed a Mill Valley Marin County California Police
Department police officer, officers, employee and or or employees about force forced at, on
and or or in the Petitioner and or or violation and or or violations of a law and or or laws of
a State of the United States of America and or or the United States of America against the
Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once

The Petitioner retains and reserves rights to this document.

and or or at least once during 2018 to 2021 while the Petitioner was located in the United States of America in Mill Valley Marin County California United States of America.

the Petitioner said to and or or noticed a Sausalito Marin County California Police Department officer, officers, employee and or or employees about force forced at, on and or or in the Petitioner and or or violation and or or violations of a law and or or laws of a State of the United States of America and or or the United States of America against the Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once and or or at least once during 2018 to 2021 while the Petitioner was located in the United States of America in Sausalito Marin County California United States of America.

the Petitioner said to and or or noticed a San Francisco San Francisco County California Police Department police officer, officers, employee and or or employees about force forced at, on and or or in the Petitioner and or or violation and or or violations of a law and or or laws of a State of the United States of America and or or the United States of America against the Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once and or or at least once during 2018 to 2021 while the Petitioner was located in the United States of America in San Francisco San Francisco San Francisco County California United States of America.

the Petitioner said to and or or noticed a San Bruno San Mateo County California Police Department police officer, officers, employee and or or employees about force forced at, on and or or in the Petitioner and or or violation and or or violations of a law and or or laws of a State of the United States of America and or or the United States of America against the Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once

The Petitioner retains and reserves rights to this document.

1   and or or at least once during 2018 to 2021 while the Petitioner was located in the United

2   States of America in San Bruno San Mateo County California United States of America.

3

4   the Petitioner said to and or or noticed a Burlingame Police San Mateo County California

5   Department police officer, officers, employee and or or employees about force forced at, on

6   and or or in the Petitioner and or or violation and or or violations of a law and or or laws of

7   a State of the United States of America and or or the United States of America against the

8   Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once

9   and or or at least once during 2018 to 2021 while the Petitioner was located in the United

10  States of America in Burlingame San Mateo County California United States of America.

11

12  the Petitioner said to and or or noticed a San Mateo County California Sheriff Department

13  officer, officers, employee and or or employees about force forced at, on and or or in the

14  Petitioner and or or violation and or or violations of a law and or or laws of a State of the

15  United States of America and or or the United States of America against the Petitioner by a

16  person and or or people operating tech at, on and or or in the Petitioner once and or or at

17  least once during 2018 to 2021 while the Petitioner was located in the United States of

18  America in San Mateo County California United States of America.

19

20  the Petitioner said to and or or noticed a San Mateo San Mateo County California Police

21  Department police officer, officers, employee and or or employees about force forced at, on

22  and or or in the Petitioner and or or violation and or or violations of a law and or or laws of

23  a State of the United States of America and or or the United States of America against the

24  Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once

25

The Petitioner retains and reserves rights to this document.

1    and or or at least once during 2018 to 2021 while the Petitioner was located in the United

2    States of America in San Mateo San Mateo County California United States of America.

3

4    the Petitioner said to and or or noticed a Palo Alto Santa Clara County California Police

5    Department police officer, officers, employee and or or employees about force forced at, on

6    and or or in the Petitioner and or or violation and or or violations of a law and or or laws of

7    a State of the United States of America and or or the United States of America against the

8    Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once

9    and or or at least once during 2018 to 2021 while the Petitioner was located in the United

10   States of America in Palo Alto Marin County California United States of America.

11

12   the Petitioner said to and or or noticed a San Jose Santa Clara County California Police

13   Department about force forced at, on and or or in the Petitioner and or or violation and or

14   or violations of a law and or or laws of a State of the United States of America and or or the

15   United States of America against the Petitioner by a person and or or people operating tech

16   at, on and or or in the Petitioner once and or or at least once during 2018 to 2021 while the

17   Petitioner was located in the United States of America in San Jose Santa Clara California

18   United States of America.

19

20   the Petitioner said to and or or noticed an Oakland Alameda County California Police

21   Department police officer, officers, employee and or or employees about force forced at, on

22   and or or in the Petitioner and or or violation and or or violations of a law and or or laws of

23   a State of the United States of America and or or the United States of America against the

24   Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once

25

The Petitioner retains and reserves rights to this document.

1    and or or at least once during 2018 to 2021 while the Petitioner was located in the United

2    States of America in Oakland Alameda County California United States of America.

3

4    the Petitioner said to and or or noticed a Berkeley Alameda County California County

5    California Police Department police officer, officers, employee and or or employees about

6    force forced at, on and or or in the Petitioner and or or violation and or or violations of a law

7    and or or laws of a State of the United States of America and or or the United States of

8    America against the Petitioner by a person and or or people operating tech at, on and or or

9    in the Petitioner once and or or at least once during 2018 to 2021 while the Petitioner was

10   located in the United States of America in Berkely Alameda California United States of

11   America.

12

13   the Petitioner said to and or or noticed a Bay Area Rapid Transit Police Department

14   California Police Department police officer, officers, employee and or or employees about

15   force forced at, on and or or in the Petitioner and or or violation and or or violations of a law

16   and or or laws of a State of the United States of America and or or the United States of

17   America against the Petitioner by a person and or or people operating tech at, on and or or

18   in the Petitioner once and or or at least once during 2018 to 2021 while the Petitioner was

19   located in the United States of America in Alameda County California United States of

20   America.

21

22   the Petitioner said to and or or noticed a Vallejo Solano County California Police

23   Department police officer, officers, employee and or or employees about force forced at, on

24   and or or in the Petitioner and or or violation and or or violations of a law and or or laws of

25   a State of the United States of America and or or the United States of America against the

The Petitioner retains and reserves rights to this document.

1    Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once

2    and or or at least once during 2018 to 2021 while the Petitioner was located in the United

3    States of America in Solano County California United States of America.

4

5    the Petitioner said to and or or noticed a California Highway Patrol officer, officers,

6    employee and or or employees about force forced at, on and or or in the Petitioner and or or

7    violation and or or violations of a law and or or laws of a State of the United States of

8    America and or or the United States of America against the Petitioner by a person and or or

9    people operating tech at, on and or or in the Petitioner once and or or at least once during

10   2018 to 2021 while the Petitioner was located in the United States of America in California

11   United States of America.

12

13   the Petitioner said to and or or noticed Willits Mendocino County California Police

14   Department officer, officers, employee and or or employees about force forced at, on and or

15   or in the Petitioner and or or violation and or or violations of a law and or or laws of a State

16   of the United States of America and or or the United States of America against the Petitioner

17   by a person and or or people operating tech at, on and or or in the Petitioner once and or or

18   at least once during 2018 to 2021 while the Petitioner was located in the United States of

19   America in Willits Mendocino County California United States of America.

20

21   the Petitioner said to and or or noticed a Ukiah Mendocino County California Police

22   Department officer, officers, employee and or or employees about force forced at, on and or

23   or in the Petitioner and or or violation and or or violations of a law and or or laws of a State

24   of the United States of America and or or the United States of America against the Petitioner

25   by a person and or or people operating tech at, on and or or in the Petitioner once and or or

The Petitioner retains and reserves rights to this document.

1    at least once during 2018 to 2021 while the Petitioner was located in the United States of

2    America in Ukiah Mendocino County California United States of America.

3

4    the Petitioner said to and or or noticed a Mendocino County Sheriff Office officer, officers,

5    employee and or or employees about force forced at, on and or or in the Petitioner and or or

6    violation and or or violations of a law and or or laws of a State of the United States of

7    America and or or the United States of America against the Petitioner by a person and or or

8    people operating tech at, on and or or in the Petitioner once and or or at least once during

9    2018 to 2021 while the Petitioner was located in the United States of America in Mendocino

10   County California United States of America.

11

12   the Petitioner said to and or or noticed Port of San Diego San Diego San Diego County

13   California Harbor Police officer, officers, employee and or or employees officer, officers,

14   employee and or or employees about force forced at, on and or or in the Petitioner and or or

15   violation and or or violations of a law and or or laws of a State of the United States of

16   America and or or the United States of America against the Petitioner by a person and or or

17   people operating tech at, on and or or in the Petitioner once and or or at least once during

18   April 2019 to May 2019 while the Petitioner was located in the United States of America in

19   San Diego County California United States of America.

20

21   the Petitioner said to and or or noticed a Freemont Alameda County California Police

22   Department Police officer, officers, employee and or or employees about force forced at,

23   and or or in the Petitioner and or or violation and or or violations of a law and or or laws of

24   a State of the United States of America and or or the United States of America against the

25   Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once

The Petitioner retains and reserves rights to this document.

and or or at least once during 2018 to 2021 while the Petitioner was located in the United

States of America in Alameda County California United States of America.

the Petitioner said to and or or noticed a Superior Court of California officer, officers,

employee and or or employees about force forced at, on and or or in the Petitioner and or or

violation and or or violations of a law and or or laws of a State of the United States of

America and or or the United States of America against the Petitioner by a person and or or

people operating tech at, on and or or in the Petitioner once and or or at least once during

2019 to 2021 while the Petitioner was located in the United States of America in Sonoma

County California United States of America.

While the Petitioner was located in the United States of America during 2011 to

2021 the Petitioner was victim of violation of United States Code Title Eighteen Section

1035 against the Petitioner as a person and or or people as a United States of America law

enforcement officer, officers, employee and or or employees observed the Petitioner say to

and or or notice the person and or or people as a United States of America law enforcement

officer, officers, employee and or or employees about force forced at, on and or or in the

Petitioner and or or violation and or or violations of a law and or or laws of a State of the

United States of America and or or the United States of America against the Petitioner by a

person and or or people operating tech at, on and or or in the Petitioner and then the

person and or or people as a United States of America law enforcement officer, officers,

The Petitioner retains and reserves rights to this document.

1   employee and or or employees acted differently than say and or or notice the Petitioner

2   about the existence of tech as

3

4   the Petitioner said to and or or noticed United States Department of the Interior United

5   States Park Service United States Park Ranger officer, officers, employee and or or

6   employees about force forced at, on and or or in the Petitioner and or or violation and or or

7   violations of a law and or or laws of a State of the United States of America and or or the

8   United States of America against the Petitioner by a person and or or people operating tech

9   at, on and or or in the Petitioner once and or or at least once during 2018 to 2021 while the

10  Petitioner was located in the United States of America in Marin County California United

11  States of America.

12

13  the Petitioner said to and or or noticed a Unites States Department of the Interior United

14  States Park Service United States Park Police officer, officers, employee and or or employees

15  about force forced at, on and or or in the Petitioner and or or violation and or or violations

16  of a law and or or laws of a State of the United States of America and or or the United States

17  of America against the Petitioner by a person and or or people operating tech at, on and or

18  or in the Petitioner once and or or at least once during 2018 to 2021 while the Petitioner

19  was located in the United States of America in San Francisco County California United States

20  of America.

21

22  the Petitioner said to and or or noticed a United States Department of Homeland Security

23  officer, officers, employee and or or employees about force forced at, on and or or in the

24  Petitioner and or or violation and or or violations of a law and or or laws of a State of the

25  United States of America and or or the United States of America against the Petitioner by a

The Petitioner retains and reserves rights to this document.

person and or or people operating tech at, on and or or in the Petitioner once and or or at least once during 2018 to 2021 while the Petitioner was located in the United States of America in California United States of America.

the Petitioner said to and or or noticed a United States Secret Service officer, officers, employee and or or employees about force forced at, on and or or in the Petitioner and or or violation and or or violations of a law and or or laws of a State of the United States of America and or or the United States of America against the Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once and or or at least once during 2018 to 2021 while the Petitioner was located in the United States of America in Sonoma County California United States of America.

While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was victim of violation of United States Code Title Eighteen Section 1035 against the Petitioner as a person as a United States Department of Justice officer, officers, employee and or or employees observed the Petitioner say to and or or notice the person as a United States Department of Justice officer about force forced at, on and or or in the Petitioner and or or violation and or or violations of a law and or or laws of a State of the United States of America and or or the United States of America against the Petitioner by a person operating tech at, on and or or in the Petitioner and then the person as a United States Department of Justice officer acted differently than say and or or notice the Petitioner about the existence of tech as

The Petitioner retains and reserves rights to this document.

the Petitioner said to and or or notice United States Department of Justice Federal Bureau of
Investigation officer, officers, employee and or or employees about force forced at, on and
or or in the Petitioner and or or violation and or or violations of a law and or or laws of a
State of the United States of America and or or the United States of America against the
Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once
and or or at least once during 2016 to 2021 while the Petitioner was located in the United
States of America in Sonoma County California United States of America.

the Petitioner said to and or or notice United States Department of Justice Federal Bureau of
Investigation officer, officers, employee and or or employees about force forced at, on and
or or in the Petitioner and or or violation and or or violations of a law and or or laws of a
State of the United States of America and or or the United States of America against the
Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once
and or or at least once during 2018 to 2020 while the Petitioner was located in the United
States of America in Roseville Placer County California United States of America.

the Petitioner said to and or or notice United States Department of Justice Federal Bureau of
Investigation officer, officers, employee and or or employees about force forced at, on and
or or in the Petitioner and or or violation and or or violations of a law and or or laws of a
State of the United States of America and or or the United States of America against the
Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once
and or or at least once during 2018 to 2019 while the Petitioner was located in the United
States of America in Solano County California United States of America.

The Petitioner retains and reserves rights to this document.

1    the Petitioner said to and or or notice United States Department of Justice Federal Bureau of

2    Investigation officer, officers, employee and or or employees about force forced at, on and

3    or or in the Petitioner and or or violation and or or violations of a law and or or laws of a

4    State of the United States of America and or or the United States of America against the

5    Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once

6    and or or at least once during 2018 to 2019 while the Petitioner was located in the United

7    States of America in Alameda County California United States of America.

8

9

10

11

12    While the Petitioner was located in the United States of America during 2011 to

13    2021 the Petitioner was victim of violation of United States Code Title Eighteen Section

14    1035 against the Petitioner as a person as a United Sattes Courts United States District

15    Court Northern District of California officer observed the Petitioner say to and or or notice

16    the person as a United States Courts United States District Court Northern District Court

17    officer about force forced at, on and or or in the Petitioner and or or violation and or or

18    violations of a law and or or laws of a State of the United States of America and or or the

19    United States of America against the Petitioner by a person operating tech at, on and or or in

20    the Petitioner and then the person as a United States Courts United States District Court

21    Northern District of California officer acted differently than say and or or notice the

22    Petitioner about the existence of tech as

23

24    the Petitioner said to and or or noticed a United States Courts United States District Court

25    Northern District of California officer, officers, employee and or or employees about force

The Petitioner retains and reserves rights to this document.

1    forced at, on and or or in the Petitioner and or or violation and or or violations of a law and

2    or or laws of a State of the United States of America and or or the United States of America

3    against the Petitioner by a person and or or people operating tech at, on and or or in the

4    Petitioner once and or or at least once during 2019 to 2021 while the Petitioner was located

5    in the United States of America in Sonoma County California United States of America.

6

7

8

9

10   While the Petitioner was located in the United States of America during 2011 to

11   2021 the Petitioner was victim of violation of United States Code Title Eighteen Section

12   1035 against the Petitioner as a person as a hospital emergency department employee and

13   or or employees observed the Petitioner say to and or or notice the person as a hospital

14   emergency department employee and or or empoloyees about force forced at, on and or or

15   in the Petitioner and or or violation and or or violations of a law and or or laws of a State of

16   the United States of America and or or the United States of America against the Petitioner by

17   a person operating tech at, on and or or in the Petitioner and then the person as a hospital

18   emergency department employee acted differently than say and or or notice the Petitioner

19   about the existence of tech as

20

21   the Petitioner said to and or or noticed a Sacramento Mercy General Hospital medical

22   doctor, doctors, employee and or or employees about force forced at, on and or or in the

23   Petitioner and or or violation and or or violations of a law and or or laws of a State of the

24   United States of America and or or the United States of America against the Petitioner by a

25   person and or or people operating tech at, on and or or in the Petitioner once and or or at

The Petitioner retains and reserves rights to this document.

least once during 2018 to 2021 while the Petitioner was located in the United States of America in Sacramento Sacramento County California United States of America.

the Petitioner said to and or or noticed a Kaiser Permanente Hospital medical doctor, doctors, employees and or or employee about force forced at, on and or or in the Petitioner and or or violation and or or violations of a law and or or laws of a State of the United States of America and or or the United States of America against the Petitioner by a person and or or or people operating tech at, on and or or in the Petitioner once and or or at least once during 2011 to 2021 while the Petitioner was located in the United States of America in Santa Rosa Sonoma County California United States of America.

the Petitioner said to and or or noticed a Marin General hospital medical doctor, doctors, employee and or or employees about force forced at, on and or or in the Petitioner and or or violation and or or violations of a law and or or laws of a State of the United States of America and or or the United States of America against the Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once and or or at least once during 2018 to 2021 while the Petitioner was located in the United States of America in Marin County California United States of America.

the Petitioner said to and or or noticed a Sutter Hospital employee and or or employees about force forced at, on and or or in the Petitioner and or or violation and or or violations of a law and or or laws of a State of the United States of America and or or the United States of America against the Petitioner by a person and or or people operating tech at, on and or or in the Petitioner once and or or at least once during 2018 to 2021 while the Petitioner

The Petitioner retains and reserves rights to this document.

was located in the United States of America in Sonoma County California United States of America.

While the Plaintiff was located in the United States of America during 1986 to 2004 the Plaintiff was and or or might have been victim of violations of United States Code Title Eighteen Sections and Subsections 113, 242, 242 as acts including kidnapping, 1201 as seize and as kidnapping, 1584, 1589 a, 1589 b, 1590 and 1593A as force forced at, on and or or in the Plaintiff as abnormal force was forced at, on and or or in the Plaintiff as abnormal force was and or or might have been forced at, on and or or in the Plaintiff's physical human body as abnormal force forced at, on and or or in the Plaintiff injured the Plaintiff's body as force forced at, on and or or in the Plaintiff effected the Plaintiff such that the Plaintiff acted as

the Plaintiff burnt and or or might have burnt the palm of the Plaintiff's hand and or or palms of the Plaintiff's hands once and or or more than once during 1986 to 1992 while the Plaintiff was located in the United States of America 613 Jonas Lane Petaluma Sonoma County California in the United States of America.

While the Plaintiff was located in the United States of America during 1986 to 2004 the Plaintiff was victim of violations of United States Code Title Eighteen Sections and

The Petitioner retains and reserves rights to this document.

Subsections 242 as acts including kidnapping, 1201 as seize and as kidnapping, 1584, 1589

a, 1589 b, 1590 and 1593A as force forced at, on and or or in the Plaintiff as abnormal force

was forced at, on and or or in the Plaintiff as abnormal force was forced at, on and or or in

the Plaintiff's physical human body as

the Plaintiff was caused to want to watch pornography from the internet once and or or at

least once during 1992 to 2004 while the Plaintiff was located in the United States of

America in Sonoma County California United States of America.

While the Plaintiff was located in the United States of America during 1986 to 2004

the Plaintiff was victim of violations of United States Code Title Eighteen Sections and

Subsections 113, 242, 242 as acts including kidnapping, 1201 as seize and as kidnapping,

1584, 1589 a, 1589 b and 1590 as force forced at, on and or or in the Plaintiff as abnormal

force was forced at, on and or or in the Plaintiff as abnormal force was forced at, on and or

or in the Plaintiff's physical human body as abnormal force forced at, on and or or in the

Plaintiff injured the Plaintiff's body as force forced at, on and or or in the Plaintiff effected

the Plaintiff such that the Plaintiff acted as

the Plaintiff masturbated with soap and failed to rinse the soap off of the Plaintiff's penis

after once and or or more than once during 1986 to 2004 while the Plaintiff was located in

the United States of America in California United States of America.

The Petitioner retains and reserves rights to this document.

the Plaintiff masturbated placing the Plaintiff's penis against cotton fabric against a rotating treaded bicycle tire after once and or or more than once during 1986 to 2004 while the Plaintiff was located in the United States of America at 8565 Oak Circle Cotati Sonoma County California United States of America.

the Plaintiff masturbated placing the Plaintiff's penis in a the way of pressurized water stream inside a swimming pool once and or or more than once during 1986 to 2004 while the Plaintiff was located in the United States of America at 8565 Oak Circle Cotati Sonoma County California United States of America.

the Plaintiff drank alcohol once and or or more than once during 1995 to 2004 while the Plaintiff was located in the United States of America in California in the United States of America.

the Plaintiff burnt marijuana plant flowers and inhaled the resulting smoke once and or or more than once during 1996 to 2004 while the Plaintiff was located in the United States of America in California in the United States of America.

While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was victim of violations of United States Code Title Eighteen Sections and Subsections 242 as acts including kidnapping, 1201 as seize and as kidnapping, 1584, 1589 a, 1589 b, 1590 and 1593A as force forced at, on and or or in the Petitioner as

The Petitioner retains and reserves rights to this document.

abnormal force was forced at, on and or or in the Petitioner as abnormal force was forced at, on and or or in the Petitioner's physical human body as

the Petitioner was harassed associated to quantities of two once and or or at least once during 2015 to 2021 while the Petitioner was located in the United States of America in Sonoma County California United States of America.

the Petitioner was harassed associated to a sweatshirt once and or or at least once during 2015 to 2021 while the Petitioner was located in the United States of America in Sonoma County California United States of America.

the Petitioner was caused to perceive rhyming once and or or at least once during 2014 to 2015 while the Petitioner was located in the United States of America in Sonoma County California United States of America.

the Petitioner was communicated to annoyingly without prior written notice once and or or at least once during 2014 to 2021 while the Petitioner was located in the United States of America in Shiloh Ridge Regional Park in Sonoma County California United States of America.

the Petitioner was harassed associated to food once and or or at least once during 2014 to 2021 while the Petitioner was located in the United States of America in Sonoma County California United States of America.

The Petitioner retains and reserves rights to this document.

the Petitioner was harassed associated to drink once and or or at least once during 2014 to 2021 while the Petitioner was located in the United States of America in Sonoma County California United States of America.

the Petitioner was harassed associated to hand washing once and or or at least once during 2015 to 2021 while the Petitioner was located in the United States of America in Sonoma County California United States of America.

the Petitioner was harassed associated to objects, cracks, lines and or or markings on the ground once and or or at least once during 2015 to 2021 while the Petitioner was located in the United States of America in Sonoma County California United States of America.

the Petitioner was harassed associated to options once and or or at least once during 2015 to 2021 while the Petitioner was located in the United States of America in Sonoma County California United States of America.

the Petitioner was harassed while recording audio and saying including the date, time and or or location of the Petitioner once and or or at least once during 2016 to 2021 while the Petitioner was located in the United States of America in California United States of America.

the Petitioner was harassed associated to use of a ten-digit date and time format once and or or at least once during 2016 to 2021 while the Petitioner was located in the United States of America in California United States of America.

The Petitioner retains and reserves rights to this document.

the Petitioner's penis was caused to engorge once and or or at least once during 2015 to 2021 while the Petitioner was located in the United States of America in California United States of America.

the Petitioner's penis was caused to enlarge while the Petitioner was located in the United States of America once and or or at least once during 2015 to 2021 while the Petitioner was located in the United States of America while the Petitioner was located in California United States of America.

the Petitioner was harassed at transitions once and or or at least once during 2014 to 2021 while the Petitioner was located in the United States of America including Sonoma County California United States of America.

the Petitioner was harassed associated to metaphors associated to sex once and or or at least once during 2014 to 2021 while the Petitioner was located in the United States of America including Sonoma County California United States of America.

the Petitioner was communicated to including references to sex once and or or at least once during 2014 to 2021 while the Petitioner was located in the United States of America at least including Sonoma County California United States of America.

the Petitioner was harassed associated to writing once and or or at least once during 2015 to 2021 while the Petitioner was located in the United States of America in California United States of America.

The Petitioner retains and reserves rights to this document.

the Petitioner was harassed associated to paper once and or or at least once during 2015 to 2021 while the Petitioner was located in the United States of America in California United States of America.

While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was victim of violations of United States Code Title Eighteen Sections and Subsections 113, 242, 242 as acts including kidnapping, 1201 as seize and as kidnapping, 1584, 1589 a, 1589 b, 1590 and 1593A as force forced at, on and or or in the Petitioner as abnormal force was forced at, on and or or in the Petitioner as abnormal force was forced at, on and or or in the Petitioner's physical human body as abnormal force forced at, on and or or in the Petitioner injured the physical human body of the Petitioner as force forced at, on and or or in the Petitioner injured the Petitioner's body as

While the Petitioner was located in the United States of America once and or or at least once during 2014 to 2021 the Petitioner was caused to have a oral herpes sore.

While the Petitioner was located in the United States of America once and or or at least once during 2014 to 2021 the Petitioner was caused to have a genital herpes sore.

The Petitioner retains and reserves rights to this document.

While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was victim of violations of United States Code Title Eighteen Sections and Subsections 242 as acts including kidnapping, 1201 as seize and as kidnapping, 1584, 1589 a, 1589 b, 1590 and 1593A as force forced at, on and or or in the Petitioner as abnormal force was forced at, on and or or in the Petitioner as abnormal force was forced at, on and or or in the Petitioner's physical human body as

the Petitioner's body was caused to shake longer than an instant once and or or at least once during 2014 to 2019 while the Petitioner was located in the United States of America in the most southwestern bedroom of the house at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner was caused to perceive an abnormal visual image, abnormal visual images and or or communications of, about, similar to, alluding to, similar to, including and or or different than Bridgette Fenton once and or or at least once during 2014 to 2019 while the Petitioner was located in the United States of America at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner was caused to perceive communications including an abnormal visual and or or abnormal visuals of, about and or or similar to including Carol Hass, Carol Hass's husband, Chris Hass a sibling of Chris Hass's and or or siblings of Chris Hass while the Petitioner showered once and or or at least once during 2014 to 2019 while the Petitioner was located in the United States of America in the hallway bathroom at 230 Chris Street Windsor California United States of America.

The Petitioner retains and reserves rights to this document.

1   the Petitioner was caused to perceive an abnormal visual image and or or abnormal visual

2   images of, similar to and or or alluding to an image of Jason Alexander, a person also known

3   as Orchid and or or the animated character Slimer possibly holding, eating and or or

4   associated to an apple and or or a granny smith apple and possibly spun and or or rotated

5   vertically once and or or at least once during 2014 to 2019 while the Petitioner was located

6   in the United States of America at 230 Chris Street Windsor Sonoma County California

7   United States of America.

8

9   the Petitioner was caused to perceive communications including associated to a female, a

10   tall blond model and or or Joe Montana's wife once and or or at least once during 2014 to

11   2019 while the Petitioner was located in the United States of America in the most south

12   western bedroom of the house at 230 Chris Street Windsor Sonoma County United States of

13   America.

14

15   the Petitioner was caused to perceive an abnormal visual image and or or abnormal visual

16   images of and or or associated to a large commercial passenger plane and or or the interior

17   of a large commercial passenger plane at, on and or or about the roof of the north eastern

18   portion of the house at 230 Chris Street Windsor Sonoma County California United States of

19   America once and or or at least once during 2014 to 2019 while the Petitioner was located

20   in the United States of America in and or or about the backyard of the house at 230 Chris

21   Street Windsor Sonoma County California United States of America.

22

23   the Petitioner was caused to perceive an abnormal visual image, abnormal visual images

24   and or or abnormal communications of, similar to and or or associated to person aka Jeff B I

25   and or or Meagan Chippa associated to and or or including bad once and or or at least once

during 2014 to 2019 while Benjamin Coxon was located in the United States of America outside near the south east side of the largest house at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner was harassed while the Petitioner attempted to turn off a water faucet once and or or at least once during 2015 to 2019 while the Petitioner was located in the United States of America in the backyard of the house at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner was caused to perceive abnormal visuals of, similar to and or or associated to Nicole Locke's head and or or mouth biting at the Petitioner's feet and or or heels once and or or at least once during 2015 to 2019 while the Petitioner was located in the United States of America inside the kitchen and or or most eastern room different than the garage in the house at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner was caused to perceive abnormal visuals once and or or at least once during 2015 to 2020 while the Petitioner was located in the United States of America at 230 Chris street Windsor Sonoma County California United States of America in the laundry room of the largest house.

the Petitioner was caused to perceive depictions of and or or associated to communications of and or or associated to Jackie Gladden associated to the Petitioner urinating on the floor of the laundry room at 230 Chris Street Windsor Sonoma County California United States of America once and or or at least once during 2015 to 2019 while the Petitioner was located

The Petitioner retains and reserves rights to this document.

1  in the United States of America in the laundry room of the house at 230 Chris Street

2  Windsor California United States of America.

3

4  the Petitioner was caused to perceive abnormal emphasis of patterns at the surface of a

5  concrete patio at 230 Chris Street Windsor Sonoma County California United States of

6  America once and or or at least once during 2015 to 2019 while the Petitioner was located

7  in the United States of America at 230 Chris Street Windsor California United States of

8  America.

9

10  the Petitioner was caused to feel aching during longer than an instant once and or or at least

11  once during 2017 to 2019 while located in the United States of America near the

12  intersection of Fruitvale Avenue and East 27 Street in Oakland Alameda County California

13  United States of America.

14         (The Petitioner perceived depictions of and or or communications associated to

15  Rebecca Anderson and or or person Crystal with a Brooklyn tattoo associated, during and or

16  or during about the time of this incident.)

17

18  the Petitioner was caused to ejaculate once and or or at least once during 2017 to 2019

19  while the Petitioner was located in the United States of America near the intersection of

20  Fruitvale Avenue and East 27 Street in Oakland Alameda County California United States of

21  America.

22

23  the Petitioner's tech-data was mini-nuked once and or or at least once during 2015 to 2021

24  while the Petitioner was located in the United States of America in the most southwestern

25

143 of 209 Pages               The Petitioner retains and reserves rights to this document.

1   bedroom of the house at 230 Chris Street Windsor Sonoma County California United States

2   of America.

3           (The Petitioner was caused to perceive depictions and or or communications

4   associated to Jenna Leff associated to, during and or or during about the time of at least one

5   of this and or or these incident and or or incidents.)

6

7   the Petitioner was caused to perceive an abnormal visual image and or or abnormal visual

8   images of a male posing standing once and or or at least once during 2021 while the

9   Petitioner was located in the United States of America at 230 Chris Street Windsor Sonoma

10  County California United States of America.

11

12  the Petitioner's testicle, right testicle and or or testicles was and or or were caused to

13  vibrate and or or shake once and or or at least once associated to during, and or or during

14  about the same time as the Petitioner was caused to perceive depictions and or or

15  communications of and or or associated to John Patucha saying and or or communicating

16  something itself and or or associated to we don't do that do we during 2014 to 2019 while

17  the Petitioner was located in the United States of America in the most southwestern

18  bedroom of the house at 230 Chris Street Windsor Sonoma County California United States

19  of America.

20

21  the Petitioner's legs were caused to be together once and or or at least once during 2015 to

22  2021 while the Petitioner was located in the United States of America at the house at 230

23  Chris Street Windsor Sonoma County California United States of America.

24

25

The Petitioner retains and reserves rights to this document.

the Petitioner was caused to perceive harassing communications once and or or at least once during 2019 to 2021 while the Petitioner was located in the United States of America at 701 McClelland Drive Windsor Sonoma County California United States of America.

the Petitioner's penis was caused to engorge once and or or at least once during about 0733 Pacific Standard Time once and or or at least once during April 22, 2021 Common Era while the Petitioner was located in the United States of America at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner's soft tissue about the rear exterior of the Petitioner's head was caused to soften associated to communications including associated to Alex Pike and or or Heather How and or or Heather McCann saying and or or communicating including words gas and pass once and or or at least once during March 2021 to May 2021 while the Petitioner was located in the United States of America at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner's anus was caused to leak fluid once and or or at least once during 2015 to 2021 while the Petitioner was located in the United States of America in California United States of America.

the Petitioner's nose was effected, injured, caused to move to the left of the Petitioner's face on the Petitioner's head and or or the Petitioner was caused to perceive as such once and or or at least once during 2014 to 2019 while the Petitioner was located in the United States of America at 230 Chris Street Windsor Sonoma County California United States of America.

The Petitioner retains and reserves rights to this document.

1    the Petitioner's skin on the Petitioner's face was irritated once and or or at least once and

2    possibly injured once and or or at least once during 2015 to 2019 while the Petitioner was

3    located in the United States of America at 230 Chris Street Windsor Sonoma County

4    California United States of America.

5

6    the Petitioner was caused to perceive and or or experience the Platiff's cranium expanding

7    and the Plaintiff was possibly injured once and or or at least once during 2015 to 2019

8    while the Petitioner was located in the United States of America at 230 Chris Street Windsor

9    Sonoma County California United States of America.

10

11   the Petitioner's was caused to feel a sharp sudden pain in the Petitioner's ear once and or or

12   at least once during 2014 to 2015 while the Petitioner was located in the United States of

13   America at 640 Hembree Lane Windsor Sonoma County California United States of America.

14

15   the Petitioner's penis was injured once and or or at least once during and or or during about

16   while the Petitioner was caused to perceive communications, an abnormal visual image and

17   or or abnormal visual images including of, about and or or associated to Rebecca Anderson

18   once and or or at least once during 2014 to 2019 while the Petitioner was located in the

19   United States of America in the hallway bathroom in the house at 230 Chris Street Windsor

20   Sonoma County California United States of America.

21

22   the Petitioner was caused to perceive and or or experience dull, muffled, soft and or or fuzzy

23   electrical sensations at and or or around the back of the Petitioner's neck once and or or at

24   least once during and or or during about while the Petitioner was caused to perceive

25   depictions and or or communications including Sydney Shireman once and or or at least

The Petitioner retains and reserves rights to this document.

1    once during 2021 while the Petitioner was located in the United States of America in the

2    house at 230 Chris Street Windsor Sonoma County California United States of America.

3

4    the Petitioner was caused to ejaculate once and or or at least once during and or or during

5    about while the Petitioner was caused to perceive depictions and or or communications

6    including of, similar to and or or associated to including Sydney Shireman, Jenna Ieff and or

7    or Laura Kelly while the Petitioner was sitting on a public transportation vehicle bus headed

8    northbound on Old Redwood Highway in Sonoma County California United States of

9    America once and or or at least once during 2014 to 2020 while the Petitioner was located

10   in the United States of America in Sonoma County California United States of America.

11

12   the Petitioner was caused to perceive an abnormal visual image and or or abnormal visual

13   images of, about and or or associated to including Rachel Taco Coxon possibly sitting

14   possibly associated to the western side of the most southwestern bedroom of the house at

15   230 Chris Street Windsor Sonoma County California United States of America once and or or

16   at least once during 2014 to 2021 while the Petitioner was located in the United States of

17   America in Sonoma County California United States of America.

18

19   the Petitioner was caused to perceive an abnormal visual image and or or abnormal visual

20   images of, about, similar to and or or associated to Star Wars characters seemingly located

21   at and or or about the lower sill of the upper window at the west side of of the most

22   southwestern bedroom of the house at 230 Chris Street Windsor Sonoma County California

23   United States of America at least once and or or at least once during 2014 to 2021 while the

24   Petitioner was located in the United States of America in Sonoma County California United

25   States of America.

The Petitioner retains and reserves rights to this document.

the Petitioner was caused to loose a memory suddenly and or or abnormally once and or or at least once during March 2021 to May 2021 while located in the United States of America in the most southwestern bedroom of house at 203 Chris Street Windsor Sonoma County California United States of America.

(The Petitioner had thoughts of Lia Lazzar associated to loosing a memory)

the Petitioner was communicated to annoyingly associated to communications, an abnormal visual image and or or abnormal visual images of, about and or or associated to a black sweater, a white undershirt, a black sweater, a white undershirt, a white collar, a white cuffs, Elizabeth Hogg and or or Sydney Shireman once and or or at least once during 2016 to 2021 while the Petitioner was located in the United States of America in Shiloh Ridge Regional Park in Sonoma County California United States of America.

the Petitioner was caused to speak at least once and or or at least once during 2013 to 2014 while the Petitioner was located in the United States of America in Shiloh Ridge Regional Park in Sonoma County California United States of America.

(The Petitioner was caused to speak during and or or about during the Petitioner smoking marijuana while walking in a park. Sometime and or or times after the Petitioner might have suspected Meagan Chippa and or or associated people as possible perpetrators of acts described in this claim.)

the Petitioner was communicated to harassingly associated to and or or including communications of, about and or or associated to a female, females, a large female, large females, a large female communicating to and or or shouting at the Petitioner once and or or

The Petitioner retains and reserves rights to this document.

at least once during 2013 to 2019 while the Petitioner was located in the United States of America in Shiloh Ridge Regional Park in Sonoma County California United States of America.

the Petitioner's penis was caused to engorge, be stimulated and or or the Petitioner was caused to experience pleasure sensations associated to communications and or or depictions of, about and or or associated to Jenna Leff and or or Laura Kelly once and or or at least once during a Sonoma County Board of Supervisors meeting once and or or at least once during 2014 to 2020 while the Petitioner was located in the United States of America at 575 Administration Drive Santa Rosa Sonoma County California United States of America.

the Petitioner was caused to perceive communications including about and or or associated to Jacob Shull and or or Brad Pitt once and or or at least once during daylight once and or or at least once during 2014 to 2019 while the Petitioner was located in the United States of America near the eastern edge of Shiloh Ridge Regional Park in Shiloh Ridge Regional Park in Sonoma County California United States of America.

(The Petitioner was possibly while the Petitioner was walking and or or climbing on a tree.)

the Petitioner was caused to perceive harassing communications of, about and or or associated to person Sonia and or or a person female of a similar type and or or similar in appearance to Seth McFarlane communicating to the Petitioner of, about and or or associated to sea, see and or or the letter c once and or or at least once during 2014 to 2019 while the Petitioner was located in the United States of America at about the eastern part of Shiloh Ridge Regional Park in Sonoma County California United States of America.

The Petitioner retains and reserves rights to this document.

the Petitioner was caused to perceive communications, an abnormal visual image and or or abnormal visual images of, about and or or associated to Bridgette Fenton, Rebecca Anderson, hair cutting and or or hair styling once and or or at least once during 2015 to 2019 while the Petitioner was located in the United States of America in a shed at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner was caused to perceive communications, an abnormal visual image and or or abnormal visual images of, about and or or associated to a yoga mat and or or Josh Cilley once and or or at least once during 2015 to 2019 while the Petitioner was located in the United States of America in the shed at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner was caused to perceive communications, an abnormal visual image and or or abnormal visual images of, about and or or associated to a person and or or people associated to person Chris possibly associated to Hawaii and or or the Seafood Brasserie Restaurant that was located in Santa Rosa Sonoma County California during about 2005 to 2010 once and or or at least once during 2015 to 2019 while the Petitioner was located in the United States of America at the backyard at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner was caused to experience abnormal physical sensations at and or or in the Petitioner's left thigh once and or or at least once during 2015 to 2019 while the Petitioner was located in the United States of America northeast of the most southeast sliding glass

The Petitioner retains and reserves rights to this document.

door at the back yard at 230 Chris Street Windsor Sonoma County California United States of America.

(The Petitioner described the process and or or effect at and or or in the Petitioner's thigh as etching and associated it to pinking.)

the Petitioner was caused to experience abnormal physical sensations at and or or in the Petitioner's face once and or or at least once during 2015 to 2019 while the Petitioner was located in the United States of America at 230 Chris Street Windsor Sonoma County California United States of America.

(The Petitioner described the process and or or effect at and or or in the Petitioner's face as etching and associated it to pinking.)

the Petitioner's penis and or or genitals were caused to engorge and or or be stimulated associated to communications and or or depictions including of , about and or or associated to Julie Sunstrome once and or or at least once during 2015 to 2020 while the Petitioner was located in the United States of America at 230 Chris Street Windsor Sonoma County California United States of America.

(The Petitioner might have been caused to ejaculate.)

the Petitioner was caused to experience and or or perceive the Petitioner's head shrinking associated to communications and or or depictions of, about and or or associated to Rebecca Anderson pulling a lace, laces and or or shoelace at and or or near the back of the Petitioner's head once and or or at least once during 2015 to 2020 while the Petitioner was located in the United States of America at 230 Chris Street Windsor Sonoma County California United States of America.

The Petitioner retains and reserves rights to this document.

the Petitioner was caused to perceive an abnormal visual image and or or abnormal visual images of, about, including and or or associated to a white dog once and or or at least once during 2015 to 2020 while the Petitioner was located in the United States of America in the most south western bedroom of the house at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner was caused to perceive an abnormal visual image and or or abnormal visual images of, about including and or or associated to animated characters from the television show The Simpsons and possibly associated to sex once and or or at least once during 2015 to 2020 while the Petitioner was located in the United States of America at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner was caused to perceive communications the Petitioner perceived communications of, about and or or associated to Ann Catalini Sinclair and or or Ann Catalini McCloud and or or a castle once and or or at least once during 2015 to 2020 while the Petitioner was located in the United States of America at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner was caused to perceive communications, an abnormal visual image and or or abnormal visual images of, about and or or associated to Camille Bailey, the color blue, a penis and or or a big penis once and or or at least once during 2015 to 2020 while the Petitioner was located in the United States of America at 230 Chris Street Windsor Sonoma County California United States of America.

The Petitioner retains and reserves rights to this document.

the Petitioner's penis, testicles and or or genitals were caused to experience some abnormal tech effect and the Palitniff was poissibly injured while the Petitioner was working at a food and or or beef jerky factory once and or or at least once during 2015 while the Petitioner was located in the United States of America in Maricopa County Arizona United States of America.

the Petitioner's penis, testicles, genitals, anus, rectum and or or gut were caused to experience some abnormal tech effect once and or or at least once during 2015 while the Petitioner was located in the United States of America in and or or about a large park south of Morrow Bay in San Luis Obispo County California United States of America.

the Petitioner was caused to perceive rhyming once and or or at least once during 2015 while the Petitioner was located in the United States of America in and or or about a large park south of Morrow Bay and or or in and or or about the town, city and or or community of Los Osos San Luis Obispo County Californ ia United States of America in San Luis Obispo County California United States of America.

the Petitioner was caused to perceive communications including and or or associated to Sydney Shireman saying to bold sir once and or or at least once during 2015 while the Petitioner was located in the United States of America in and or or about a large park south of Morrow Bay and or or in and or or about the town, city and or or community of Los Osos, San Luis Obispo County Californ ia United States of America in San Luis Obispo County California United States of America.

The Petitioner retains and reserves rights to this document.

the Petitioner was caused to perceive communications and or or rhyming once and or or at least once during 2015 while the Petitioner was located in the United States of America on and or or about a beach at, about and or or near Jalama Beach County Park in Santa Barbara County California United States of America.

the Petitioner was caused to perceive depictions and or or allusions to a person also known as Cobalt, James Withers, genital herpes and or or herpes while and or or about while the Petitioner was walking southbound on, and or or about some railroad tracks once and or or at least once during 2015 while the Petitioner was located in the United States of America at, about and or or near some railroad tracks south of jalama beach Santa barbera County California United States of America north of Isla Vista Santa Barbara County California United States of America.

the Petitioner was caused to perceive communications and or or depictions including of, about and or or associated to Vail Rumley communicating to the Petitioner once and or or at least once during 2015 to 2019 while the Petitioner was located in the United States of America in and or or about a shed in the backyard of the house at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner was advanced at sexually, the Petitioner's penis was caused to engorge and or or the Petitioner was caused to be sexually stimulated while the Petitioner was detained and confined in a county jail once and or or at least once during October 2019 while the Petitioner was located in the United States of America at Ventura Avenue Santa Rosa Sonoma County California United States of America.

The Petitioner retains and reserves rights to this document.

1  the Petitioner was caused to perceive communications possibly including similar to Sydney

2  Shireman possibly saying that's what I did once and or or at least once during 2011 to 2019

3  while the Petitioner was located in the United States of America off of Bodega Avenue in and

4  or or about Petaluma Sonoma County California United States of America.

5

6  the Petitioner was caused to perceive an abnormal visual image and or or abnormal visual

7  images of, about, similar to and or or associated to Jason Alexander associated to something

8  and or or something possibly associated to sex, kink and or or bdsm clothes once and or or

9  at least once during 2014 to 2019 while the Petitioner was located in the United States of

10  America at 230 Chris Street Windsor Sonoma County California United States of America.

11

12  the Petitioner was caused to perceive harassing communications of, about and or or

13  associated to person Jordan possibly associated to last name Hoffman associated to

14  harassing the Petitioner associated to purchasing, drinking and or or associated to juice and

15  or or some juice once and or or at least once during 2019 to 2021 while the Petitioner was

16  located in the United States of America in a Walmart store at 6650 Hembree Lane Windsor

17  Sonoma County California United States of America.

18

19  the Petitioner was caused to perceive communications and or or depictions of, about and or

20  or associated to a person possibly Stew Rumely's girlfriend and or or wife once and or or at

21  least once during 2014 to 2019 while the Petitioner was located in Sonoma County

22  California United States of America.

23

24  the Petitioner was caused to perceive communications and or or depictions of, about and or

25  or associated to John Tomasine saying and or or communicating about and or associated to

The Petitioner retains and reserves rights to this document.

1   run while the Petitioner was located in the United States of America in Shiloh Ridge

2   Regional Park near the east edge of Shiloh Ridge Regional Park in Sonoma County California

3   was located in the United States of America.

4

5   the Petitioner was caused to perceive communications and or or depictions of, about,

6   including an or or associated to Jake Shull and references to a nurse once and or or once and

7   or or at least during 2014 to 2019 while the Petitioner was located in the United States of

8   America in the house at 230 Chris Street Windsor Sonoma County California United States

9   of America.

10

11   the Petitioner was caused to perceive communications and or or depictions of, about,

12   including an or or associated to Jake Shull and or or Timothy Coxon lounging once and or or

13   once and or or at least during 2014 to 2019 while the Petitioner was located in the United

14   States of America in the most southwestern bedroom of the house at 230 Chris Street

15   Windsor Sonoma County California United States of America.

16

17   the Petitioner was caused to perceive communications and or or depictions of, about,

18   including an or or associated to Timothy Coxon sitting and or or bouncing on a ball once and

19   or or once and or or at least during 2014 to 2019 while the Petitioner was located in the

20   United States of America in the most southwestern bedroom of the house at 230 Chris

21   Street Windsor Sonoma County California United States of America.

22

23   the Petitioner was caused to perceive communications and or or depictions of, about,

24   including an or or associated to Bart Farrell licking a popsicle once and or or once and or or

25   at least during 2014 to 2021 while the Petitioner was located in the United States of

The Petitioner retains and reserves rights to this document.

1   America in the house at 230 Chris Street Windsor Sonoma County California United States

2   of America.

3

4   the Petitioner was caused to perceive communications and or or depictions of, about,

5   including an or or associated to Robert Grant communicating to and or or saying we got it

6   off once and or or once and or or at least during 2015 while the Petitioner was located in

7   the United States of America at and or or about San Luis Obispo County California United

8   States of America.

9

10   the Petitioner was caused to perceive communications and or or depictions of, about,

11   including an or or associated to Jenna Leff once and or or at least and or or more times

12   during May 24, 2021 while the Petitioner was located in the United States of America on a

13   passenger train south of Airport Boulevard north of Second Street Santa Rosa Sonoma

14   County California United States of America in Sonoma County California United States of

15   America.

16

17   the Petitioner was caused to perceive communications and or or abnormal visuals

18   associated to Stephen Spielberg, Jake Shull, a person and or or a person in a diaper once and

19   or or at least once during 2019 to 2021 while the Petitioner was located in the United States

20   of America in Sonoma County California United States of America.

21

22   the Petitioner was caused to perceive harassing communications once and or or at least

23   once during 2018 to 2021 while the Petitioner was located in the United States of America

24   west of the Sonoma County Airport east of Star Road north of Mark West Station Road south

25

The Petitioner retains and reserves rights to this document.

of where Shiloh Road would if extened start westward from its west end in Sonoma County California United States of America.

the Petitioner was caused to perceive harassing communications once and or or at least once during 2017 to 2020 while the Petitioner was located in the United States of America in Sacramento County California United States of America.

the Petitioner was harassed through some abnormal force as the Petitioner was caused to perceive harassing communications once and or or at least once during 2015 while the Petitioner was located in the United States of America in Orange County California United States of America.

the Petitioner was harassed through some abnormal force as the Petitioner was caused to perceive harassing communications once and or or at least once during 2019 while the Petitioner was located in the United States of America in La Mesa San Diego County California United States of America.

the Petitioner was harassed while attempting and or or actually printing documents to be filed at a court of a State of the United States of America and or or a court of the United States of America once and or or at least once during 2018 to 2021 while the Petitioner was located in the United States of America at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner was caused to perceive depictions of and or or similar to Sydney Shireman communicating once and or or at least once during 2015 to 2021 while the Petitioner was

1

2

3

4

located in the United States of America at 230 Chris Street Windsor Sonoma County California United States of America including at and or or about outside the door of the shed at 230 Chris Street Windsor Sonoma County California United States of America.

5

6

7

8

9

10

the Petitioner was caused to perceive depictions of and or or similar to Laura Kelly saying you don't know me once and or or at least once during 2015 to 2021 while the Petitioner was located in the United States of America at 230 Chris Street Windsor Sonoma County California United States of America including at and or or about outside the door of the shed at 230 Chris Street Windsor Sonoma County California United States of America.

11

12

13

14

15

16

the Petitioner was caused to perceive depictions of and or or similar to a baby being shaken and or or a baby being shaken possibly including by and or or associated to Lee Rumley once and or or at least once during 2015 to 2021 while the Petitioner was located in the United States of America at 230 Chris Street Windsor Sonoma County California United States of America.

17

18

19

20

21

22

23

the Petitioner was caused to perceive communications associated to rhyming including tanker, anchor and or or thanker and or or thank her once and or or at least once during 2015 to 2021 while the Petitioner was located in the United States of America at 230 Chris Street Windsor Sonoma County California United States of America including in the most southwestern bedroom of the house at 230 Chris Street Windsor Sonoma County California United States of America.

24

25

the Petitioner was caused to perceive depictions of and or or associated to a steel I beam and or or a person and or or people sitting on a steel I beam once and or or at least once

The Petitioner retains and reserves rights to this document.

1    during 2015 to 2021 while the Petitioner was located in the United States of America at 230

2    Chris Street Windsor Sonoma County California United States of America.

3

4    the Petitioner was caused to perceive an abnormal visual image and or or abnormal visual

5    images of, about and or or including a bassinet and or or baby crib once and or or at least

6    once during 2013 to 2021 while the Petitioner was located in the United States of America

7    at 230 Chris Street Windsor Sonoma County California United States of America.

8

9    the Petitioner was caused to perceive an abnormal visual image and or or abnormal visual

10   images of, about and or or including a yellow train boxcar once and or or at least once

11   during 2014 to 2021 while the Petitioner was located in the United States of America at 230

12   Chris Street Windsor Sonoma County California United States of America.

13

14   the Petitioner was caused to perceive an abnormal visual image and or or abnormal visual

15   images of about and or or similar to a horse and possibly allusions to judge Spero once and

16   or or at least once during 2018 to 2021 while the Petitioner was located in the United States

17   of America in the house at 230 Chris Street Windsor Sonoma County California United

18   States of America.

19

20   the Petitioner was causes to perceive an abnormal visual image and or or abnormal visual

21   images of about and or or similar to judge Hixson and or or judge Hixson's face once and or

22   or at least once during 2018 to 2021 while the Petitioner was located in the United States of

23   America in the house at 230 Chris Street Windsor Sonoma County California United States

24   of America.

25

The Petitioner retains and reserves rights to this document.

1    the Petitioner was caused to perceive an abnormal visual image and or or abnormal visual

2    images of and or or associated to Nathan Rupert's face and or or head once and or or at least

3    once during 2015 to 2021 while the Petitioner was located in the United States of America

4    in Sonoma County California United States of America.

5

6    the Petitioner was caused to perceive and abnormal visual image and or or abnormal visual

7    images of and or or associated to Sydney Shireman, white leg hosings and leg hosing straps

8    once and or or at least once during 2015 to 2021 while the Petitioner was located in the

9    United States of America in Sonoma County California United States of America.

10

11    the Petitioner was caused to perceive communications, an abnormal visual image and or or

12    abnormal visual images and possibly experience abnormal physical sensations of and or or

13    associated to Laura Kelly, Josh Cilley and or or the Petitioner's butt once and or or at least

14    once during 2015 to 2021 while the Petitioner was located in the United States of America

15    in Sonoma County California United States of America.

16

17    the Petitioner was caused to perceive communications, an abnormal visual image and or or

18    abnormal visual images of and or or associated to Mary Benziger, possibly experience

19    abnormal physical sensations and possible injury to the Petitioner's nose once and or or at

20    least once during 2015 to 2021 while the Petitioner was located in the United States of

21    America in Sonoma County California United States of America.

22

23    the Petitioner was caused to perceive communications, an abnormal visual image and or or

24    abnormal visual images of and or or associated to Erin Benziger once and or or at least once

25

The Petitioner retains and reserves rights to this document.

during 2015 to 2021 while the Petitioner was located in the United States of America at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner was caused to perceive communications of and or or associated to Jessica person associated to Michael Hoffman and or or an abnormal visual image and or or abnormal visual images and possibly a farm and or or associated to a farm once and or or at least once during 2015 to 2021 while the Petitioner was located in the United States of America at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner was caused to perceive abnormal communications once and or or at least once during 2013 while the Petitioner was located in the United States of America near and or or about near to the entrance to a bus station and or or public transportation station in Portland Multnomah County Oregon United States of America.

the Petitioner was caused to perceive abnormal communications associated to writing and or or drawing letters and or or numbers once and or or at least once during 2013 while the Petitioner was located in the United States of America at Columbia Cove Park west of the south end of Seventh Street in Brewster Okanogan County Washington United States of America.

the Petitioner was caused to experience abnormal physical sensations at and in the Petitioner's right testicle similar to and or or associated to the sperm cord peeling from the testicle and was possibly injured once and or or at least once during 2015 to 2021 while the Petitioner was located in the United States of America at including at 230 Chris Street Windsor Sonoma County California United States of America.

162 of 209 Pages            The Petitioner retains and reserves rights to this document.

the Petitioner was caused to insert a narrow wooden dowel into the Petioner's anus once

and or or at least once during 2014 to 2015 while the Palintiff was located in the United

States of America in the house at 230 Chris Street Windsor Sonoma County California

United States of America.

While the Petitioner was located in the United States of America during 2011 to

2021 the Petitioner was victim of violations of United States Code Title Eighteen Sections

and Subsections 113, 242, 242 as acts including kidnapping, 1201 as seize and as

kidnapping, 1584, 1589 a, 1589 b, 1590 and 1593A as force forced at, on and or or in the

Petitioner as abnormal force was forced at, on and or or in the Petitioner as abnormal force

was forced at, on and or or in the Petitioner's physical human body as abnormal force

forced at, on and or or in the Petitioner injured the physical human body of the Petitioner as

force forced at, on and or or in the Petitioner injured the Petitioner's body as

the Petitioner's wrist was caused to loosen once and or or at least once during 2015 to 2019

while the Petitioner was located in the United States of America at 230 Chris Street Windsor

Sonoma County California United States of America.

the Petitioner's penis was enlarged once and or or at least once during 2015 to 2021 while

the Petitioner was located in the United States of America at 230 Chris Street Windsor

Sonoma County California United States of America.

The Petitioner retains and reserves rights to this document.

the Petitioner was caused to experience an abnormally intense surge of physical sensations during once and or or at least once during 2015 to 2019 while the Petitioner was located in the United States of America near the door to the most southwestern bedroom of the house at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner was caused to experience an abnormally intense surge of physical sensations during once and or or at least once during 2015 to 2019 while the Petitioner was located in the United States of America near the most south east sliding glass door at the house at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner's throat was tightened such that the Petitioner kept the Petitioner's chin toward the Petitioner's chest once and or or at least once during 2015 to 2019 while the Petitioner was located in the United States of America in the back yard of the house at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner's eyeball and or or the Petitioner's pupil of the Petitioner's eyeball was battered once and or or at least once during 2014 to 2019 while the Petitioner was located in the United States of America in the most south western bedroom of the house at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner's eyeball to be battered once and or or at least once during 2014 to 2020 while the Petitioner was located in the United States of America in the most eastern room of the house different than the garage of the house at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner was caused to experience abnormal physical sensations at, and or or in the

back Petitioner's neck similar to and or or associated to electrical charge sensations once

and or at least once during 2014 to 2019 while the Petitioner was located in the United

States of America in the most south western bedroom of the house at 230 Chris Street

Windsor Sonoma County California United States of America.

the Petitioner was caused to experience abnormal physical sensations at and in the

Petitioner's torso once and or or at least once during 2015 to 2021 while the Petitioner was

located in the United States of America at including at 230 Chris Street Windsor Sonoma

County California United States of America.

While the Petitioner was located in the United States of America during 2011 to

2021 the Petitioner was victim of violations of United States Code Title Eighteen Sections

and Subsections 113, 242, 242 as acts including kidnapping, 1201 as seize and as

kidnapping, 1584, 1589 a, 1589 b, 1590 and 1593A as force forced at, on and or or in the

Petitioner as abnormal force was forced at, on and or or in the Petitioner as abnormal force

was forced at, on and or or in the Petitioner's physical human body as abnormal force

forced at, on and or or in the Petitioner caused the Petitoner's body to be injured as force

forced at, on and or or in the Petitioner effected the Petitioner such that the Petitioner acted

as

The Petitioner retains and reserves rights to this document.

the Petitioner created a vacuum around the Petitioner's penis such that it inflated and was disfigured once and or or at least once during 2013 to 2015 while the Petitioner was located in the United States of America in the most south western bedroom of the house at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner created a vacuum around the Petitioner's penis such that it inflated and was disfigured once and or or at least once during 2013 to 2015 while the Petitioner was located in the United States of America in the most south eastern room excluding the garage in the house at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner created a vacuum around the Petitioner's penis such that it inflated and was disfigured once and or or at least once during 2013 to 2015 while the Petitioner was located in the United States of America in the laundry room in the house at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner inserted a wooden dowel into the Petitioner's anus once and or or at least once during 2013 to 2015 while the Petitioner was located in the United States of America in the most southwestern bedroom of the house at 230 Chris Street Windsor Sonoma County California United States of America.

the Petitioner burnt marijuana plant flowers and inhaled the resulting smoke into the Petitioner's mouth, throat and lungs once and or or at least once during 2017 to 2021 while the Petitioner was located in the United States of America in California United States of America.

The Petitioner retains and reserves rights to this document.

1    the Petitioner picked at skin on the Petitioner located above the Petitioner's shoulders and

2    on the Petitioner's neck, face and or or head once and or or at least once during 2015 to

3    2021 while the Petitioner was located in the United States of America at 230 Chris Street

4    Windsor Sonoma County California United States of America.

5

6    the Petitioner picked at the inside of the right nostril of the Petitioner's nose once and or or

7    at least once during 2017 to 2021 while the Petitioner was located in the United States of

8    America at 230 Chris Street Windsor Sonoma County California United States of America.

9

10

11

12

13           Names and or or descriptions of people themselves and or or who are and or or

14    have been associated to people who might be and or or have been perpetrators,

15    conspirators, principals, accessories, suspects and or or witnesses of a violation of a law of

16    the United States of America, violations of a law of the United States of America, violations

17    of a law of the United States of America and or or violations of laws of the United States of

18    America against the Petitioner described in this document listed once and or or more times

19    might be Clark Anderson, person aka Jeff B I, Robert Grant, Scott Sleight, person Keith

20    person associated to person aka Jeff B I, person aka Gabby person associated to person aka

21    Jeff B I, person aka Ming person associated to Clark Anderson, Sarah Lockwood, Laura

22    Lockwood, Mary Lockwood, James-Janet Lockwood, Rachel Taco Coxon, Ronald Taco,

23    Camille Bailey, a possible person who appears as a younger sister or relative of Camille

24    Bailey's might, Theresa Catalini Hoffman, Ann Catalini McCloud, Michael Hoffman, person

25    Ann Catalini McCloud's husband, John Hoffman, Hannah Hoffman, Al Catalini, Robert Martin,

The Petitioner retains and reserves rights to this document.

person currently and or or formerly named Kathy Martin, Robert Martin's daughter, James-Janet Lockwood's current and or or former wife, person Jordan possibly associated to the Hoffman's, Jennifer Minner, Carly Clements, James Withers, Laura Kelly, Jenna Leff, Sequoia Leff, Rebecca Anderson, Charlie Oshey, Daniel Boyle, Sydney Shireman, Alex Pike, Jacob Shull, Lindsay Moratto, Liz Ozanich and or or person Ruby, Katherine Vetrano, Katy Conway, Katherine Fabiano, Ed Rodrigueze, Laura Rodriguez, Lia Lazzar, person Lia Lazzar's father, Mark Tier, Leonard Radomille, Daniel Coxon, Bart Farrell, Jamie Benziger, Kelly Cerri, Bridgette Kunde, Joseph Gambero, Danny Pignataro, Andrew Oldfield-Culley, Mark Nicholis, Dan Nicholis, David Tomasine, Dean Sexton, Bridgette Fenton, Nichole Locke, person Mia bartender from Sweet Spot pub Santa Rosa Sonoma County California during about 2011 to 2013, Kathy Hass, Greg Bone, Thomas Chounard, Lee Rumley, Elizabeth Hogg, Jason Flynn, person bartender from 440 Club Santa Rosa Sonoma County California during about 2013 also attended Empire College phlebotomy class during 2013 to 2014, person Rebecca the bartender from Monson Piscataquis County Maine during the second half of 2012, Al person associated to person Charlie from Monson Piscataquis County Maine during the second half of 2012, Niko Radomille, Gato Radomille, Andrew Olson, Darin Shaw, Kevin Schwartz, James Withers, Steve Gritch, Jacob Shull, Carl Schuler, Vince Chabra, Theresa Melagno Sutter, Margie Minner, David Washington, David Chandler, Noah Riceman, person Diane from New York during the second half of 2012, John Patucha, Ryan Patucha, Jeff Maderious, Theresa Keville, Sean Keville, Julie Keville, Steve Keville, Joseph Withers, Sarah Withers, James Wither's father, James Wither's mother, Sonia person from Subway restaurant Lakewood Drive Windsor Sonoma County California during about 2014, Timothy Coxon, Elizabeth Coxon Rumley, Ann Coxon Pringle, Stew Rumley, Josh Cilley, person possibly Doug Casey's son and a person who was acquainted with Clark Anderson person last name Fredrick, Sarah bartender from Seafood Brasserie restaurant Santa Rosa Sonoma County California

The Petitioner retains and reserves rights to this document.

1   during about 2005, Peter Dunlap, Katy Paine, Ross Patcherini, person last name Patcherini,

2   person Cooper from Petaluma Sonoma County California during about 1990, Nicholis

3   Lagnollie, Tyler Meritt, Christina Bang, Patrick Bang, Daniel Coxon, Michael Bang, Jim

4   Carrey, Christina Applegate, Charlie Johnson, Charlie Oshey, Danny Oshey, Danny Boil, Bob

5   Anderson, Mark Essick, Kevin Costner, Nicole Kidman, Cameron Diez, Ben Stiller, Alec

6   Baldwin, person who acted movie character Jay of Jay and Silent Bob, Shawna Bursten,

7   Elizabeth Carson, person last name Graham person who attended phlebotomy class at

8   Empire College Santa Rosa Sonoma County California during 2012 to 2013, Margie Minner,

9   David Minner, Christopher Minner, Joseph Minner, Emily Minner, Andrea Maderiouse, Laura

10  Patucha, Christoph Waltz, Matt Groening, Jeff Daniels, Maryland Raymond, Nathan Rupert,

11  person Sam associated to person Clark Anderson and possibly associated to Petaluma

12  Sonoma County California, Daniel Wright, Bruce McCoulloch, Donald Trump, Ivanka Trump,

13  Stephen Root, Vladimir Putin, Jeff Bezzos, Bill Gates, Elon Musk, Gavin Newsome, Xavier

14  Bercerra, person Pedro busser from Seafood Brasserie Santa Rosa Sonoma County

15  California during about 2006, Christopher Wray, Alex Pike, Robin Williams, person female

16  last name Wassum acquaintance of Katherine Vetrano, Andrea Maderiouse, Jeff Maderiouse,

17  John Tomasine, person Boujan associate of Clark Anderson, Dan Nicholis, Elizabeth Carson,

18  Chris Lightner, Hillary Clinton, Daina Faustine, Dennis a person Pop Warner Coach, Dennis a

19  person Pop Warner coach's wife, Dennis a person Pop Warner coach's daughter, Thomas

20  Chounard, John Hoffman, person Marcel current and or or former wife of Leonard

21  Radomille, person male current and or or former boyfriend and or or husband of Marcel

22  different than Leonard Radomille, Greg Vermillion, person last name Spero, person last

23  name Rhu, person Richard lived off of Calistoga Road Sonoma County California during

24  about 2012, person last name Fredrick, Sarah bartender from Seafood Brasserie restaurant

25  Santa Rosa Sonoma County California during about 2005, Peter Dunlap, Katy Paine, Ross

The Petitioner retains and reserves rights to this document.

Patcherini, person last name Patcherini, person Cooper from Petaluma Sonoma County California during about 1990, Nicholis Lagnollie, Tyler Meritt, Christina Bang, Patrick Bang, Daniel Coxon, Michael Bang, Jim Carrey, Christina Applegate, Christian Slater, Winnona Ryder, Seth Rogan, McCulley Culkin, person Harrison Ford's son, Thomas Hackel, Nichole Locke, Katy Tenehave, Katy Hein, Uman Therman, Quentin Terrantino, Possible witnesses, Mike Farr, Ben Kingsly, Joseph Nin, Jesse L Martin, J K Simmons, Dianne Wiest, Doug Casey, Josh Cilley, person Doug Casey's son acquaintance of Clark Anderson, Rueben Pachenco, Alexis Cooper, Oscar Velarde, Alvin Villara, Carla Melagno, Jamie Foxx, Kevin McDonald, Bruce McCoulloch, Berry Kelly, Russell Dowripple, Marshal Bruce Mathers III, Jeff Gonella, Alegra Lopez, Natasha Lopez, Doug Casey, Josh Cilley, person Doug Casey's son acquaintance of Clark Anderson, Alan Alda, Danny Boil, Danny Oshey, Maggy Grady, Mathew Sunstrome, Liz Gravelle and Sarah Kramer, Steve Klotz, Steve Sassone, Paul DuMont, Michael Farr, Ben Stiller, Parker McNulty, Heather How and or or Heather McCann, Jackie Gladden, Spencer Higgins, Bart Farrell, Andrew Geary, Holly Sergey, Ian Sergey, Alex Pike, Elizabeth Carson, Lou Rappaport, Alison Fredrick, Hillary Duff, Drew Barrymore, Cameron Diaz, Thomas Mackie, Alicia Silverstone, Sarah Silverman, Sarah Kramer, Steven Tyler, Ringo Star, Erin Benzziger, Kelly Miles, Jenny Althoff, James Eckles, person Bob father of person RD associated to Petaluma Sonoma County California, person RD son of person Bob associated to Petaluma Sonoma County California, person Cooper son of Roxanne person associated to Petaluma Sonoma County California, person Roxanne person mother of person Copper person associated to Petaluma Sonoma County California, Nick Lagnolie, person older sister of Nick Lagnolie, person mother of Nick Lagnolie, Pete Lagnolie, person Mark a now and or or former husband of person Ann person associated to Petaluma Sonoma County California, person Ann person associated to person Mark associated to Petaluma Sonoma County California, Nevin Saunders, person and or or people last name Lieberman a person and or or

The Petitioner retains and reserves rights to this document.

people associated to Petaluma Sonoma County California, Ross Patcherini, Doug Casey, a

person and or or people associated to Doug Casey, Carol Hass, person Carol Hass's husband,

Chris Hass, Chris Hass's younger brother, Chris Hass's younger sister, person Heather How

and or or Heather McCann, person father of person Heather How and or or Heather McCann,

Corey Feldman, Dennis Bruno, Lynn Meister, John Tomasine, Jeff Gonella, Andy Garcia, Ryan

Gracia, Jason Pringle, Karl Schuller, Jamie Degroote, Dillon Buckner, Judge Vince Chabra, Ed

Rodriguez, Steve Cavalin, person last name Delmonte, Marylin Berry, person Rauel, person

Reuben Pachenco, Christopher Puppione, Graham Rutherford, Barbara Gasperini, Berry

Kelly, person daughter of Berry Kelly, Nicole Dire, person Paris, Kristoph Waltz, Jack

Nicholson, Andy Dick, Stephen Root, Maura Tierney, Joe Rogan, Stephen Colbert,

Matt Groening, Martin Scorsese, Trey Anastasio, Alvin Villara, Jill Jones, person husband of

Jill Jones, Patrick Lafortune, Noel Schumacher, Mike Healy, Paul Cronin, person male last

name Demiola, person husband of Katrina Patucha, McCulley McCoulghklin, Chris Lightner,

Danny OShey, John Lithgow, Denzel Washington, person first name Lawn person associated

to Sonoma County California, a person and or or people last name Jenkins associated to

Sonoma County California, Chris Tucker, Jason Chau, Greg Dietzen, Joe Henry and person

also know as Paris person associated to Sonoma County California during 2003, Helena

Boyd, person Helena Boyd's father, Mike Cogliano, Roman Dargenzio, Rosie Dargenzio, Moss

Fitzpatrick, Bill MacBride, Olga Sergevna, Maggy Grady, Jamie Benziger, Jamie Benziger,

person Erin Benziger's current and or or former husband, person and or or people last

name Boyle, Mathew Sunstrome, Charlie Johnson, Spencer Higgins, person Richard person

associated to Sonoma County California during 2011 to 2012, Stew Rumley, Trevor

Montgomery, person Jamie Benziger's father and or or Erin Benziger's father, person Erin

Benziger's mother, Reed Saunders, Lia Lazzar, Mike Farr, Lia Lazzar's father, Jenny Minner,

person husband of Jenny Minner and possibly associated to Greg Vermillion, Jenny Althoff,

The Petitioner retains and reserves rights to this document.

Kelly Milles, person possibly named and or or also known as Jordan person possibly associated to the Hoffmans, Greg Vermillion, person Crystal and or or also known as Crystal person who has a Brooklyn tattoo, Laura Kelly, Erica Arnerich, person aka Jeff B I, Ann Catalini McCloud, Bart Farrell, Garrett Civian, Donald Sutherland, Corey Feldman, Jack Nicholson, Breanne person associated to Petaluma Sonoma County California, Alison Fredrick person associated to Petaluma Sonoma County California during 1985 to 1995, a sibling and or or siblings of Alison Fredrick, Niko Radomille, Gato Radomille, Daniel Coxon, Molly, Ringwold, Trevor Montgomery, David Rob, Moss Fitzpatrick, Joe Cotta, Katrina Patucha, person possibly current and or or former husband of Katrina Patucha, Ellie Bursten, Shawna Bursten, Sean Keville, Julie Keville, Jaqueline Gladden, Parker McNulty, Spencer Higgins, Heather How and or or Heather McCann, Alex Pike, Laura Rodriguez, Matt Groening, Jimmy Fallon, Jace McGee, Connan OBrien, Quentin Terrentino, Uma Thurman, Ben Kingsly, Clark Anderson, Scott Sleight, a person and or or people last name McCann, Jeff Gonella, Darren Shaw, Charlie Carson, Sue Carson, Wess Carson, Elizabeth Carson, Joseph Spero, Donna Ryu, Raymond Cruz, Mark Essick, Pamela Anderson, Holly Sergey, Olga Sergevna, Nathan Rupert, Bridgette Fenton, Lee Rumley, Rebecca Anderson, Jacob Shull, Timothy Galluzie, Jennifer Dollard, Scott Sleight, Dillon Buckner, Jamie DeGroote, Mitchell Wilkey, Jeff Gonella, Peter Dunlap, John Lithgow, Doug Casey, Carly Clements, Mark Tier, Lyn Truong, John Tomasine, Mike Tomasine, Bridgette Kunde, Jason Pringle, John Roberts, Bill MacBride, Joseph Cota, Jennifer Minner, Katy Pain, Matt Pain, person female last name Graham person associated to Sonoma County California during 2013, Shannon Coxon, person Ming person associated to Clark Anderson, Michael Keaton, Steve Klotz, Steve Sasone, Paul Dumont, Mike Farr, Glen Close, Billy Bob Thornton, Robert Blakewood Reeves, person Wendell person associated to Sonoma County California during and or or about 2007, person possibly son of Doug Casey, Josh Cilley, Pat Fitzgerald, Berry Kelly, person

The Petitioner retains and reserves rights to this document.

daughter of Berry Kelly, Nicole Dire, person mother of Jacob Shull, Theresa Melagno Sutter, Francisca Melagno, person Carla maiden last name and or or last name Melagno, Omar, Bill Barr, Donald Sutherland, Sam Elliot, Alexander Vindman, Jennifer Katherine Gates and or or Phoebe Adela Gates, Donald Trump Junior and or or Eric Trump, Joe Biden, Charlie Carson, Charlie OShey, person father of Chris Lightner, Emily Foley, Paris Hilton, Winnona Ryder, Christian Slater, Phoebe Katz, Ralph Fiennes, Dustin Hoffman Morgan Freeman, Kevin Spacey, Kelsey Grammer, Rosie O'Donnell, Drew Barrymore, Jennifer Aniston, Pete Davidson, Tina Fey, Mike Meyers, Chevy Chase, Ronnie Taco, Sean Keville, Theresa Keville, Steve Keville, Julie Keville, Ann Catalini Sinclair, Ann Catalini Sinclair's husband, Nicholis McDonald, Mathew Sunstrome, Daniel Coxon, Nick Bang, Michael Bang, Christina Bang, Patrick Bang, Jonathon McDonald, Ann McDonald, Patrick McDonald, Andy Bang, Margaret Bang, Julie Sunstrome, Mathew Sunstrome's sister, Austin Warner, Greg Dietzen, Joe Henry, Lindsay Moratto, Catlin McCormick, person also known as Yoyo person associated to Clark Anderson, Jeff Gonella, Moss Fitzpatrick, Mark Nicholis, Nicole Locke, Juaquine Phoenix, person Dave person associated to the Seafood Brassiere a restaurant located in Sonoma County California during 2005 to 2007, person Dave person associated to the Seafood Brassiere a restaurant located in Sonoma County California during 2005 to 2007, some people associated to the Seafood Brassiere a restaurant located in Sonoma County California during about 2005 to 2007, some people associated to Healdsburg Bar and Grill a restaurant located in Sonoma County California during about 2008 to 2009, some people associated St Eugene School during about 1990 to 2000 a school located in Sonoma County California, some people associated to Cardinal Newman High school during about 1990 to 2020, Clark Anderson, Daniel Coxon, Timothy Coxon, Rachel Taco Coxon, Robert Grant, Barack Obama, Patrick Bang, Lee Rumley, Sydney Shireman, person possibly Sydney Shireman's boyfriend and an associated of Lee Rumley, Noah Riceman, David Chandler,

The Petitioner retains and reserves rights to this document.

1   James Eckles, person possibly known as Jordan possibly associated to a person and or or

2   people having last name Hoffman, Jenny Minner, Bart Farrell, Ed Rodriguez, Bridgette

3   Fenton, Heather How McCann, Erin Benziger, Kelly Milles, Jennifer Althoff, Ann Coxon

4   Pringle, Theresa Catalini Hoffman, John Patucha, Darren Shaw, Andrew Culley, Jeff B I, Jason

5   Flyn, Shawna Bursten, a person possibly associated to the band named the Moody Blues,

6   Meagan Chippa, Steve Klotz, Bridgette Kunde, Kevin Schwartz, Nathan Rupert, Jake Shull,

7   Steve Gritch, person also known as Ming, Sarah lockwood, Mark Tier, Ann Catalini Sinclair,

8   Rebecca Anderson, Theresa Melagno Sutter, Josh Cilley, Meagan Chippa, Sonia, Spencer

9   Higgins, Parker McNulty, Daniel Pignataro, James Withers, Janice Maderiouse, Camille

10  Bailey, Scott Sleight, Liz Ozanich and or or Ruby, Leanord Radomille, Mike Bang, Nicholis

11  Bang, Jenna Leff, Laura Kelly, person possibly named Sam associated to Clark Anderson and

12  possibly associated to Petaluma Sonoma County California, person Ashley associated to

13  Sonoma County California during 2013 to 2014, Andrea Saunders Reifenbach, Evelyn

14  Hilmer, Crystal person having a Brooklyn tattoo, Mary Lockwood, Laura Lockwood, Matt

15  Sunstrome, Maggy Grady, David Tomasine, Mark Nicholis, Dan Nicholis, Dennis Bruno, Jenna

16  Leff, person father of Jenna Leff, Sequoia Leff, Nicole Dire, Chuck Schumer, Andy Garcia,

17  Vince Chabra, Carl Schuller, Dillon Buckner, Niko Radomille, Gato Radomille, Marcell, John

18  Patucha, Ryan Patucha, Katrina Patucha, Laura Patucha, George Patucha, Jane Patucha,

19  Terence Coxon, Elizabeth Coxon, Elizabeth Coxon Rumley, Marlyn Berry, Kelly Cerri, Mark

20  Vierra, Charlie Oshey, Charlie Carson, Al Catalini, Joan Catalini, Mike Hoffman, John Hoffman,

21  Hannah Hoffman, Doug Casey, Camille Bailey, Lauren Paleschi, Betsy Crozier, Lizzy Nuss,

22  Katy Pain, Cameron Diez, Nicole Locke, Ryan Garcia, Emily Barns, Jill Barns, Chris Minner,

23  Joseph Minner, Brian Frost, Andrew Culley, Patrick Culley, person last name McCann, Jaycee

24  McGee, Ronnie Taco, person and or or people last name Baruch, Vail Rumley, Cricket

25  Rumley, Stew Rumley, Michael Cuggino, Robert Martin, I, Robert Martin II, Kathy Martin,

The Petitioner retains and reserves rights to this document.

Carol Hass, Chris Hass, Liz Wassum, Moss Fitzpatrick, Christina Fitzpatrick, Meagan Chippa, Carol Withers, Joseph Spero, Thomas Hixson, Marilyn Raymon, some judges at Northern District of California during times during 2015 to 2021, some judges of United Sates Courts, Donald Trump, Melanie Trump, Emily Minner, Carla Melagno, Theresa Keville, Julie Keville, Steve Keville, Theresa Melagno Sutter, Holly Sergey, Sean Keville, Greg Bone, Chad Wolf, person possibly known as Tim doj, person last name Madaj, Nicholas McDonald, Jonathon McDonald, Julie Sunstrome, Ann McDonald, Patrick McDonald, Ed Mooney, Bart Farrell, Seth McFarlane, Steven Spielberg, Stephen Root, person last name Fienman, Andy Bang, Margaret Bang, Molly Ringwold, Sarah Kramer, a person and or or people associated to a dijare doo festival and or or dijaree doo festivals, Lia Lazzar, Mike Farr, person Diane, person brother of Lia Lazzar, Mary Benziger, person last name Barnett, person last name Barret, Amy Coney Barret, John Roberts, Clarence Thomas, Donna Rhu, possibly Barron Trump, Alex Pike, possibly Hugh Butler, person wife of Hugh Butler, David Berglund, John Biden, Dave Chapelle, Chris Lightner, Greg Gutfield, Rose McGoweed, Mark Essick, Thomas Chounard, Nick Judd, John Tomasine, Julie Tomasine, Amanda Pouchet, Christy Titchenell, Jennifer Mahoney, Katy Conway, Kaitlin Benson, Oscar Velarde, person busser associated to Seafood Brasserie restaurant, Ed Rodriguez, Laura Rodriguez, person wife of Ed Rodriguez, Louie Cappiano, person possible security person similar in appearance to person known as Frenchie person associated to El Dorado County California, Scott Kirk, Keith Kirk, Matt Kirk, Ashley Kirk, Doug Kirk, Cindy Kirk and Elizabeth Carson, Howard Stern, Doctor Neid person associated to Sonoma County California during 2000 to 2010, Noel Schumacher, Pat LaFortune, Pat Fitzgerald, Louis Farrakhan, Reginald VelJohnson.

The Petitioner retains and reserves rights to this document.

1

2          Names and or or descriptions of people themselves and or or who are and or or

3  have been associated to people who might be and or or have been witnesses, participants,

4  perpetrators, conspirators, principals, accessories and or or suspects of a violation of a law

5  of the United States of America, violations of a law of the United States of America,

6  violations of a law of the United States of America and or or violations of laws of the United

7  States of America against the Petitioner described in this document listed once and or or

8  more times might be Sean Connery Jason Flynn, Raymond Cruz, Fred Savage, Robert Martin

9  I, Robert Martin II, Robert Martin III, Sarah Kramer, Sara Silverman, Dave Chappelle, person

10  Jason person foreman employed by John Farrow during about 2000 to 2004 and associated

11  to Sonoma County California, John Farrow, Chris Lightner, Patrick Broderick, Cam Moritson,

12  Liz Gravelle, Christy Titchenell, person Meagan person associated to Santa Clara County

13  California during about 2011, Joseph Farrell, Anna Pasquini and or or Anna Pasquella,

14  Martin Scorsese, Dennis Bruno, Julie Tomasine, person also known as Frenchie person

15  associated to El Dorado County California during about 2005, Nicholas LaGnollie, Nicholas

16  LaGnolie's sister, Nicholas LaGnollie's mother, Pete LaGnollie, Bill Hipp, Rose Hipp, Jack

17  Hipp, Jack Hipp's brother, Max Cota, person also known as Gecko person associated to Clark

18  Anderson, person Ann person associated of Clark Anderson, Ronald Shull, person Raul

19  person associated to Sonoma County during 200 to 2004, Joe Nin, Rueben Pachenco, Alexis

20  Cooper, Kamala Harris, Kayleigh McEnany, Emily Foley, person last Demiola person

21  associated to Sonoma County California during about 2003 to 2004, David Duchoveny,

22  Gillian Anderson, Josh Brolin, Matt Damon, Steve Gritch, Alec Baldwin, John Travolta, Tom

23  Hanks, Stanley Tuchi, Anne Hathaway, Ben Stiller, Dale Dye, Cuba Gooding Junior, Kristie

24  Alley, Woody Harrelson, Bebe Neuwirth, person Maren, Chris O'Donnell, Mathew Perry,

25  Matt LeBlanc, Hanc Azaria, Elliot Gould, Bruce Willis, Sean Penn, Charlie Sheen, Danny

The Petitioner retains and reserves rights to this document.

Devito, Christina Applegate, Daniel Day Lewis, Will Ferrell, Amy Pohner, Dana Carvey, Bill Murray, Adam Sandler, Dana Carvey, Brad Pitt, Mel Gibson, George Clooney, Michael Madson, Rob McElhenney, Charlie Day, Kaitlin Olson, Glen Howerton, Mary Elizabeth Ellis, Johnkrasinksi, Austin Shull, John Medinger, Kaitlin Benson, Jill Barnes, Emily Barnes, Danny Boil, Donald Rumsfeld, Carl Rove, Ryan Garcia, Samantha Arnold, person Willomena person associated to Samantha Arnold, Ryan Foley, Steve Klotz, Ed Mooney, Brad Cox, Jessica Cress, Lou Rappaport, Jace McGee, Neil Cavuto, Carl Rove, Stephen Root, Cheri Oteri, Jimmy Page, Kim Basinger, Kevin Spacey, Paul Guilfoyle, Donald Rumsfeld, Denis Leary, Will Smith, Julian Asange, person also known as Julian person associated to Clark Anderson, Bradley Manning and or or Chelsea Manning, Trey Parker, Matt Stone, Vernon Chatman.

Names and or or descriptions of people who might be people of interest, witnesses, participants, perpetrators, conspirators, principals, accessories and or or suspects of a violation of a law of the United States of America, violations of a law of the United States of America, violations of a law of the United States of America and or or violations of laws of the United States of America against the Petitioner described in this document listed once and or or more times might be some people associated to southern California entertainment industries, entertainment industries, fashion industries, Natasha Henstridge, Marge Helgenberger, Forest Whitaker, Alfred Molina, Mindy Kaling, Ed Helms, Jenna Fischer, Ben Kingsly, Melissa McCombs, Dick Benson, Ben Barnes, person Ben Barn's wife, Danny Boil's father, Brian Frost, Kyle Keilot, Preston Briggs, person Don person associated to Sonoma County during 1992 to 2002, Amy Coney Barrett, Carl Rove, person sister of Jeff Gonella,

The Petitioner retains and reserves rights to this document.

person Kara person associated to Sonoma County California during 1998 to 2002, person

Brandon person associated to Sonoma County California during 2019 to 2021, Mark

Nicholis's younger sister, Mark Nicholis's older sister, a person and or or people with last

name Jenkins, person first and or or last name Lawn person associated to Sonoma County

California during about 1996 to 2000, Jan Gritch, Steve Gritch's father, Andy Garcia, person

brother of Ryan Garcia, multiple people associated to Ryan Garcia, Linda Escobar, George

Lucas, a person and or or people having and or or associated to last name Baruch, Sasha

Barron Cohen, person last name Cohen associated to Sonoma County California and or or

Marin County California during about 2005 to 2010, person first name Megan associated to

Sonoma County California during 2001 to 2006, Erin Currey, Linda Maher, person Stephen

associated to Sonoma County California during 1992 to 2000, Timothy Wilcomb, Rose

McGowin, Michael Henry, Lisa Wong, Chad Wong, Monica Lempert, Bart Farrell, Dennis

Rodman, Mike Healy, a person and or or people having last name Healy, Christopher

Puppione, person Keith possibly associated to Sonoma County California during about 2003

to 2004, Nevin Saunders, Maxine Waters, Ashley Olson, Mary Kate Olson, Hank Azaria, Mike

Judge, Neve Campbell, Stephanie Clifford, Michael Avenatti, John Malcovich, Calvin Cordozar

Broadus Junior, OShea Jackson, Andre Romelle Young, Emily Foley, Jimmy Page, Robert

Plant, John Paul Jones, Jason Bonham, Carrie Fisher, Harrison Ford, Mark Hamill, George

Lucas, Adam Driver, Samuel L Jackson, Natalie Portman, Christopher Lee, Ed Sheran, James

Cameron, Woody Harrelson, Bill Hadder, Gwendolyn Christie, Rose Byrne, Billy Dee

Williams, Joseph Gordon-Levitt, Larry Flynn, person of at least partial African descent at

least partially similar in appearance to Stanley Lamer, Jerry Brown, Robin Ophelia Quivers,

Paul Rudd, Zach Galifianakis, Jermaine Clement, David Williams, Bruce Greenwood, Ron

Livingston, Bret McKenzie, Jason London, Parker Posey, Adam Goldberg, Ben Affleck, Joey

Lauren Adams, Mathew McConaughey, Kate Hudson, Woody Harrelson, Bradley Cooper,

The Petitioner retains and reserves rights to this document.

Christian Bale, Anne Hathaway, Christian Bale, Sandra Bullock, Jennifer Lopez, Goldie Hawn, Sara Jessica Parker, Jodie Foster, Robert DeNiro, Bret Easton Ellis, Sean Young, Kurt Russell, Janine Garofalo, Tim Roth, Michael Madson, Angie Sprenger, Terrence Michael Coxon, Elizabeth Lamer Coxon, Doug Chatney, Jorge Mario Bergoglio also known as the Catholic Pope Francis, Condoleezza Rice, Colin Powell.

Names and or or descriptions of people who might be people of interest, witnesses, participants, perpetrators, conspirators, principals, accessories and or or suspects of a violation of a law of the United States of America, violations of a law of the United States of America, violations of a law of the United States of America and or or violations of laws of the United States of America against the Petitioner described in this document listed once and or or more times might be Steve Orenstein, Max Pain.

Names and or or descriptions of people who might be people of interest, witnesses, participants, perpetrators, conspirators, principals, accessories and or or suspects of a violation of a law of the United States of America, violations of a law of the United States of America, violations of a law of the United States of America and or or violations of laws of the United States of America against the Petitioner described in this document listed once

The Petitioner retains and reserves rights to this document.

and or or more times might be Paul Simms, Michael Patrick Jann, Emily Watson, Chris Pratt, Kurt Russell, Bruce Dern, Emma Stone.

Names and or or descriptions of some groups who might be and or or include a person and or or people of interest, witnesses, participants, perpetrators, conspirators, principals, accessories and or or suspects of a violation of a law of the United States of America, violations of a law of the United States of America, violations of a law of the United States of America and or or violations of laws of the United States of America against the Petitioner described in this document listed once and or or more times might be the Walt Disney Company, Dream Works, Lucasfilm Ltd, Paramount, Fuzzy Door Productions, Stoopid Buddy Stoodios, Gracie Films, Universal Pictures, Blumhouse Productions, Blinding Edge Pictures, Lighting Entertainment, Annapurna Pictures, Perfect World Pictures, Ghoulardi Film Company, Fox Corporation, Warner Bros Entertainment, AT and T Warner Media, AT and T Inc, Point Grey Pictures, Good Universe, The National Broadcasting Company, Space X, Amazon, the United States of America and or or the Government of the United States of America, California and or or the Government of California, HBO, Warner Media Studios and Networks, Microsoft Company, Apple Inc, United States Department of Justice, Federal Bureau of Investigation, United States Department of Homeland Security, United States Department Defense, United States Air Force, United States Marine Corps, the President Don Trump Administration, the President Joe Biden Administration, United States Navy, United States Courts, United States District Court, Google, National Security Administration, Federal Judicial Center, National Judicial Integrity Office, United States

The Petitioner retains and reserves rights to this document.

Department of State, United States Department of Defense, United States Army, United States Marines, United States Air Force, United States Navy.

Names and or or descriptions of some groups who might be and or or include a person and or or people of interest, witnesses, participants, perpetrators, conspirators, principals, accessories and or or suspects of a violation of a law of the United States of America, violations of a law of the United States of America, violations of a law of the United States of America and or or violations of laws of the United States of America against the Petitioner described in this document listed once and or or more times might be bank of America, JPMorgan Chase Bank, JP Morgan Equity Holdings Inc..

Names and or or descriptions of some groups who might be and or or include a person and or or people of interest, witnesses, participants, perpetrators, conspirators, principals, accessories and or or suspects of a violation of a law of the United States of America, violations of a law of the United States of America, violations of a law of the United States of America and or or violations of laws of the United States of America against the Petitioner described in this document listed once and or or more times might be Sweet Spot Pub, Lagunitas Brewery, Bear Republic Brewery, Trek Bicycle Santa Rosa, Press Democrat, Third Street Aleworks, Russian River Brewery, Sonoma County Sheriff Office, Windsor

The Petitioner retains and reserves rights to this document.

Police Department, Sonoma County Fire Department, American Civil Liberties Union, Polaris Human Trafficking Hotline, New York Times, Washington Post, San Francisco Chronicle, Los Angeles Times, Wall Street Journal, Chicago Tribune, Rolling Stone Magazine, CNN, Fox News, MSNBC, NBC, ABC, Phantom Online, Discovery Channel, Weather Channel, MTV, Allen Media Group, Yum Brands Inc, KFC, Taco Bell, Subway, Subway restaurants, Doctor's Associates Inc, Led Zeppelin, Pink Floyd, Beatles, Wm Wrigley Junior Company, Mars Inc., Coors, Molson Coors, Nestle S A., Cadwalader, Wickersham and Taft LLP, Leo Burnett Worldwide, Everyman Pictures, Spyglass Entertainment, MacDonalds Parks, DreamWorks Pictures, Reliance Entertainment, Flight of the Concords, Stellantis NV, Fiat Chrysler Automobiles, Peugeot SA, the Catholic Church, Haribo, South Park Studios, Novartis International AG, Greenberg Taurig.

Names and or or descriptions of some groups who might be and or or include a person and or or people of interest, witnesses, participants, perpetrators, conspirators, principals, accessories and or or suspects of a violation of a law of the United States of America, violations of a law of the United States of America, violations of a law of the United States of America and or or violations of laws of the United States of America against the Petitioner described in this document listed once and or or more times might be Cybernet Entertainment LLC, Kink.com, Kink Studios LLC, Hogtied.com, Behindkink.com, MindGeek, Manwin, Pornhub, Wicked Pictures, Hustler, Playboy Group Inc..

The Petitioner retains and reserves rights to this document.

1

2

3          Names and or or descriptions of some groups who might be and or or include a

4   person and or or people of interest, witnesses, participants, perpetrators, conspirators,

5   principals, accessories and or or suspects of a violation of a law of the United States of

6   America, violations of a law of the United States of America, violations of a law of the United

7   States of America and or or violations of laws of the United States of America against the

8   Petitioner described in this document listed once and or or more times might be Monsanto

9   Company, Bayer, Proctor and Gamble, Twitter, Hasbro, Liberty Mutual, State Farm, Allstate,

10  Energizer Holdings, Geico, Berkshire Hathaway, Edgewell Personal Care, Red Bull GmbH,

11  Doppelmayr Garaventa Group, Leifweigen, Siemens AG, California High Speed Rail

12  Authority, Bay Area Rapid Transit, Sales Force.

13

14

15

16

17          Names and or or descriptions of some groups who might be and or or include a

18  person and or or people of interest, witnesses, participants, perpetrators, conspirators,

19  principals, accessories and or or suspects of a violation of a law of the United States of

20  America, violations of a law of the United States of America, violations of a law of the United

21  States of America and or or violations of laws of the United States of America against the

22  Petitioner described in this document listed once and or or more times might be LVMH

23  Moet Hennessy Louis Vuitton, Victoria Secret.

24

25

The Petitioner retains and reserves rights to this document.

1

2

3      Names and or or descriptions of some groups who might be and or or include a

4  person and or or people of interest, witnesses, participants, perpetrators, conspirators,

5  principals, accessories and or or suspects of a violation of a law of the United States of

6  America, violations of a law of the United States of America, violations of a law of the United

7  States of America and or or violations of laws of the United States of America against the

8  Petitioner described in this document listed once and or or more times might be Pinkerton

9  Consulting and Investigation, Securitas AB, Paragon Systems.

10

11

12

13

14      During 1986 to 2004 the Petitioner might have been victim of violations of United

15  States Code Title Eighteen Sections and Subsections 2, 3, 4, 113, 241, 242, 872, 1001, 1018,

16  1033, 1035, 1201, 1512, 1584, 1589 a, 1589 b, 1590, 1593A, 2261A 1A, 2261A 1B, United

17  States Code Title Twenty-Eight Sections 509, 547, United States Code Title Forty-Two

18  Section 1987, the Petitioner's right to liberty and the Petitioner's right to the pursuit of

19  happiness as information described in this legal document.

20

21      During 2004 to 2011 the Petitioner might have been victim of violations of United

22  States Code Title Eighteen Sections and Subsections 2, 3, 4, 113, 241, 242, 872, 1001, 1018,

23  1033, 1035, 1201, 1512, 1584, 1589 a, 1589 b, 1590, 1593A, 2261A 1A, 2261A 1B, United

24  States Code Title Twenty-Eight Sections 509, 547, United States Code Title Forty-Two

25

The Petitioner retains and reserves rights to this document.

Section 1987, the Petitioner's right to liberty and the Petitioner's right to the pursuit of happiness as information described in this legal document.

During 2011 to 2021 the Petitioner might have been victim of violations of United States Code Title Eighteen Sections and Subsections 2, 3, 4, 113, 241, 242, 872, 912, 1018, 1001, 1033, 1035, 1201, 1512, 1584, 1589 a, 1589 b, 1590, 1593A, 2261A 1A, 2261A 1B, United States Code Title Twenty-Eight Sections 509, 547, United States Code Title Forty-Two Section 1987, the Petitioner's right to liberty and the Petitioner's right to the pursuit of happiness as information described in this legal document.

The Petitioner might demand the United States of America investigate, prosecute and find about possible violations of laws of the United States of America against the Petitioner's relatives, some people associated to Petitioner's parents siblings aunts uncles cousins relatives and some people associated to some people associated to those people during 2011 to 2021 and possibly more times.

The Petitioner might demand the United States of America investigate, prosecute and find about possible violations of rights of Citizens of the United States of America against the Petitioner's relatives, some people associated to the Petitioner's parents siblings aunts uncles cousins relatives and some people associated to some people associated to those people during 2011 to 2021 and possibly more times.

The Petitioner retains and reserves rights to this document.

1    The Petitioner might demand the United States of America investigate, prosecute

2    and find about possible violations of United States Code Title Eighteen Sections and

3    Subsections 241, 242, 113, 872, 912, 1001, 1018, 1033, 1035, 1201, 1512, 1584, 1589 a,

4    1589 b, 1590, 1593A, 2261A 1A, 2261A 1B United States Code Title Twenty-Eight 509, 547

5    and United States Code Title Forty-Two Section 1987 against the Petitioner's relatives, some

6    people associated to the Petitioner's parents siblings aunts uncles cousins relatives and

7    some people associated to some people associated to those people during 2011 to 2021 and

8    possibly more times.

13    While the Petitioner was located in the United States of America during 2015 and

14    2016 to 2021 the Petitioner was and or or might have been victim of violations of United

15    States Code Title Eighteen Section 2261A 1A as information described in this legal

16    document.

18    While the Petitioner was located in the United States of America during 2011, 2012,

19    2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020 and 2021 the Petitioner was and or or

20    might have been victim of violations of United States Code Title Eighteen Section 2261A 1B

21    as information described in this legal document.

23    While the Petitioner was located in the United States of America during 2011 to

24    2021 the Petitioner was and or or might have been victim of violations of United States

25    Code Title Twenty-Eight Section 509 as information described in this legal document.

The Petitioner retains and reserves rights to this document.

While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was and or or might have been victim of violations of United States Code Title Twenty-Eight Section 547 as information described in this legal document.

While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was and or or might have been victim of violations of United States Code Title Forty-Two Section 1987 as information described in this legal document.

There existed a case associated to these complaints in Superior Court of California Sonoma County Department 16 Honorable Patrick M Broderick Presiding having case number SCV 266146.

There existed a case associated to these complaints in United States District Court Northern District of California Honorable Joseph C Spero Presiding having case number JCS CV20 5638 and or or 20 CV 05636.

There existed a case associated to these complaints in United States District Court Northern District of California that was assigned to the Honorable Vince Chhabria having case number JCS CV20 5638, 20 CV 05636 and or or different.

The Petitioner retains and reserves rights to this document.

There existed a case associated to these complaints in United States District Court Northern District of California that was assigned to the Honorable Donna M Ryu having case number CV20 9518.

There existed a case associated to these complaints in United States District Court Northern District of California that was assigned to the Honorable Joseph C Spero having case number C 21 03587.

There existed a case associated to these complaints in United States District Court Northern District of California that was assigned to the Honorable Charles R Breyer having case number 21 CV 04317 CRB.

While the Petitioner was located in Sonoma County California United States of America during 2020 to 2021 the Petitioner filed documents with Superior Court of California Sonoma County and those documents were filed associated to case number SCV 266146 Benjamin Coxon vs. the Superior Court of California.

While the Petitioner was located in Sonoma County California United States of America during 2020 to 2021 the Petitioner mailed documents through the US Mail to be filed with United States District Court Northern District of California and those documents were and or or might have been filed associated to case number JCS CV20 5638 and or or 20 CV 05636 Benjamin Coxon vs. the United States District Court.

The Petitioner retains and reserves rights to this document.

While the Petitioner was located in Sonoma County California United States of America during 2020 to 2021 the Petitioner mailed documents through the US Mail to be filed with United States District Court Northern District of California and those documents were and or or might have been filed associated to case number CV20 9518 Benjamin Coxon vs. United States of America.

While the Petitioner was located in Sonoma County California United States of America during 2020 to 2021 the Petitioner mailed documents through the US Mail to be filed with United States District Court Northern District of California and those documents were and or or might have been filed associated to case number C 21 03587 Benjamin Coxon, Petitioner, United States of America, Defendant.

While the Petitioner was located in Sonoma County California United States of America during 2021 the Petitioner emailed documents from email address caoutside@gmail.com to be filed with United States District Court Northern District of California and those documents were and or or might have been filed associated to case number 21 CV 04317 Benjamin Coxon, Petitioner, United States Disitirct Court, Defendant.

United States District Court exists.

Laws of the United States exist.

189 of 209 Pages                    The Petitioner retains and reserves rights to this document.

The United States Code exists.

Laws of States of the United States exist.

Superior Court of California exists.

The California Penal Code exists.

United States Code Title Eighteen exists.

United States Code Title Twenty-Eight Section 547 exists.

United States Code Title Forty-Two Section 1987 exists.

United States Code Title Twenty-Eight Part VI Chapter 171 exists.

The Petitioner created this document during 2020 to 2021 Common Era while located in California United States of America on the Planet Earth and in the Solar System.

California Penal Code Sections 30, 31, 32, 115, 118, 118a, 129 and 148.5, 182, 203, 205, 206, 209, 236, 236.1, 240 and 242 exist.

The Petitioner retains and reserves rights to this document.

United States Code Title Eighteen Sections and Subsections 2, 3, 4, 113, 241, 242, 286, 287, 912, 913, 1001, 1002, 1003, 1016, 1017, 1018, 1033, 1035, 1201, 1512, 1518, 1519, 1581, 1583, 1584, 1589 a, 1589 b, 1590, 1593, 1593A, 1595, 1595A, 1596, 1621, 1623, 1746, 2071, 2075, 2076, 2261A, 2421A, 2422 and 2429 exist.

Claims

While the Petitioner was located in the United States of America during 1986 to 2004 the Petitioner was victim of violations of United States Code Title Eighteen Section 2243 as information described in this legal document.

While the Petitioner was located in the United States of America during 1986 to 2004 the Petitioner was victim of violations of United States Code Title Eighteen Section 2244 as information described in this legal document.

While the Petitioner was located in the United States of America during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020 and 2021 the Petitioner was victim of

The Petitioner retains and reserves rights to this document.

violations of United States Code Title Eighteen Section 242 as information described in this legal document.

While the Petitioner was located in the United States of America during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020 and 2021 the Petitioner was victim of violations of United States Code Title Eighteen Sections 242 as acts including kidnapping and as information described in this legal document.

While the Petitioner was located in the United States of America during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020 and 2021 the Petitioner was victim of violations of United States Code Title Eighteen Section 1201 as information described in this legal document.

While the Petitioner was located in the United States of America during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020 and 2021 the Petitioner was victim of violations of United States Code Title Eighteen Section 1584 as information described in this legal document.

While the Petitioner was located in the United States of America during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020 and 2021 the Petitioner was victim of violations of United States Code Title Eighteen Section 1589 Subsection a as information described in this legal document.

While the Petitioner was located in the United States of America during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020 and 2021 the Petitioner was victim of

The Petitioner retains and reserves rights to this document.

violations of United States Code Title Eighteen Section 1589 Subsection b as information described in this legal document.

While the Petitioner was located in the United States of America during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020 and 2021 the Petitioner was victim of violations of United States Code Title Eighteen Section 1590 as information described in this legal document.

While the Petitioner was located in the United States of America during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020 and 2021 the Petitioner was victim of violations of United States Code Title Eighteen Section 1593A as information described in this legal document.

While the Petitioner was located in the United States of America during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020 and 2021 the Petitioner was victim of violations of the Petitioner's right to liberty as information described in this legal document.

While the Petitioner was located in the United States of America during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020 and 2021 the Petitioner was victim of violations of the Petitioner's right to the pursuit of happiness as information described in this legal document.

While the Petitioner was located in the United States of America during 2011 to 2021 the Petitioner was victim of violations of United States Code Title Eighteen Section 1001 as information described in this legal document.

The Petitioner retains and reserves rights to this document.

1

2        While the Petitioner was located in the United States of America during 2011 to

3  2021 the Petitioner was victim of violations of United States Code Title Eighteen Section

4  1018 as information described in this legal document.

5

6        While the Petitioner was located in the United States of America during 2011 to

7  2021 the Petitioner was victim of violations of United States Code Title Eighteen Section

8  1033 as information described in this legal document.

9

10       While the Petitioner was located in the United States of America during 2011 to

11  2021 the Petitioner was victim of violations of the Petitioner's right to the pursuit of

12  happiness as information described in this legal document.

13

14       While the Petitioner was located in the United States of America during 2015, 2016

15  to 2019, 2020 and 2021 the Petitioner was victim of violations of United States Code Title

16  Eighteen Section 113 as information described in this legal document.

17

18       While the Petitioner was located in California United States of America during 2004

19  to 2009, 2010, 2011 to 2013, and 2014 to 2021 the Petitioner was victim of violations of

20  United States Code Title Eighteen Section 1035 as information described in this legal

21  document.

22

23

24

25

      The Petitioner retains and reserves rights to this document.

1

Demands

2

3

4

5

6       The Petitioner demands the United States of America investigate now some and or

7   or all violations of laws of the United States of America against the Petitioner during 2011 to

8   2021.

9

10       The Petitioner demands the United States of America prosecute now some and or or

11   all violations of laws of the United States of America against the Petitioner during 2011 to

12   2021.

13

14

15

16

17       The Petitioner demands the United States of America investigate now violations of

18   laws of the United States of America against the Petitioner during 2011 to 2021.

19

20       The Petitioner demands the United States of America prosecute now violations of

21   laws of the United States of America against the Petitioner during 2011 to 2021.

22

23

24

25

The Petitioner retains and reserves rights to this document.

The Petitioner demands the United States of America investigate violations of laws of the United States of America against the Petitioner during 2011 to 2021.

The Petitioner demands the United States of America prosecute violations of laws of the United States of America against the Petitioner during 2011 to 2021.

The Petitioner demands the United States Attorney for the Northern District of California and or or the United States Attorneys for the Northern District of California now prosecute some and or or all violations of laws of the United States of America against the Petitioner during 2011 to 2021 and more times.

The Petitioner demands the United States Attorney and or or the United States Attorneys now prosecute some and or or all violations of laws of the United States of America against the Petitioner during 2011 to 2021 and more times.

The Petitioner demands the Attorney General of the United States of America and or or the Attorney Generals of the United States of America now prosecute some and or or all violations of laws of the United States of America against the Petitioner during 2011 to 2021 and more times.

The Petitioner demands the United States attorneys, marshals and deputy marshals, the United States magistrate judges appointed by the district and territorial courts with

The Petitioner retains and reserves rights to this document.

power to arrest, imprison or bail offenders and every other officer who is especially empowered by the President of the United States of America now investigate and prosecute some and or or all violations of United States Code Title Eighteen Section 242 against the Petitioner during 2011 to 2021 and more times.

The Petitioner demands the United States Attorney for the Northern District of California and or or the United States Attorneys for the Northern District of California now prosecute violations of laws of the United States of America against the Petitioner during 2011 to 2021 and more times.

The Petitioner demands the United States Attorney and or or the United States Attorneys now prosecute violations of laws of the United States of America against the Petitioner during 2011 to 2021 and more times.

The Petitioner demands the Attorney General of the United States of America and or or the Attorney Generals of the United States of America now prosecute violations of laws of the United States of America against the Petitioner during 2011 to 2021 and more times.

The Petitioner demands the United States attorneys, marshals and deputy marshals, the United States magistrate judges appointed by the district and territorial courts with power to arrest, imprison or bail offenders and every other officer who is especially empowered by the President of the United States of America now investigate and now

The Petitioner retains and reserves rights to this document.

prosecute violations of United States Code Title Eighteen Section 242 against the Petitioner during 2011 to 2021 and more times.

The Petitioner demands the United States Attorney for the Northern District of California and or or the United States Attorneys for the Northern District of California prosecute violations of laws of the United States of America against the Petitioner during 2011 to 2021 and more times.

The Petitioner demands the United States Attorney and or or the United States Attorneys prosecute violations of laws of the United States of America against the Petitioner during 2011 to 2021 and more times.

The Petitioner demands the Attorney General of the United States of America and or or the Attorney Generals of the United States of America prosecute violations of laws of the United States of America against the Petitioner during 2011 to 2021 and more times.

The Petitioner demands the United States attorneys, marshals and deputy marshals, the United States magistrate judges appointed by the district and territorial courts with power to arrest, imprison or bail offenders and every other officer who is especially empowered by the President of the United States of America investigate and prosecute violations of United States Code Title Eighteen Section 242 against the Petitioner during 2011 to 2021 and more times.

198 of 209 Pages          The Petitioner retains and reserves rights to this document.

The Petitioner demands the United States of America investigate and prosecute about violations of laws of the United States of America against the Petitioner during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021 and more times.

The Petitioner demands the United States of America investigate and prosecute about violations of rights of the Petitioner during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021 and more times.

The Petitioner demands the United States of America investigate, prosecute about violations of United States Code Title Eighteen Sections 2, 3, 4, 241, 242, 113, 1001, 1018, 1033, 1035, 1201, 1584, 1589 a, 1589 b, 1590, 1593A, 2261A, United States Code Title Twenty-Eight Sections 509, 547 and United States Code Title Forty-Two Section 1987 against the Petitioner during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021 and possibly more times.

The Petitioner demands the United States District Court find about violations of laws of the United States of America against the Petitioner during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021 and more times.

The Petitioner retains and reserves rights to this document.

The Petitioner demands the United States District Court find about violations of rights of the Petitioner during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021 and more times.

The Petitioner demands the United States District Court find about violations of United States Code Title Eighteen Sections 2, 3, 4, 241, 242, 113, 1001, 1018, 1033, 1035, 1201, 1584, 1589 a, 1589 b, 1590, 1593A, 2261A 1A, 2261A 1B, United States Code Title Twenty-Eight Sections 509, 547 and United States Code Title Forty-Two Section 1987 against the Petitioner during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021 and possibly more times.

The Petitioner demands the United States of America award all associated to violations of laws of the United States of America against the Petitioner during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021 and more times to the Petitioner.

The Petitioner demands the United States of America award all associated to violations of rights of the Petitioner during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021 and more times to the Petitioner.

The Petitioner demands the United States of America award all associated to violations of United States Code Title Eighteen Sections 2, 3, 4, 241, 242, 113, 1001, 1018,

The Petitioner retains and reserves rights to this document.

1033, 1035, 1201, 1584, 1589 a, 1589 b, 1590, 1593A, 2261A 1A, 2261A 1B, United States Code Title Twenty-Eight Sections 509, 547 and United States Code Title Forty-Two Section 1987 against the Petitioner during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021 and possibly more times to the Petitioner.

The Petitioner demands the United States of America award all property associated to violations of laws of the United States of America against the Petitioner during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021 and more times to the Petitioner.

The Petitioner demands the United States of America award all property associated to violations of rights of the Petitioner during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021 and more times to the Petitioner.

The Petitioner demands the United States of America award all property associated to violations of United States Code Title Eighteen Sections 2, 3, 4, 241, 242, 113, 1001, 1018, 1033, 1035, 1201, 1584, 1589 a, 1589 b, 1590, 1593A, 2261A 1A, 2261A 1B, United States Code Title Twenty-Eight Sections 509, 547 and United States Code Title Forty-Two Section 1987 against the Petitioner during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021 and possibly more times to the Petitioner.

The Petitioner retains and reserves rights to this document.

The Petitioner demands the United States District Court award all associated to violations of laws of the United States of America against the Petitioner during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021 and more times to the Petitioner.

The Petitioner demands the United States District Court award all associated to violations of rights of the Petitioner during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021 more times to the Petitioner.

The Petitioner demands the United States District Court award all associated to violations of United States Code Title Eighteen Sections 2, 3, 4, 241, 242, 113, 1001, 1018, 1033, 1035, 1201, 1584, 1589 a, 1589 b, 1590, 1593A, 2261A 1A, 2261A 1B, United States Code Title Twenty-Eight Sections 509, 547 and United States Code Title Forty-Two Section 1987 against the Petitioner during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021 and possibly more times to the Petitioner.

The Petitioner demands the United States District Court award all property associated to violations of laws of the United States of America against the Petitioner during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021 and more times to the Petitioner.

The Petitioner retains and reserves rights to this document.

The Petitioner demands the United States District Court award all property associated to violations of rights of the Petitioner during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021 and more times to the Petitioner.

The Petitioner demands the United States District Court award all property associated to violations of United States Code Title Eighteen Sections 2, 3, 4, 241, 242, 113, 1001, 1018, 1033, 1035, 1201, 1584, 1589 a, 1589 b, 1590, 1593A, 2261A 1A, 2261A 1B, United States Code Title Twenty-Eight Sections 509, 547 and United States Code Title Forty-Two Section 1987 against the Petitioner during 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021 and possibly more times to the Petitioner.

The Petitioner demands awards.

The Petitioner demands all property owned by violators of laws of the United States of America and rights of the Petitioner against the Petitioner during 2011 to 2021 and more times.

The Petitioner retains and reserves rights to this document.

1

2

3

The Petitioner demands all property obtained and or or received by violators of laws of the United States of America and rights of the Petitioner against the Petitioner during 2011 to 2021 and more times.

4

5

6

7

8

9

10

The Petitioner demands all property obtained and or or received by the United States of America associated to violations of laws of the United States of America against the Petitioner during 2011 to 2021 and more times.

11

12

13

14

The Petitioner demands all property obtained and or or received by California associated to violations of laws of the United States of America against the Petitioner during 2011 to 2021 and more times.

15

16

17

18

The Petitioner demands all property obtained and or or received by States of the United States of America different than California associated to violations of laws of the United States of America against the Petitioner during 2011 to 2021 and more times.

19

20

21

22

23

24

The Petitioner demands all and or or some property owned and or or possessed by the United States of America.

25

The Petitioner retains and reserves rights to this document.

1

2

The Petitioner demands all and or or some property owned and or or possessed by California.

3

4

The Petitioner demands all and or or some property owned and or or possessed by

5

States of the United States of America different than California associated to violations of

6

laws of the United States of America against the Petitioner during 2011 to 2021 and

7

possibly more times.

8

9

10

11

12

The Petitioner demands all property associated to violations of laws of the United

13

States of America during 2011 to 2021 and possibly more times.

14

15

The Petitioner demands all property in and out associated to violations of laws of

16

the United States of America during 2011 to 2021 and possibly more times.

17

18

19

20

21

The Petitioner demands all rights to all associated to violations of laws of the United

22

States of America during 2011 to 20201 and possibly more times.

23

24

The Petitioner demands all rights to all in and out associated to violations of laws of

25

the United States of America during 2011 to 20201 and possibly more times.

The Petitioner retains and reserves rights to this document.

The Petitioner demands all property rights to all associated to violations of laws of the United States of America during 2011 to 20201 and possibly more times.

The Petitioner demands all property rights to all in and out associated to violations of laws of the United States of America during 2011 to 20201 and possibly more times.

The Petitioner demands all property owned by violators of laws of the United States of America during 2011 to 20201 and possibly more times.

The Petitioner demands all property in and out owned by violators of laws of the United States of America during 2011 to 20201 and possibly more times.

The Petitioner demands all rights to all owned by violators of laws of the United States of America during 2011 to 20201 and possibly more times.

206  of 209  Pages                    The Petitioner retains and reserves rights to this document.

The Petitioner demands all rights to all in and out owned by violators of laws of the United States of America during 2011 to 20201 and possibly more times.

The Petitioner demands all property rights owned by violators of laws of the United States of America during 2011 to 20201 and possibly more times.

The Petitioner demands all property rights to all in and out owned by violators of laws of the United States of America during 2011 to 20201 and possibly more times.

The Petitioner demands the United States of America investigate, prosecute and find about possible violations of laws of the United States of America against the Petitioner's parents siblings aunts uncles cousins during 2011 to 2021 and more times.

The Petitioner demands the United States of America investigate, prosecute and find about possible violations of rights of Citizens of the United States of America against the Petitioner's parents siblings aunts uncles cousins during 2011 to 2021 and more times.

The Petitioner demands the United States of America investigate, prosecute and find about possible violations of United States Code Title Eighteen Sections 2, 3, 4, 241, 242, 113,

The Petitioner retains and reserves rights to this document.

1001, 1018, 1033, 1035, 872, 912, 1201, 1584, 1589 a, 1589 b, 1590, 1593A, 2261A 1A, 2261A 1B, United States Code Title Twenty-Eight Sections 509, 547 and United States Code Title Forty-Two Section 1987 against the Petitioner's parents siblings aunts uncles cousins during 2011 to 2021 and possibly more times.

The Petitioner demands the United States of America investigate and find about possible violations of laws of the United States of America against some people during 2011 to 2021 and more times.

The Petitioner demands the United States of America investigate and find about possible violations of rights of Citizens of the United States of America against some people during 2011 to 2021 and more times.

The Petitioner demands the United States of America investigate and find about possible violations of United States Code Title Eighteen Sections 2, 3, 4, 241, 242, 113, 1001, 1018, 1033, 1035, 872, 912, 1201, 1584, 1589 a, 1589 b, 1590, 1593A, 2261A 1A, 2261A 1B, United States Code Title Twenty-Eight Sections 509, 547 and United States Code Title Forty-Two Section 1987 against some people during 2011 to 2021 and possibly more times.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Benjamin Coxon

Sonoma County California United States of America

Mailing Address

230 Chris Street Windsor Sonoma County California 95492 United States of America

Email caoutside@gmail.com

[Electronic Signature [Benjamin Coxon June 28, 2021 about 1442 PST]]

The Petitioner retains and reserves rights to this document.