UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN COXON,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DISTRICT COURT,<br><br>        Defendant. | Case No. 21-cv-05099-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING REVIEW UNDER 28 U.S.C. § 1915**<br><br>Re: Dkt. No. 11 |

The Court has reviewed Magistrate Judge Spero's Report and Recommendation Regarding Review Under 28 U.S.C. § 1915. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is dismissed. The Clerk is directed to enter judgment in favor of Defendant and to close the file.

**IT IS SO ORDERED.**

Dated: 1/3/2022

                                              HAYWOOD S. GILLIAM, JR.
                                              United States District Judge